# EXHIBIT 1



# VOLVO Cars OF Burlingame

900 Peninsula Ave.
BURLINGAME, CA 94010
**(650) 347-4800**
www.putnamauto.com
HOME OF RED CARPET SERVICE

BAR REG # ARD262140

CAL EPA # CAD981368244

CELL: ▮

| CUSTOMER NO. | ADVISOR | | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 365776 | CRYSTAL CORTEZ | 300977 | 5229 | 10/14/24 | VOCS23568 |

| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|---|
| ROBERT MATTHEW BECKER | | | 407 | FJORD BLU M | V240237 |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 24/VOLVO/XC40 RECHARGE P/4DR EAWD TW | 09/13/24 | 54 |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| YV4ER3▮ | 2 | |

| F.T.E. NO. | P.O. NO. | R.O. DATE |
|---|---|---|
| | | 10/11/24 |

RESIDENCE PHONE   BUSINESS PHONE   COMMENTS

MO: 411

```
LABOR & PARTS------------------------------------------------------------
J# 1 51VOZ01        BODY ELECT CONCERN          TECH(S):300388        WARRANTY
         CUSTOMER STATES THE VEHICLE SURGES FORWARD ABOUT 20 INCHES
         IN REVERSE ON A DECLINE ON FIRST STARTUP OR WHEN COLD.
         We were able to verify the concern on this car as well as a
         new in stock unit on our ramp.

         It seems that the hill hold function disengages
         while the car is parked so when you drop the car in reverse,
         the parking brake is released and as you transition your
         foot from the brake to the accelerator pedal, the car rolls
         because of the hill and within a small distance, the hold
         function applies to stop the car.
         The customer reports it is about 20 inches approx.

         Hooked up VIDA and found no related DTCs or TJs. Opened
         RTS case 842947.
         We attached the customer supplied link to the Youtube video
         the customer posted of the concern to the case.

         RTS responded that they have referred this case to level two
         to make sure engineering is aware of the customer's concern
         regarding this characteristic to this vehicle.

         Advised customer he can leave one foot on the
         brake while transitioning to the accelerator pedal with the
         other foot on an incline to ensure the car does not roll if
         the grade is overcoming torque applied by the drivetrain.
         No repair attempted at this time, although we updated the
         cars software in an effort to improve customer satisfaction.
         Ok at this time

PARTS------QTY---FP-NUMBER---------------DESCRIPTION-----------------UNIT PRICE-
JOB # 1      1    31676056-0          *TOTAL UPGRADE                      WARRANTY
                                            JOB #  1 TOTAL PARTS          0.00

                                            JOB #  1 TOTAL LABOR & PARTS  0.00
--------------------------------------------------------------------------------
J# 2 00VOZNOMULTI    NO MPI INSPECTION          TECH(S):300388        INTERNAL
         NO MULTI-POINT INSPECTION NEEDED
         N/A

PARTS------QTY---FP-NUMBER---------------DESCRIPTION-----------------UNIT PRICE-
                                            JOB #  2 TOTAL PARTS          0.00

                                            JOB #  2 TOTAL LABOR & PARTS  0.00
--------------------------------------------------------------------------------
J# 3 70VOZ03        RENTAL                      TECH(S):300388        INTERNAL
         LOANER CAR PROVIDED BY VOLVO CARS OF BURLINGAME $79.95 VALUE
         PROVIDED CUSTOMER WITH COURTESY RENTAL/LOANER FOR SERVICE
         VISIT. $79.95 VALUE.

PARTS------QTY---FP-NUMBER---------------DESCRIPTION-----------------UNIT PRICE-
                                            JOB #  3 TOTAL PARTS          0.00
```

PAGE 1 OF 2         CUSTOMER COPY         [CONTINUED ON NEXT PAGE]    04:58pm

The Reynolds and Reynolds Company  ERAINTINVE
SF734055 Q (06/24)



# VOLVO Cars of Burlingame

900 Peninsula Ave.
BURLINGAME, CA 94010
**(650) 347-4800**
www.putnamauto.com

HOME OF RED CARPET SERVICE

BAR REG # ARD262140

CAL EPA # CAD981368244

CELL:

| CUSTOMER NO. 365776 | ADVISOR CRYSTAL CORTEZ 300977 | TAG NO. 5229 | INVOICE DATE 10/14/24 | INVOICE NO. VOCS23568 |
|---|---|---|---|---|
| ROBERT MATTHEW BECKER | LABOR RATE | LICENSE NO. | MILEAGE 407 | COLOR FJORD BLU M | STOCK NO. V240237 |

YEAR / MAKE / MODEL: 24/VOLVO/XC40 RECHARGE P/4DR EAWD TW
DELIVERY DATE: 09/13/24
DELIVERY MILES: 54

VEHICLE I.D. NO.: YV4ER3
SELLING DEALER NO.: 2
PRODUCTION DATE:

F.T.E. NO.    P.O. NO.    R.O. DATE 10/11/24

RESIDENCE PHONE   BUSINESS PHONE   COMMENTS

MO: 411

```
                              JOB #  3 TOTAL LABOR & PARTS        0.00
-------------------------------------------------------------------------
J# 4 00VOZAIR       TIRE PRESSURE CHECK        TECH(S):300388         INTERNAL
         CALIFORNIA STATE LAW REQUIRES US TO CHECK AND TOP OFF TIRE
         PRESSURE
         Set tires to 41 and 42 psi front and rear.

PARTS------QTY---FP-NUMBER---------------DESCRIPTION-------------------UNIT PRICE-
                                        JOB #  4 TOTAL PARTS         0.00

                              JOB #  4 TOTAL LABOR & PARTS        0.00
-------------------------------------------------------------------------
ESTIMATE-----------------------------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
        ORIGINAL ESTIMATE OF     $0.00 (+TAX)
TOTALS-------------------------------------------------------------------
                                        TOTAL LABOR....        0.00
                                        TOTAL PARTS....        0.00
                                        TOTAL SUBLET...        0.00
                                        TOTAL G.O.G....        0.00
                                        TOTAL MISC CHG.        0.00
                                        TOTAL MISC DISC        0.00
                                        TOTAL TAX......        0.00
                                                          --------
                                    TOTAL INVOICE $        0.00
```

_____
CUSTOMER SIGNATURE