

EXHIBIT 2



**Complaint Number:** 11619951, submitted electronically to NHTSA on 10/15/2024, 1:42:36 PM.

# 1. Vehicle Information

**Vehicle Identification Number (VIN)**

YV4ER3▆▆▆▆▆▆▆▆▆

2024 VOLVO XC40

# 2. Incident Information

**Problem Parts**

Which parts of your vehicle were affected?

☑ Brakes

**What happened?**

In your own words, tell us what happened.

> I am a new leasee of a Volvo XC40 Recharge (leased September 13, 2024). When starting my car from a decline on my driveway, or in a parking spot on a decline, after putting the car in reverse, the car immediately surges forward 20 inches before I have to hit the brakes again to make it stop from hitting a car in front of me. The same behavior occurs if I am parked on an incline and put the car in drive - it immediately surges backwards and I have to hit the brakes to make the car stop. This issue puts my and other cars parked in front or behind me at risk of being hit when trying to leave a parking spot. This issue was confirmed by the dealer (see attachment) and replicated on another XC40 Recharge that the dealer tested it on. The service rep stated that "As far as Volvo is concerned at this time the vehicle is working as designed and this is a normal characteristic of the vehicle." I am not sure why they would say this as a car should not surge forward when it reverse or backward when in drive. No other car in the history of my driving cars has ever done this.

**Additional Details**

When did this happen?
9/14/2024

Was there a crash?
No

Was there a fire?
No

Was there an injury or fatality?
No

Was there a police report?
No

How fast were you going?
(in mph) (optional)
5

About how many miles were on the vehicle at the time of the incident? (optional)
70



Volvo XC40 Recharge Invoice.pdf

**Report Type:**Repair Invoice



Gmail - Volvo invoice.pdf

**Report Type:**Repair Invoice

# 3. Personal Information

This information is necessary in case we need to contact you for additional data or to clarify your entries.

Name:                                              Robert Becker

Email:                                             ██████████████

Address:                                           ████████████

                                                   ████████████

Phone:
6465543617

---

## Information Sharing Notice

NHTSA may share your complaint, including your name and contact information, with the vehicle or equipment manufacturer in the interest of safety. You can opt-out of this sharing below. However, NHTSA may still share your complaint with the manufacturer (even if you opt-out) if there is an official safety investigation or safety recall.

☐ **DO NOT share my personal information with the manufacturer prior to the start of a safety investigation or recall.**

## Safety Recall Alerts

NHTSA will use the email address in this form to alert you if your vehicle could be subject to a safety recall.

☐ **I DO NOT wish to receive safety recall alerts from NHTSA.**

If you have questions regarding your complaint, please contact NHTSA's Vehicle Safety Hotline at 888-327-4236 (TTY: 888-275-9171), Monday-Friday, 8 a.m. to 8 p.m. ET. You can also email us (hyperlink nhtsa.webmaster@dot.gov) — be sure to include your complaint number in the email.