# EXHIBIT 3

    Robert Becker <​​​​​​​​​​​​​​>

## Becker YV4ER3XM5R2310052 reverse gear issue [ID #: 241018-000690]

**Volvo Customer Care** <volvo1@mailac.custhelp.com>    Fri, Nov 1, 2024 at 1:40 PM
Reply-To: Volvo Customer Care <volvo1@mailac.custhelp.com>
To:



**Matthew**
11/01/2024 04:40 PM

Hi Robert,

Thank you for your patience while we look into your concern. I have been informed that your concern is a normal function of the vehicle and that No repair is currently needed.

We hope you have a good day.

Med vänliga hälsningar!

Yours Sincerely,

Matthew
Volvo Specialist | Customer Care
Announcing 'Volvo Roadside Plus' Learn More

**Matthew**
11/01/2024 01:00 PM

Hi Robert,

Thank you for your continued patience while we work on your concern. I will provide you with a more meaningful update after I communicate with the regional manager in the area.

We hope you have a good day.

Med vänliga hälsningar!