

EXHIBIT 4



**From:** **Volvo Customer Care** volvo1@mailac.custhelp.com
**Subject:** 2023 XC40 Vehicle Incident [ID #: 241211-001408]
**Date:** March 21, 2025 at 2:07 PM
**To:** ███████████████



### Ketty
03/21/2025 04:07 PM

Hi Shannon,

==Your statement and the documentation provided have been thoroughly reviewed, not only by our engineering team but by our customer care executive team. We stand by our original findings, which indicate that there was a manufactu defect at the time of the incident. I apologize for any disappointment caused by our response.==

Med vänliga hälsningar!

Yours Sincerely,

Ketty
Critical Incident Coordinator | Customer Care
Announcing 'Volvo Roadside Plus' Learn More

### Shannon Werre
03/13/2025 04:46 PM

Hi Ketty,

I now see what the engineering team is stating. The incident that triggered the saved data is when the car went ove curb and hit the vacuum cleaner equipment (the bumps). And they say the car did not automatically brake after the because there wasn't a valid object to react to.

Will you please forward this message to your engineering team and ask them to look at my videos which show my l lights are on.

As I was rounding the curve here, I was already applying the brakes and slowing down to get ready to stop.

When the car suddenly accelerated, I kept hitting the brakes trying to get it to stop but they did not respond at all.

The car finally stopped right in front of this tank, which looks like a valid object for the car to react to.

1

In the videos where my car is accelerating, you can see my brake lights are on:

I also took a picture of the brake and gas pedals. Since I was already applying the brake pedal when the car sudde accelerated, how would my foot go from gently braking to "full acceleration" like that? It doesn't even seem possible

Would you please investigate potential malfunctions in the computer, braking, or acceleration systems rather than s assuming the computer's data is accurate when it says there was a call for full acceleration. I'm telling you that som happened here that made the car accelerate on its own and it wasn't my foot.

Please look into the data carefully and review my videos.

Thank you,

Shannon

---

**Shannon Werre**
03/11/2025 07:13 PM

Dear Ketty,

I appreciate your response regarding the investigation into the incident involving my vehicle on **December 9, 2024**.

However, after reviewing your findings, I have identified **a contradiction in your statements**, and I need further clarification.

In your **initial response**, Volvo stated that:

• My vehicle was traveling at **approximately 8 mph** during a long left turn.

• It then **suddenly accelerated** due to a **full accelerator pedal request**.

• **Braking was only applied after the collision**.

• There was **no evidence of a manufacturing defect** as the vehicle responded as commanded.

However, in your **follow-up response**, your engineering team stated that:

• The event was saved because **the electric belt system detected a rough road surface (bumps) or a change i acceleration/deceleration**.

• **The vehicle did not automatically brake** because there was no valid object to react to.

• **Even if an automatic braking function had been triggered, it would not have intervened** because the accele pedal had requested full acceleration.

**This raises a fundamental question:**

**If no braking occurred before the impact, and the vehicle did not automatically brake, then what physically the vehicle to stop?**

This is a critical issue because:

1. If the vehicle stopped **only due to the collision itself**, then Volvo should state that explicitly.

2. If I recall braking before impact but Volvo's data suggests otherwise, this raises concerns about whether **the brak system failed to register my input** or **if the system malfunctioned in some way**.

3. If some **undocumented override or system function caused the vehicle to stop**, that information needs to be disclosed.

Given the seriousness of this incident, I request **a detailed, structured explanation** of:

• The exact **throttle and braking inputs recorded in the seconds leading up to and after the event**.

• Whether the braking system registered any **input from the pedal before impact**.

• If any braking commands were **overridden, ignored, or delayed** by another system.

• A timeline of **acceleration, braking, and impact forces** as recorded by the vehicle.

• Any **error codes or diagnostic anomalies** that were logged in connection with the event.

Your team **extracted and analyzed this data**, and as the vehicle owner, I have a right to understand what occurred not asking for proprietary software details, but I **expect transparency** regarding the data recorded from my own ve

Please provide a response addressing these points as soon as possible. I look forward to your explanation.

Best regards,

Shannon Werre

---

**Ketty**
03/11/2025 05:41 PM

Hi Shannon,

I forwarded your email to our engineering team, who analyzed the data retrieved from the vehicle. Below is their res

*"The reason for the saved event data is that the electric belt has sensed that the vehicle was dri over bumpy road (bumps) or some deceleration/acceleration that was detected.*

*The vehicle has not automatically braked, mainly because it was not such a scenario with a val object to react to.*
*Even if the function had tried to brake, it would still not intervene as the accelerator pedal requ full acceleration, which overrides intervention. "*

Unfortunately, we are unable to share any of the raw data, aside from this analysis.

Med vänliga hälsningar!

Yours Sincerely.

3

Ketty
Critical Incident Coordinator | Customer Care
Announcing 'Volvo Roadside Plus' [Learn More](#)

---

**Shannon Werre**
02/25/2025 02:49 PM

**Hi Ketty,**

**I appreciate Volvo's investigation into my incident, but I need more detailed information regarding the data extracted from my vehicle. This was a life-threatening event, and a two-to-three-sentence summary is simply not sufficient.**

**I am not requesting proprietary information, but I am requesting a more comprehensive breakdown of the findings—including sp data points such as:**

**• Throttle position and inputs leading up to and during the acceleration**

**• Brake application timing and pressure levels**

**• Any detected braking system errors or malfunctions**

**• Advanced Driver Support Management (ADSM) or any automated system involvement**

**• Any anomalies or diagnostic errors recorded during the event**

**Given the seriousness of this incident, I expect Volvo to take it seriously as well. You spent time extracting this data, and as the the vehicle, I deserve to understand what occurred—especially since I recall braking during the event, contrary to the report's su**

**If Volvo stands by the results of its analysis, I expect transparency. Please provide a more detailed explanation of your findings a structured summary of the extracted data, even if in a non-proprietary format.**

**I look forward to your prompt response.**

**Sincerely,**

**Shannon**

---

**Ketty**
02/25/2025 01:44 PM

Hi Shannon,

As mentioned in our email from December 18, we're unable to share a copy of the report with the data due to its proprietary nature. We can only provide you with the findings of the report.

Med vänliga hälsningar!

Yours Sincerely,

Ketty
Critical Incident Coordinator | Customer Care
Announcing 'Volvo Roadside Plus' Learn More

**Shannon Werre**
02/24/2025 12:09 PM

Hi Ketty,

Can you send me a report please and some details regarding what was found? I know there were several braking e
and I definitely was braking. I would like to see more of my data please.

Thank you,

Shannon

**Ketty**
02/24/2025 11:49 AM

Hello Shannon,

We have completed our investigation into the incident involving your vehicle on 12/09/24, and the results are as foll

The data retrieved from the vehicle indicates that it was traveling at approximately 8 mph during a long left turn, the
suddenly began to accelerate in response to the driver's command. There was a request for full acceleration from t
accelerator pedal. The brake pedal request occurred after the collision.

There is no evidence of a manufacturing defect at the time of the incident, as the vehicle responded as commande
Car USA is not responsible for this claim. We recommend that you follow up with your insurance company.

Med vänliga hälsningar!

Yours Sincerely,

Ketty
Critical Incident Coordinator | Customer Care
Announcing 'Volvo Roadside Plus' Learn More

**Shannon Werre**
02/14/2025 12:54 PM

Thank you for letting me know.

**Ketty**
02/14/2025 12:53 PM

Hi Shannon,

Please be advised that the inspection has been rescheduled for 02/19/25.


Med vänliga hälsningar!

Yours Sincerely,

Ketty
Critical Incident Coordinator | Customer Care
Announcing 'Volvo Roadside Plus' Learn More


**Ketty**
02/11/2025 03:57 PM

Hi Shannon,

The joint inspection is scheduled for 02/14/25.


Med vänliga hälsningar!

Yours Sincerely,

Ketty
Critical Incident Coordinator | Customer Care
Announcing 'Volvo Roadside Plus' Learn More


**Shannon Werre**
02/11/2025 02:57 PM

Hi Ketty,

Has the inspection been schedule yet?

Thank you,

Shannon

**Ketty**
01/27/2025 01:59 PM

Hi Shannon,

Once an independent adjuster is retained, it typically takes about one to two weeks for them to contact us with pote
dates for a joint inspection. I will inform you as soon as the inspection is scheduled.

Med vänliga hälsningar!

Yours Sincerely,

Ketty
Critical Incident Coordinator | Customer Care
Announcing 'Volvo Roadside Plus' Learn More

**Shannon Werre**
01/27/2025 11:19 AM

Hi Ketty,

I believe they hired someone from JS Held LLC. Can you let me know when the inspection will commence?

Thank you,

Shannon

**Ketty**
01/22/2025 12:44 PM

Received, thank you.

Tyler has informed us this morning that State Farm is in the process of retaining JS Held LLC for the joint inspectio

Med vänliga hälsningar!

Yours Sincerely,

Ketty
Critical Incident Coordinator | Customer Care
Announcing 'Volvo Roadside Plus' Learn More

7

**Shannon Werre**
01/21/2025 03:11 PM

Sent from my iPhone

**Ketty**
01/21/2025 11:13 AM

Hello Shannon,

On 12/14/24 we received videos copied into the email body, but we are unable to open them. Please try attaching t
using a different format.

Med vänliga hälsningar!

Yours Sincerely,

Ketty
Critical Incident Coordinator | Customer Care
Announcing 'Volvo Roadside Plus' Learn More

**Ketty**
01/17/2025 09:12 AM

Hi Shannon,

Yes, I spoke with Tyler. State Farm is in the process of hiring an independent expert to conduct a joint inspection wi
Volvo. Once that's done, the inspection will be scheduled.

Med vänliga hälsningar!

Yours Sincerely,

Ketty
Critical Incident Coordinator | Customer Care
Announcing 'Volvo Roadside Plus' Learn More

**Shannon Werre**
01/16/2025 05:04 PM

8

Hi Ketty,

Have you heard back from Tyler Smith yet?

Thank you,
Shannon

> On Jan 8, 2025, at 11:16 AM, Shannon Grace Werre <shannonwerre@gmail.com> wrote:
>
> Hi Ketty,
>
> The new person in charge of my claim at State Farm is Tyler Smith and his direct line is 434-872-5330. The claim number is 1277W001R. You can contact Tyler to get access to the vehicle to run diagnostics.
>
> Thank you,
>
> Shannon

>> On Jan 7, 2025, at 6:02 PM, Shannon Grace Werre <shannonwerre@gmail.com> wrote:
>>
>> Here is State Farm's claims email address: statefarmclaims@statefarm.com
>>
>> My case # is 12-77W0-01R and if you put that in the subject line of the email then it will go to my case.
>>
>> The case was supposed to be transferred up from Michael to another second level rep, but I haven't heard from anyone since I was told that.
>>
>> Michael's number is 844-292-8615 Extension# 3096226952
>>
>> I'll try to call them tomorrow and see who is in charge now.
>>
>> Thank you,
>>
>> Shannon Werre
>> 206-715-2593

>>> On Jan 7, 2025, at 3:40 PM, Volvo Customer Care <volvo1@mailac.custhelp.com> wrote:

**Ketty**
01/09/2025 11:17 AM

Hi Shannon,

Thanks for the information. I have contacted Tyler and left him a voicemail.


Med vänliga hälsningar!

Yours Sincerely,

Ketty
Critical Incident Coordinator | Customer Care
Announcing 'Volvo Roadside Plus' Learn More


**Shannon Werre**
01/08/2025 01:16 PM

Hi Ketty,

The new person in charge of my claim at State Farm is Tyler Smith and his direct line is 434-872-5330. The claim n
is 1277W001R. You can contact Tyler to get access to the vehicle to run diagnostics.

Thank you,

Shannon


On Jan 7, 2025, at 6:02 PM, Shannon Grace Werre <shannonwerre@gmail.com> wrote:

Here is State Farm's claims email address: statefarmclaims@statefarm.com

My case # is 12-77W0-01R and if you put that in the subject line of the email then it will go to my case.

The case was supposed to be transferred up from Michael to another second level rep, but I haven't heard
from anyone since I was told that.

Michael's number is 844-292-8615 Extension# 3096226952

I'll try to call them tomorrow and see who is in charge now.

Thank you,

Shannon Werre
206-715-2593

10

On Jan 7, 2025, at 3:40 PM, Volvo Customer Care <volvo1@mailac.custhelp.com> wrote:

**Shannon Werre**
01/07/2025 08:02 PM

Here is State Farm's claims email address: statefarmclaims@statefarm.com

My case # is 12-77W0-01R and if you put that in the subject line of the email then it will go to my case.

The case was supposed to be transferred up from Michael to another second level rep, but I haven't heard from any
since I was told that.

Michael's number is 844-292-8615 Extension# 3096226952

I'll try to call them tomorrow and see who is in charge now.

Thank you,

Shannon Werre
206-715-2593

**Ketty**
01/07/2025 05:40 PM

Hello Shannon,

Agreement received, thank you.

We have not yet received authorization from your insurance company to proceed with the inspection. We have atte
to reach them on several occasions, but unfortunately we haven't been able to; both on State Farm's main line and
number provided (309-622-6952). Once access is granted, the vehicle will be scheduled for inspection. We will con
attempt to contact State Farm.

Med vänliga hälsningar!

Yours Sincerely,

11

Ketty
Critical Incident Coordinator | Customer Care
Announcing 'Volvo Roadside Plus' Learn More

**Shannon Werre**
01/06/2025 09:17 PM

Hello Ketty,

Can you please reply and let me know the status of this investigation?

Thank you,

Shannon Werre
206-715-2593

&lt;Customer Agreement.pdf&gt;

**Shannon Werre**
12/31/2024 01:47 PM

I've attached the authorization for you to inspect my vehicle.

Thank you,
Shannon Werre
206-715-2593

&lt;Customer Agreement.pdf&gt;

**Ketty**
12/23/2024 10:05 AM

Hello Shannon,

1)There is an allegation of unintended acceleration. Our investigation is aimed at determining the cause of this issu
completion, we let you know whether the vehicle suddenly accelerated or if there are other factors that need to be
considered.

2) Our field technician will retrieve any available data from the vehicle, that could potentially tell us what occurred o
day of the incident. This information is strictly related to the vehicle. Subsequent to retrieval, the data is transmitted
team in Sweden for analysis. We will share their analysis with you. We do not share a copy of the data collected no

12

internal report.


Med vänliga hälsningar!

Yours Sincerely,

Ketty
Critical Incident Coordinator | Customer Care
Announcing 'Volvo Roadside Plus' Learn More


**Shannon Werre**
12/18/2024 07:11 PM

**Subject:** Clarification on Data Collection and Investigation

Dear Ketty,

Thank you for providing the details regarding the data collection and inspection process. I have rev...
the information notice carefully and have a couple of questions before proceeding:

1. How will I be informed of the results of the investigation if the full report cannot be shared due to
   proprietary information?

2. Will I be able to request a copy of the data collected from my vehicle as part of this process?

Your clarification on these points would be greatly appreciated. Thank you for your assistance in er...
transparency and understanding throughout this investigation.

Best regards,
Shannon


&lt;Customer Agreement.pdf&gt;


**Ketty**
12/18/2024 06:54 PM


Hello Shannon,

I will be coordinating an inspection of your vehicle to further investigate this unfortunate incident.
I have attached an agreement form for you to sign and return to us. The form is required for us to proceed with the
inspection. Also, I have reached out to your insurance adjuster, Michael, for access to the vehicle. This is standard
procedure on an active claim.
Once we have received the necessary form and authorization from your insurance company, we will schedule the
inspection. Following the inspection, it can take approximately two to three weeks for us to complete our investigati...
then share the results with you. Be advised that the actual report will not be shared, as it contains proprietary inforn...
Let me know if you have any questions.

13

Let me know if you have any questions.

Med vänliga hälsningar!

Yours Sincerely,

Ketty
Critical Incident Coordinator | Customer Care
Announcing 'Volvo Roadside Plus' Learn More

---

**Shannon Werre**
12/17/2024 02:07 PM

I have not heard anything yet. Can someone please get back to me? What department has my case now?

---

**Sade**
12/14/2024 06:09 PM

Hello Shannon

Thank you for this information. This case has been forwarded to the appropriate department for review and follow u

Thank you

Med vänliga hälsningar!

Yours Sincerely,

Sade
Volvo Specialist | Customer Care
Announcing 'Volvo Roadside Plus' Learn More

---

**Shannon Werre**
12/14/2024 01:47 PM

**Subject:** Request for Urgent Analysis of Diagnostic Data and Timestamped Reports

Dear Volvo Team,

I hope this message finds you well. Following the unintended acceleration incident with my **2023 V XC40 Recharge Ultimate** (VIN: YV4ED3UM9P2090415) on **December 9, 2024**, I am requesting V immediate assistance in analyzing the underlying issues that may have contributed to this dangero malfunction.

**Diagnostic Report Findings**

An initial diagnostic report from **Crash Champions** has revealed a series of **Diagnostic Trouble C (DTCs)**, including multiple communication failures across critical modules in the vehicle. Specificall persistent issues were noted with the **Brake Control Module (BCM2)** and **Central Electronic Mo (CEM)**, which could have affected vehicle safety and performance before the crash occurred.

Some of the key errors include:

- **Brake Control Module (BCM2)**: Communication issues and corrupted signals.
- **Central Electronic Module (CEM)**: Loss of communication with critical components, includi **ECM/PCM** and **Active Safety Domain Master (ASDM)**.
- **Driver Door Module (DOM)**: Electrical failures in the door handle and other components tha reflect broader electrical instability.

These codes strongly suggest that the vehicle was experiencing pre-existing malfunctions that cou have contributed to the unintended acceleration.

### Request for Additional Diagnostics

Given the potential safety risks involved, I am requesting the following from Volvo:

**Retrieval of Event Data Recorder (EDR) and ASDM Data**:

- Please extract and analyze data from the **EDR** and **ASDM** systems, with **timestamped diagnostics** for all logged codes to establish their occurrence relative to the incident.
- I would like a thorough analysis to confirm whether these pre-existing malfunctions could ha triggered the unintended acceleration.

**Confirmation of Systemic Issues**:

- Investigate the persistence of these DTCs and provide a detailed technical report on whethe vehicle's malfunctioning control systems contributed to the accident.

This incident raises serious concerns, and I urge Volvo to prioritize this investigation to understand cause and ensure no other owners are affected by similar issues.

I have attached the initial diagnostic report for your reference. Please confirm receipt of this email a me know the timeline for retrieving and analyzing the requested data.

Thank you for your attention to this critical safety matter. I look forward to your prompt response.

Sincerely,
Shannon Grace Werre
206-715-2593

**Shannon Werre**
12/14/2024 12:55 PM

These are the videos that would not send with the first email.

15

| | | |
|---|---|---|
| **Click to Download**<br>IMG_0654 3.MOV<br>11.5 MB | **Click to Download**<br>IMG_0665 3.MOV<br>7 MB | **Click to Download**<br>IMG_0666 3.MOV<br>3.8 MB |
| **Click to Download**<br>IMG_0668 3.mov<br>9.7 MB | **Click to Download**<br>IMG_0691 3.MOV<br>9.9 MB | **Click to Download**<br>IMG_0697 3.MOV<br>11.4 MB |

**Shannon Werre**
12/14/2024 12:47 PM

**Subject:** Urgent: Incident Report for Unintended Acceleration

Hi Sade,

Please find my answers to the requested questions below, along with attached photos and videos. This was a terrifying incident, and I hope Volvo is addressing these cases seriously. After researching similar events, I've that unintended acceleration has been reported in various Volvo models. While some SUVs and trucks have recalled for this issue, my vehicle currently has no recalls. It's imperative that Volvo identifies and resolves t cause of these malfunctions before someone suffers severe injury or death.

State Farm is currently determining the vehicle to be a total loss. For this reason, I must stress that the invest needs to occur as soon as possible before the car is processed further.

Here are the details of the incident:

- **Year:** 2023

- **Model:** XC40 Recharge Ultimate

- **Mileage:** 8,200 miles

- **VIN:** YV4ED3UM9P2090415

- **Date Acquired Vehicle:** Purchased on 7/18/24

- **Date and Approximate Time of Incident:** 12/9/24, at approximately 10:00 AM (MST)

- **Address of Incident:** 3310 W State St, Boise, ID 83703

- **Detailed Description of Incident:** I had just completed going through a car wash and intended to par spot near the vacuum cleaners. As I was braking to a stop, the vehicle suddenly accelerated on its own without any input on the accelerator. Despite pressing the brake pedal multiple times, the vehicle did respond, and the brakes failed to slow or stop it. I swerved left to avoid hitting a building wall directly

16

respond, and the brakes failed to slow or stop it. I swerved left to avoid hitting a building wall directly
The vehicle struck a metal pole supporting the vacuum structure, severely damaging the side of the ca
clipped the building's corner before abruptly stopping near a metal canister.

- **Any Injuries:** I have a stiff neck and PTSD but have not yet sought medical attention.

- **Weather and Road Conditions:** It was approximately 35°F with a slightly wet ground but no rain at
  time

- **Vehicle Driveable:** No, the vehicle is not driveable.

- **Vehicle Location:** Currently at either Crash Champions (8247 W. State St, Boise, ID 83714) or IAA I
  (1881 W. Marcon Ln, Meridian, ID 83642).

- **Any Warning Lights, Fluid Leakage, or Unusual Performance:** None. The vehicle showed no war
  lights or performance issues before, during, or after the incident.

- **Servicing Information:** The car was scheduled for its first service on 12/10/24, the day after the incid

- **Insurance Information:** State Farm, Michael Hibler, Phone: 309-622-6952, Claim #1277W001R

- **Police or Fire Report:** No report is available.

- **Photos and Videos:** Yes, attached are photos and videos. You will notice that I was braking and slow
  down when the unintended acceleration occurred. I've included a photo of the pedals to show the floo
  was securely attached. I drive with my right foot only and my left foot stays on the foot rest. I in no w
  came close to touching the acceleration pedal. I also revisited the car wash and took additional photos
  show where the incident occurred and I also observed skid marks only where the vehicle finally stopp
  I will attach those photos too. So some of the photos are from the day of the incident and some are fr
  yesterday (12/13/24) when the ground was much more wet.

This incident was harrowing, and I am deeply concerned about the safety implications for other Volvo owner

Please confirm receipt of this information and let me know the next steps for this investigation.

Thank you,

Shannon Grace Werre

206-715-2593 (cell)

PS I had to take the videos off this message or it wouldn't send. I will send them in another email.



17





















**Sade**
12/14/2024 11:48 AM

Hello Shannon

Thank you for contacting Volvo Car USA. Please see below questionnaire regarding the incident with your vehicle. free to reply to this email with your responses. We will forward this case to the appropriate department to follow up to advise on how we can further assist you.

-Year:

-Model:

-Mileage:

-VIN:

-Date acquired vehicle- leased or purchased?

-Date and approximate time of incident:

-Address where the incident occurred:

-Detailed description of incident:

-Any injuries?  If yes hospital or doctors office?

-What were the weather and road conditions?

-Is the vehicle driveable?

-Where is the vehicle located currently?

-Any warning lights, fluid leakage, or unusual performance before incident?

-Where is the car serviced and last service?

-Insurance company Contacted?

-Insurance company name, insurance agent, phone number and claim #?

-Police or fire report available?  If yes please ask the customer send.

-Photos available?  If yes please send photos


Thank you


Med vänliga hälsningar!

Yours Sincerely,

Sade
Volvo Specialist | Customer Care
Announcing 'Volvo Roadside Plus' Learn More

