Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
Dina E. Micheletti (184141) (dem@fazmiclaw.com)
**FAZIO | MICHELETTI LLP**
1111 Broadway, Suite 400
Oakland, CA 94607
T: 925-543-2555
F: 925-369-0344

Keliang (Clay) Zhu (305509) (czhu@dehengsv.com)
Andre Y. Bates (178170) (aybates@dehengsv.com)
Yi Yao (292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES, P.C.**
Silicon Valley Office
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-5856
F: 925-397-1976

*Attorneys for Plaintiff*
*Robert M. Becker, on behalf of himself*
*and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. BECKER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, a Delaware limited liability company; VOLVO CAR USA, LLC, a Delaware limited liability company; and VOLVO CARS AB (publ.), a Swedish public limited company,<br><br>Defendants. | No. 3:25-cv-05331-MMC<br><br>**DECLARATION OF JEFFREY L. FAZIO IN OPPOSITION TO DEFENDANTS VOLVO CARS NORTH AMERICA, LLC AND VOLVO CAR USA, LLC'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>DATE: December 5, 2025<br>TIME: 9:00 a.m.<br>COURTROOM: 7 (19th Floor)<br><br>**Hon. Maxine M. Chesney** |

I, Jeffrey L. Fazio, declare as follows:

1. I am a partner with the law firm of Fazio | Micheletti LLP, I am a member in good standing of the State Bar of California, and I am counsel for Robert Becker, the plaintiff in the above-titled action. Except where noted, the testimony set forth in this declaration is based on first-hand knowledge, about which I would and could testify competently in court if called upon to do so.

2. During the preparation of the pleadings in this matter, I retrieved several documents from the website of the National Highway Traffic Safety Administration ("NHTSA") that pertain to the issues in this case. Although each is described in the Second Amended Complaint (ECF 19) ("SAC"), they are not attached to it as exhibits. Because of their relevance to the matters that are now before the Court in connection with Defendants' pending motion to dismiss the SAC (ECF 38), I have attached them to this declaration as exhibits:

3. Attached hereto as **Exhibit A** is a true and correct copy of a Service Manager Bulletin titled "MY2021 XC40 BEV Recharge Premium Customer Experience Program (Issue Date: Feb. 19, 2021). *see* ECF 19 ¶ 48h.[1]

4. Attached hereto as **Exhibit B** is a true and correct copy of a Part 573 Safety Recall Report 21V-109 (Date Submitted to NHTSA: Feb. 24, 2021). *See* ECF 19 ¶ 48c.i.

5. Attached hereto as **Exhibit C** is a true and correct copy of a Part 573 Safety Recall Report 21V-110 (Date Submitted to NHTSA: Feb. 24, 2021). *See* ECF 19 ¶ 48c.ii.

6. Attached hereto as **Exhibit D** is a true and correct copy of a Service Manager Bulletin titled "Electric Vehicle Technician designations" (Issue Date: Mar. 11, 2021). *See* ECF 19 ¶ 48f.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States of America, and that this declaration was executed at Alamo, California, on November 5, 2025.

                                          /s/ *Jeffrey L. Fazio*
                                          Jeffrey L. Fazio

---

[1] This document is mistakenly described as dated July 2021 in the SAC. *See id.*



**DECLARATION OF JEFFREY L. FAZIO IN OPPOSITION TO MTD SAC**