# EXHIBIT A

| VOLVO CAR<br>SERVICE AND PARTS BUSINESS |  |
|---|---|

## Service Manager Bulletin

**TITLE:**
MY2021 XC40 BEV Recharge Premium Customer Experience Program

| GROUP:<br>00 | NO:<br>447 | ISSUING DEPARTMENT:<br>Warranty | CAR MARKET:<br>United States |
|---|---|---|---|
| REVISIONS: | | ISSUE DATE:<br>2021-02-19 | STATUS DATE:<br>2021-02-19 |
| | | | Page 1 of 3 |

**"Right first time in Time"**

**MY2021 XC40 BEV RECHARGE PREMIUM CUSTOMER EXPERIENCE PROGRAM**

**PROGRAM OFFER**

To empower Volvo retailers to provide a superior customer experience to owners of Volvo's XC40 BEV Recharge vehicles, VCUSA Quality announces the *MY2021 XC BEV Recharge Premium Customer Experience Program*. This program will now provide Volvo retailers additional latitude, to proactively address non-warranty customer concerns in an expeditious manner. The ownership experience should never be compromised due to a customer inconvenience. In an effort to help support an enhanced customer ownership experience, Volvo retailers will now have the ability to self-authorize goodwill claims (1 time only per VIN) for owners of the MY2021 XC40 BEV Recharge vehicles.

This program will be effective as of February 15, 2021 on all MY2021 XC40 BEV Recharge models with **customer retail dates** between December 15, 2020 and June 1, 2021. Coverage will be for a period of 6-months from customer delivery. The program will expire on December 1, 2021.

**Note: Only customer purchase or leased vehicles are eligible.**

This Goodwill gesture should be primarily focused on the customer rather than the vehicle. Volvo Accessories is an excellent option to allow customers to further personalize their new vehicle purchase. To further support this, Volvo retailers will have the added ability to self-authorize up to $1000 towards the purchase and installation of Volvo Accessories.

**Produced and printed in the USA and available as an electronic document.**
© 2021 VOLVO CAR USA, LLC

# Service Manager Bulletin 00-447



**PROGRAM HIGHLIGHTS**
- Retailer's discretion to use for Non-Warranty concerns up to 6 months from the vehicle's original retail date
- Retailer ability to offer GW to eligible customers "on the spot"
- Up to $1000 per eligible vehicle with no AMM Authorization required (only 1 time per VIN)
- An allowance of up to $1000 for the purchase and installation of Volvo Accessories **or**
- Up to $750 to reimburse or compensate the customer for anything from, but not limited to the following examples, based on the situation, customer and regional needs.
    - lease payments
    - offset the cost of the purchase & installation of a home charging station (ChargePoint is Volvo's preferred vendor)
    - gift cards for dining at local premium restaurants i.e. Ruths Chris, Chart House etc.
    - gift cards for Tiffany's or premium hotels
    - the purchase of a VIP contract (excluding Florida)
    - the purchase of a PPM contract

**PROGRAM GUIDELINES**
- Up to $1000 retailer self-authorized spending towards the purchase and installation of Volvo Accessories *
- Up to $750 towards all other compensation gestures * (see exclusions listed below)
- Submit "05" Goodwill Claim type with CE authorization code followed by the last 4 digits of the VIN. (Example: CE0954)
- Effective for the first 6 months from the vehicles original retail delivery.
- XC40 BEV Recharge models with original customer retail delivery dates between **December 15, 2020 and June 1, 2021**.
- Applicable for customer purchased or leased vehicles (not for loaners or vehicles in inventory)
- Applicable 1 time per VIN*.
- For use only following a precipitating moment of customer inconvenience, regardless of fault.
- The Goodwill gesture should be more focused on the customer than the vehicle.
- R.O text must include a description of the dissatisfier and the resulting actions taken.
- Receipts must to be kept and available upon request.
- The Retailer is the best judge of what the proper gesture is in-the-moment; *as long as the $1000/$750 limits are not spent on noted exclusions*, the claim will be paid.
- Instances of program abuse can result in suspension from the program.

*Only 1 offer per VIN, combining an accessory offer with any other compensation gesture is not allowed.

**EXAMPLES OF CUSTOMER DISSATISFIERS:**
- Problems or concerns with vehicle during or after the delivery process
- Interior and exterior equipment not meeting customer expectations
- Damage to a tire or rim
- Surface issues, windshield chips or scratches
- Limitation of range while under electric power
- Other (at the retailer's discretion)



# Service Manager Bulletin 00-447

**EXCLUSIONS**
- Discounting on Sales in any way
- Pre-Paid Cash Cards – Visa, MasterCard, AMEX
- Loyalty- Repeat Customer Thank-You Gift
- Coverage of non-Volvo Parts / Accessories
- Offset payments for Trade-Assists or Buyback situations
- Non-Volvo Branded Assurance Products
- Combining offers (Accessories and other compensation options)

**Note:** Gift Cards for products and services are acceptable (Max $750)

**RETAILER RESPONSIBILITY**
*It is the servicing retailer's responsibility to confirm vehicle eligibility under the Program as outlined in this bulletin before any goodwill offer is made to the customer. (Specific models, vehicle age, max allowance and only 1 claim per VIN)*

The retailer must confirm the vehicles in service date and vehicle claim history to ensure no previous customer experience goodwill has previously been honored.

**CLAIM REIMBURSEMENT & SUBMISSION PROCEDURES**
Volvo Car USA, LLC will process claims for the *MY2021 XC40 BEV Recharge Premium Customer Experience Program* through the Warranty Processing system. The LONG FORM application will be utilized for all claims. The applicable claim type and specific **sublet** operation are provided below.

**CLAIM SUBMISSION**
Long Form Claim
Claim type: **05**
Cause Code: **98**
Symptom Code: **1C**
Prior Approval Authorization Prefix: **CE** followed by the last 4 digits of the VIN.*
Sublet Operation Number: **07016**\*\*
Sublet Amount: **Up to $1000.00**\*\*\*

\*Retailers are not required to generate a prior approval authorization code via the Volvo Retailer Portal.
\*\*Only the specific Sublet operation number provided can be submitted.
\*\*\* Sublet amount claimed must be equal to the goodwill offer made and within the max allowed.

*Note: Claims submitted under this Goodwill Policy will not be eligible for the 10% sublet mark up.*

Program spending will be reviewed on a weekly basis to identify major dissatisfiers and program usage. All claims are subject to Audit. Instances of program abuse may result in suspension from the program and claim rejection if outside the program parameters outlined.