

EXHIBIT D

VOLVO CAR
SERVICE AND PARTS BUSINESS



# Service Manager Bulletin

| TITLE: |
| :---: |
| **Electric Vehicle Technician designations** |

| GROUP: | NO: | ISSUING DEPARTMENT: | CAR MARKET: |
| :---: | :---: | :---: | :---: |
| **00** | **020** | **Technical Training** | **United States and Canada** |

| REVISIONS: | | ISSUE DATE: | STATUS DATE: |
| :---: | :---: | :---: | :---: |
| | | **2021-03-11** | **2021-03-11** |
| | | **Page 1 of 3** | |

**"Right first time in Time"**

Effective April 1, 2021, Volvo Car USA will have new Electric Vehicle Technician designations.

There are four new designations associated with electric vehicle repairs and it is essential technicians performing the work complete the appropriate requirements.

## *1) Electric Vehicle Awareness (EVA):* launching Q3 2021

| Requirements: | Completion of web-based course: |
| :--- | :--- |
| | • **G0-WBT-ELVA-21\***: Electric Vehicle Awareness |
| | *\*course will launch during Q3 2021* |
| Permitted Work: | ✓ Vehicle repairs not related to high-voltage components |
| | ✓ Vehicle Repairs near high-voltage components after an EVT has de-energized the vehicle |

Produced and printed in the USA and available as an electronic document.
© 2021 VOLVO CAR USA, LLC

## Service Manager Bulletin 00-020



### 2) *Electric Vehicle Technician (EVT):*

| Requirements: | Electric Vehicle Awareness (EVA) (as of Q3 2021)<br><br>**AND**<br><br>Completion of either course listed below with an 80% or greater:<br><br>• **G1-ILT-ELVT-20**: Electric Vehicle Technician *(2-day)*<br>• **G1-ILT-RC40-20\***: XC40 Recharge *(2-day)*<br><br>*\*as of April 1, 2021, G1-ILT-ELVT-20 replaces G1-ILT-RC40-20* |
|---|---|
| Permitted Work: | ✓ The energization process (down/up) on any electric vehicle<br>✓ Replace all high-voltage components (not including internal battery components) |

### 3) *Advanced Electric Vehicle Technician–Plug-in Hybrid Electric Vehicle (AEVT-PHEV):*

| Requirements: | Electric Vehicle Technician (EVT)<br><br>**AND**<br><br>Completion of either course listed below with an 80% or greater:<br><br>• **1720**: Hybrid T8 PHEV System Training *(4-day)*<br>• **G2-ILT-PHEV-21\***: PHEV Battery Repair *(2-day)*<br><br>*\*as of April 1, 2021, G1-ILT-PHEV-21 replaces 1720, hybrid* |
|---|---|
| Permitted Work: | ✓ Any work the Electric Vehicle Technician (EVT) can perform<br><br>*PLUS*<br><br>✓ Perform live voltage work specific to PHEV<br>  1. Internal battery repairs<br>  2. Battery Disconnect Unit replacement<br>  3. Cell Voltage and Temperature Node replacement |

2021-03-11

 **Service Manager Bulletin 00-020**

### 4) *Advanced Electric Vehicle Technician – Battery Electric Vehicle (AEVT-BEV):*

| Requirements: | Achievement of the Electric Vehicle Technician (EVT)<br><br>**<u>AND</u>**<br><br>Completion of the course listed below with an 80% or greater:<br><br>• **G2-ILT-BELV-21**: BEV Battery Repair *(2-day)* |
|---|---|
| Permitted Work: | ✓ Any work the Electric Vehicle Technician can perform<br><br>**<u>PLUS</u>**<br><br>✓ Perform live voltage work specific to **<u>XC40 BEV</u>**<br><br>   1. Internal battery repairs<br><br>   2. Battery Disconnect Unit replacement<br><br>   3. Cell Voltage and Temperature Node replacement |

**NOTE:** Technicians can **<u>ONLY</u>** perform repairs associated with their achieved level. Example, AEVT-PHEV technicians cannot perform battery repairs on a BEV without the AEVT-BEV designation.

All designations will be viewable from the Retailer Technical Training Report (RTTR), or within the technician's course completion summary on VCPA.

Warranty claim requirements:

• Warranty claims that do not meet the minimum training requirements as outlined in sections 1-4 will not be paid/subject to debit.

• Eligible warranty repairs are claimed via the normal claim submission.

• All claims should be supported with required documentation.

• Replaced parts are subject to inspection by TMA and or a qualified vendor.