Michael L. Mallow (SBN 188745)
mmallow@shb.com
Colm A. Moran (SBN 202685)
cmoran@shb.com
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:  (424) 285-8330
Facsimile:   (424) 204-9093

Attorneys for Defendants
VOLVO CAR NORTH AMERICA, LLC
(*erroneously sued as Volvo Cars of North America, LLC*) and VOLVO CAR USA LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. BECKER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>*v.*<br><br>VOLVO CARS OF NORTH AMERICA, LLC, a Delaware limited liability company; VOLVO CAR USA, LLC, a Delaware limited liability company; and VOLVO CARS AB (publ.), a Swedish public limited company,<br><br>Defendants. | Case No. 3:25-cv-05331-MMC<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

This stipulation is entered into by Plaintiff Robert M. Becker ("Plaintiff") and Defendants Volvo Car North America, LLC and Volvo Car USA LLC ("Defendants"), by and through their respective counsel of record (collectively, the "Parties"), and the Parties hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a Second Amended Complaint in this action on August 12, 2025 (Dkt. 19);

WHEREAS, Defendants filed a Motion to Dismiss the Second Amended Complaint ("Motion") on October 15, 2025 (Dkt. 38);

WHEREAS, Plaintiff filed an opposition to the Motion on November 5, 2025 (Dkt. 42);

WHEREAS, Defendants filed a Reply to the Motion on November 13, 2025 (Dkt. 45);

WHEREAS, the Motion is fully briefed and the hearing on the Motion is currently scheduled for December 5, 2025 at 9 a.m. (Dkt. 38);

WHEREAS, Defendants' counsel is now scheduled to be in trial out of state through December 12, 2025;

WHEREAS, Plaintiff and Defendants have agreed to continue the hearing on the Motion to December 19, 2025, or the next available date as set by the Court;

NOW THEREFORE, Plaintiff and Defendants, by and through their respective undersigned counsel, hereby stipulate as follows:

1. The hearing on Defendant's Motion (Dkt. 38) shall be continued from December 5, 2025 to December 19, 2025, or to such later date as may be available to the Court.

SO STIPULATED.

///

///

| | | |
|---|---|---|
| 1 | Dated: November 20, 2025 | SHOOK, HARDY & BACON L.L.P. |

By: /s/ Colm A. Moran
    Michael L. Mallow
    Colm A. Moran

Attorneys for Defendants
VOLVO CAR NORTH AMERICA, LLC (*erroneously sued as Volvo Cars of North America, LLC*) and VOLVO CAR USA LLC

Dated: November 20, 2025      FAZIO MICHELETTI LLP

By: /s/ Jeffrey L. Fazio
    Jeffrey L. Fazio
    Dina E. Micheletti

DEHENG LAW OFFICES, P.C.
    Keliang (Clay) Zhu
    Andre y. Bates
    Yi Yao

    Attorneys for Plaintiff
    ROBERT M. BECKER

3
JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

**ATTESTATION**

In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Colm A. Moran<br>Colm A. Moran

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, I electronically filed Joint Stipulation to Continue Hearing on Defendants' Motion to Dismiss Second Amended Complaint with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

By: /s/ Colm A. Moran
Colm A. Moran

JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT