Michael L. Mallow (SBN 188745)
mmallow@shb.com
Colm A. Moran (SBN 202685)
cmoran@shb.com
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:  (424) 285-8330
Facsimile:   (424) 204-9093

Attorneys for Defendants
VOLVO CAR NORTH AMERICA, LLC
(*erroneously sued as Volvo Cars of North America, LLC*) and VOLVO CAR USA LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. BECKER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, a Delaware limited liability company; VOLVO CAR USA, LLC, a Delaware limited liability company; and VOLVO CARS AB (publ.), a Swedish public limited company,<br><br>Defendants. | Case No. 3:25-cv-05331-MMC<br><br>~~[PROPOSED]~~ **ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

1

~~[PROPOSED]~~ ORDER GRANTING  JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS'
MOTION TO DISMISS SECOND AMENDED COMPLAINT

Before the Court is Plaintiff Robert M. Becker ("Plaintiff") and Defendants Volvo Car North America, LLC and Volvo Car USA LLC ("Defendants") Joint Stipulation to Continue Hearing on Defendants' Motion to Dismiss the Second Amended Complaint. Having considered the Joint Stipulation, and good cause appearing, the Court hereby grants the Stipulation in its entirety and orders as follows:

The hearing on Defendants' Motion to Dismiss Second Amended Complaint shall be continued from December 5, 2025, at 9 a.m. to ~~December 19, 2025~~ February 20, 2026, at 9 a.m. in the above-entitled Court.

**IT IS SO ORDERED.**

DATED: November 24, 2025

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE