1 | Michael L. Mallow (SBN 188745)
mmallow@shb.com
2 | Colm A. Moran (SBN 202685)
cmoran@shb.com
3 | SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
4 | Los Angeles, CA 90067
Telephone: (424) 285-8330
5 | Facsimile: (424) 204-9093

6 | Attorneys for Defendant
VOLVO CARS AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT M. BECKER, on behalf of himself and all others similarly situated, | Case No. 3:25-cv-05331-MMC |
|---|---|
| Plaintiff, | **DECLARATION OF MAGNUS RAGNMARK IN SUPPORT OF VOLVO CARS AB'S MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION UNDER RULE 12(b)(2)** |
| v. | |
| VOLVO CARS OF NORTH AMERICA, LLC, a Delaware limited liability company; VOLVO CAR USA, LLC, a Delaware limited liability company; and VOLVO CARS AB (publ.), a Swedish public limited company, | Date: February 27, 2026
Time: 9:00 a.m.
Courtroom: 7 – 19th Floor |
| Defendants. | |

**DECLARATION OF MAGNUS RAGNMARK**

I, Magnus Ragnmark, state and declare as follows:

1. I am currently employed as Legal Director at Volvo Car Corporation. I am over the age of eighteen (18) and competent to make oaths. I make this declaration based on my personal knowledge, except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. I understand that this Declaration is offered in support of Volvo Cars AB's Motion to Dismiss Second Amended Complaint for Lack of Personal Jurisdiction Under Rule 12(b)(2).

3. I have been employed at Volvo Car Corporation AB for 24 years.

4. Based on my employment, I have an understanding of Volvo Cars AB's structure and business operations, and the policies and procedures governing its day-to-day operations.

5. Volvo Cars AB is a corporate entity established under the laws of Sweden with its principal place of business in Gothenburg, Sweden.

6. Volvo Cars AB does not own any real property in California, is not registered to do business in California, does not have an office in California, and is not a taxpayer in California.

7. I understand that Volvo Car North America, LLC ("VCNA") and Volvo Car USA LLC ("VCUSA") are also defendants in this matter.

8. VCNA is a subsidiary of Volvo Cars AB that operates and contracts in its own name.

9. VCUSA is a subsidiary of VCNA that operates and contracts in its own name.

10. VCUSA is responsible for the commercial distribution and marketing of Volvo passenger vehicles in the United States.

11. Volvo Cars AB designs, tests, manufactures, and assembles Volvo-branded passenger vehicles in the ordinary course of its business.

12. Volvo Cars AB does not import Volvo vehicles into the United States or, in particular, into the State of California. Volvo passenger vehicles that are manufactured outside of the United States and sold within the United States are imported by VCUSA.

13. Volvo Cars AB does not manufacture Volvo vehicles in the United States, including in the State of California.

14. Volvo Cars AB does not sell Volvo vehicles to independent Volvo retailers or consumers in the United States, including in the State of California.

15. VCUSA distributes (sells) Volvo-branded passenger vehicles to independent Volvo retailers throughout the United States, including in the State of California.

16. Volvo Cars AB does not issue any warranties to consumers in the United States, including to consumers in the State of California, and is not responsible for implementing or carrying out the warranty processes in the United States. VCUSA issues such warranties and is the warrantor for Volvo passenger vehicles sold in the United States.

17. Volvo Cars AB has no relationship, contractual or otherwise, with independent Volvo retailers in the United States, including retailers in the State of California. Volvo Cars AB also does not share the cost of any advertisements made by independent Volvo retailers in the State of California. Additionally, Volvo Cars AB does not certify or provide certification training to technicians who work at independent Volvo retailers in the State of California.

18. Volvo Cars AB does not engage in the advertising or promotion of vehicles in the United States, including in the State of California.

19. Volvo Cars AB does not direct specific marketing at consumers in the United States, including to California residents.

20. I am aware that Paragraph 17.b of the Second Amended Complaint alleges Volvo Car AB "authored, owns, and enforces the global 'Volvo Experience & Identity Guideline' (the 'Brand Book'), which states that **'[p]romotion of all Volvo product and service offerings must always be Volvo-branded and follow guidelines outlined in this document.'** Brand Bood at 5 (2022 ed.)." (emphasis in original). I am not aware of any document titled "Volvo Experience & Identity Guideline" authored or related to Volvo Cars AB. I have seen a document dated January 2022 with the title "Volvo Experience & Identity Guideline," which contains the above-referenced emphasized quotation at page 5. A copy of the "Volvo Experience & Identity Guideline" I reviewed is attached hereto as Exhibit A. The document attached as Exhibit A, however, is not a Volvo Cars AB document. It appears to be a document prepared by AB Volvo related to commercial trucks. Volvo Cars AB and AB Volvo are separate and distinct corporate entities. AB Volvo is not involved in the manufacture,

1  sale or marketing of Volvo passenger vehicles in the United States or elsewhere. Its business relates
2  to Volvo-branded commercial trucks, buses, and construction equipment.

3  21. I am also aware that Paragraph 17.d of the Second Amended Complaint alleges in
4  part that Volvo retailers are required to "submit proposed advertisements to Volvo AB's Brand
5  Portal for approval and to remedy any deviation from the Brand Book." Volvo Cars AB does not
6  maintain such a "Brand Portal" and does not review or approve advertising by Volvo retailers in the
7  United States, including in the State of California. I have reviewed a webpage that appears to be
8  maintained by AB Volvo, which contains a link to a "Brand Portal." *See*
9  https://www.volvogroup.com/en/tools/subscriptions/design-system-subscription-
10 confirmation.html#:~:text=Learn%20more%20about%20the%20Volvo%20Group%20Design,for%2
11 0guidelines%2C%20information%20about%20accessibility%2C%20Design%20System. That
12 webpage, however, is not owned, authored, or operated by Volvo Cars AB and is entirely unrelated
13 to Volvo Cars AB's business.

14 22. Volvo Cars AB does not operate any sales or service network for any product in the
15 State of California.

16 23. Volvo Cars AB does not direct California consumers to service centers in the State of
17 California for any work associated with recalls of Volvo-branded products.

18 24. Volvo Cars AB does not send technical service bulletins to Volvo retailers in the United
19 States, including in the State of California. Volvo Cars AB also does not mail recall notices to
20 consumers in United States, including to consumers in the State of California, related to any alleged
21 safety defect.

22 25. Volvo Cars AB, VCNA and VCUSA are separate and distinct corporate entities.
23 26. Volvo Cars AB, VCNA, and VCUSA are each adequately capitalized entities.
24 27. Volvo Cars AB, VCNA, and VCUSA each observe corporate formalities. For example,
25 each maintains independent bank accounts, separate corporate records, separate financial records, and
26 do not comingle assets.

27 28. Volvo Cars AB does not pay either VCNA's or VCUSA's taxes in the State of
28 California or elsewhere in the United States.

4
DECLARATION OF MAGNUS RAGNMARK - 3:25-cv-05331-MMC

29. Volvo Cars AB is not responsible for the owning or leasing of VCNA's or VCUSA's facilities, and neither VCNA nor VCUSA are responsible for the owning or leasing of Volvo Cars AB's facilities.

30. Volvo Cars AB does not control either VCNA's or VCUSA's day-to-day business operations. Similarly, neither VCNA nor VCUSA control Volvo Cars AB's day-to-day business operations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 19, 2026, at Gothenburg, Sweden.

_/s/ Magnus Ragnmark_
Magnus Ragnmark

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I electronically filed the Declaration of Magnus Ragnmark with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

By: /s/ Colm A. Moran
Colm A. Moran