# EXHIBIT A



VOLVO

# EXPERIENCE AND IDENTITY

Guideline – Dealer edition

JANUARY 2022

# Contents

**1. Introduction**   **3**
Core and explore – our approach to brand management   4
Volvo identity vs dealer identity   5
The Volvo trademark rules   6
Golden rules to protect the Volvo trademark   6

**2. Core elements**   **7**
Volvo Spread Word Mark   8
Volvo Penta Spread Word Mark   11
Volvo Iron Mark Logotype   14
Volvo Penta Spread Word Mark Stacked   15
Typography   17
Colors   21
Icons   27
Layout principles   30
  Be generous with space   31
  Keep it simple   32
  Create a clear order   33
  Pay attention to details   34
Image tonality   35
  Our color tone   36
  Human presence   37
  Storytelling   38
  Clear source of light   39
  Authenticity   40
  Products   41
Tone of voice   42
UX principles   44

**3. Marketing material**   **45**
Inserting dealer contact details   46
Inspirational examples   47

**4. Stationery**   **53**
Business cards   53
  Volvo Spread Word Mark   54
  Volvo Penta Spread Word Mark   55
Letterheads   
  Volvo Spread Word Mark   56
  Volvo Penta Spread Word Mark   57
Envelopes   
  Volvo Spread Word Mark   58
  Volvo Penta Spread Word Mark   59
Invoices   60
Fax sheets   61
Compliments slips   
  Volvo Spread Word Mark   62
  Volvo Penta Spread Word Mark   63
E-mail signatures   64

**5. Name tags and badges**   **65**
Name tags   66
Badges   67

**6. Events and sponsorships**   **68**
Events   69
Sponsorships   70

**7. Interior principles**   **72**
A creative and welcoming feeling   73

Interior color and material mood board   74
Concept development   75
Layouts and design considerations   76

**8. Exteriors at dealerships**   **77**
Before getting started   78
Planning and installing exterior signage   79
Promote main Volvo business
or several Volvo business entities on the facade   80
Representing several Volvo business entities   81
Representing several brands   82
Facade clear zones   83
Signage clear zones   84
Facades and lighting   85
Flags and additional signs   86
Basic principles   87
Small dealership   88
Medium/Large dealership   89
Things to consider   90

**9. Service vehicles**   **92**
Striping for Volvo-branded service vehicles   93
Active areas for information
for Volvo-branded service vehicles   94
Service vehicles with dealership identity   95
Volvo Action Service   96

**References**   **97**

# 1. Introduction

| | |
|---|---|
| Core and explore – our approach to brand management | 4 |
| Volvo identity vs dealer identity | 5 |
| The Volvo trademark rules | 6 |
| Golden rules to protect the Volvo trademark | 6 |

# Stronger brand experience – better business

Your dealership represents Volvo – one of the world's best known and respected brands. The key to a strong and successful brand, is trust and relevance. This is achieved when all touch-points have a distinct and consistent brand identity; and when the customer experience is tailored to individual preferences and needs.

These guidelines present the core elements that shapes the distinct Volvo identity and explains how to use them to build and maintain recognition and trust through consistent use. Compliance is mandatory for all Volvo dealers*

\* For dealers representing both Volvo and other Volvo Group brands, specific rules may apply regarding the relationship between the brands. Secure to always respect each brand's identity standards. Contact your local market representative if further guidance is needed.

# Core and explore – our approach to brand management

The brand is the experience – as perceived by the customer. To build a strong brand, trustworthy and attractive in today's marketplace, the two perspectives of **core and explore** must play together.

**Core** is the foundational areas and elements that profoundly distinguishes the brand, e.g., purpose, heritage, values, aspirations and **identity**. Strong brands never compromise the core in brand activation.

When the brand is activated towards customers and stakeholders e.g., through offers, aftermarket support, sales and marketing, strong brands dare **explore** execution to be relevant in a specific context and culture – while always staying true to the core.

**Volvo brand experience**
Divide between core and explore



**Main fundamental, distinct and non-negotiable areas:**

• Purpose
• Values
• Heritage
• Aspirations
• Naming
• Identity*

Core
≈20%

Explore
≈80%

**Brand execution and activation** through:

• Offers
• Sales and marketing
• Messaging
• Content
• Choice of platform/channel
• Events and exhibitions
• Films
• etc

* As defined and governed in this document.

** As decided locally based on customer needs. No global, centrally produced guidelines available.

# A distinct Volvo identity within your dealership

**The physical environment**
If your dealership has its own visual identity*, there must be a dedicated area where you present the Volvo offering and interact with your Volvo customers. In this area, all the customer touch-points must be Volvo branded.

**Marketing and communication**
All communication with Volvo customers about the Volvo offering must be Volvo-branded. Also if you market your dealership and its total offering, possibly including complimentary brands, using your own dealership identity*. It is only allowed to use Volvo colors, typefaces and other Volvo identity elements for distinct Volvo offerings and interactions. That way it will be clear that you are the sender while the Volvo identity stands strong.

**A distinct and thereby strong and clear Volvo brand experiences will attract and retain current and potential customers.**

* An independent dealer that represents only the Volvo brand may choose to forgo its own visual identity and instead use the Volvo identity. The independent dealer must then follow the rules and principles that apply for Volvo-branded dealers in this document. Permission to use the Volvo identity must be granted by Volvo.

BASIC PRINCIPLES FOR

**Communication about the Volvo offer**

- Promotion of all Volvo product and service offerings must always be Volvo-branded and follow the guidelines outlined in this document.

- Dealer contact details must only be placed in dedicated areas. See guidelines for each specific item in this document.

- Independent dealer logotype may be inserted in dedicated areas.

BASIC PRINCIPLES FOR

**Communication about the dealership total offer**

**Owned dealers**

- All promotion of the Volvo-owned dealership and its total offering must always be Volvo branded and follow the Volvo visual identity.

- Make sure the dealership is clearly presented as the sender of the message.

**Independent dealers**

- All promotion of the independent dealership and its total offering must always be dealer-branded and follow the dealer's visual identity guidelines.

- When promoting the total offering, the Volvo logotype may be presented next to the logos from other brands represented by the dealership.

- Make sure the dealership is clearly presented as the sender of the message.

- Never use the word "Volvo" in an independent dealer company or domain name.

# The Volvo trademark rules
## and how to put them into practice

The Volvo Trademark Rules define the very basis of the Volvo brand identity and protect the Volvo trademark from being misused, degraded or stolen. Make sure to always follow the Golden rules.

### Trademark basics

**What is a trademark?**
Typically, it is a name or a symbol that identifies the origin of a product. The Volvo Word Mark logotype is one example. This means that "Volvo" is a trademark regardless if it is used in running text or in approved logotypes. One example is in running text, when "Volvo" is used together with a product designation as in "Volvo A25G", for example. Another example is the "Volvo" used in our iron mark and the Volvo product emblem.

**Who owns the Volvo trademark?**
Volvo Trademark Holding AB owns, maintains and manages all the trademarks consisting of or containing Volvo. This legal entity is jointly owned by AB Volvo and Volvo Car Corporation, and grants licenses to those two industrial entities to use the Volvo trademark.

**Why protect it?**
The point of owning a registered trademark is to prevent others from profiting from it. In fact, legal actions can be taken against anyone who – even in subtle ways – uses a registered trademark without permission. If any company could put labels saying "Volvo" on its products, the meaning of "Volvo" would change radically – and the value of the Volvo brand would diminish rapidly.

**It all boils down to customer benefits**
By following the trademark rules you also make things easier for customers: the Volvo trademark and identity will be easy to recognize, and Volvo perceived as solid and trustworthy. Stick to the trademark rules and you will continuously help to strengthen the Volvo brand.

# Golden rules
## to protect the Volvo trademark

Rely on these key points to protect the integrity of the Volvo trademark in your daily work.

**1. Never invent your own logotypes/symbols**
Creating new Volvo logotypes or logo-like symbols for e.g. products, services, projects, teams or departments is not allowed. Use only approved logotypes in accordance with the Volvo Experience & Identity Guidelines.

**2. Write Volvo properly**
It's Volvo with a capital V. Always. Never play around with the word, and never use it in the plural form or as a verb. The Volvo Word Mark logotype may not be used in running text.

**3. Leverage Volvo through sponsorships – but only the right ones**
Sponsoring activities gives the Volvo brand powerful exposure, so make sure you sponsor the right ones. Consult your market communication representative at Volvo before signing any sponsorship contracts.

**4. Don't use Volvo as a trademark on products outside the control of Volvo**
The Volvo brand (and associated trademarks) must not be used on any products and offerings outside Volvo control. This since all offerings carrying the Volvo trademarks must be verified by Volvo as compliant to Volvo standards.

**5. It's not allowed to put "Volvo" in an independent dealer's company name**
Only dealers, importers and companies owned by Volvo can use it. All names using the Volvo trademark must be approved by Brand Management at Volvo Group HQ (BEX).

**6. Report suspected infringements**
Alert your market communication representative at Volvo immediately. Do not take any action against the infringer yourself.

**7. All merchandise must be approved**
All merchandise that is branded with the Volvo brand carriers must be approved by Volvo. Use only official Volvo merchandise or contact Volvo Group Merchandise Services for support.

**8. Use official Volvo signage only**
All Volvo signs must conform to the Volvo Signage Program specifications, and be purchased from centrally approved suppliers.

**9. Never allow a supplier to refer to Volvo in its marketing**
No suppliers are allowed to refer to any corporate name or trademark owned or licensed to Volvo Group without written consent by the Brand management department at Volvo Group HQ (BEX).

## 2. Core elements

| | |
|---|---|
| Volvo Spread Word Mark | 7 |
| Volvo Penta Spread Word Mark | 11 |
| Volvo Iron Mark Logotype | 14 |
| Volvo Penta Spread Word Mark | 15 |
| Do not, logotypes | 16 |
| Typography | 17 |
| Do not, typography | 20 |
| Colors | 21 |
| Do not, colors | 24 |
| Icons | 25 |
| Do not, icons | 27 |
| Layout principles | 28 |
| Be generous with space | 29 |
| Keep it simple | 30 |
| Create a clear order | 31 |
| Pay attention to details | 32 |
| Image tonality | 33 |
| Our color tone | 33 |
| Human presence | 34 |
| Storytelling | 35 |
| Clear source of light | 36 |
| Authenticity | 37 |
| Products | 38 |
| Do not, images | 39 |
| Tone of voice | 40 |
| Digital interfaces | 42 |

# Distinct impression.
# Heartfelt recognition.

At the core of the Volvo visual identity are certain elements – e.g. logotypes, typography and colors – that provide the distinct look and feel of Volvo in every piece of communication. Together they create a strong first impression. And for customers who are familiar with Volvo, these core elements secure an immediate and heartfelt recognition. This chapter presents how to use and safeguard the core elements.

# Volvo Spread Word Mark

The Volvo Spread Word Mark logotype is the primary identification carrier for all Volvo entities (Volvo Group Headquarters, Volvo Group Functions and Volvo Group Truck Divisions, Volvo corporate offices/operations e.g., Volvo Group India, Volvo Construction Equipment, Volvo Trucks, Volvo Buses, Volvo Defense, Volvo Autonomous Solutions, Volvo Energy and Volvo Financial Services and Volvo Cars), while the registered trademark Volvo Penta uses the Volvo Penta Spread Word Mark, information can be found here >>.

The fundamental rules regarding the Volvo Spread Word Mark logotype are presented on this page. Always use master artwork.

The business descriptor and/or tagline is never used in direct connection to the Volvo logotypes (Spread Word Mark or Iron Mark).

**Additional guidance**
**Secondary usage:**
**The original Volvo Word Mark logotype**
is only used on parts and components and until further notice on flags and signage. No exceptions are allowed unless approved by the Brand management department at Volvo Group HQ (BEX).



**The Volvo Group corporate identifier,**
is only used when legally required to identify the Volvo Group corporation, representing a consolidated family of brands, or when required by explicit, market related business situations. All usage is to be approved by the Brand management department at Volvo Group HQ (BEX).

### Clear zone
The minimum clear zone is equal to three times the height of the Volvo Spread Word Mark.

NOTE: When placing the Volvo Spread Word Mark next to other logotypes a double clear zone is preferred.



### Minimum size
To ensure that the Volvo Spread Word Mark is clearly visible, it should never be rendered less than 20 mm wide in print or 42 px in digital applications. Exceptions apply for merchandise and products under the discretion of Volvo Group Design. For digital interfaces where legibility of the Volvo Spread Word Mark can not be ensured, the Volvo Iron Mark should be used instead.



### Color versions and backgrounds
Black is the default color for the Volvo Spread Word Mark. The white version is to be used on darker backgrounds and images to provide contrast and clarity. Legibility is a priority.



**Recommended sizes on most common assets**

Logotype sizes are based on the width of different formats. Shown here are recommended sizes on both printed and digital assets. Please use this to guide when applying the Volvo Spread Word Mark logotype on other formats. Always strive for legibility and a spacious layout to convey a premium expression. Note that stationary has different settings – please use Word templates/master artworks.

**Placement in various media**

The Volvo Spread Word Mark logotype can be placed in a variety of ways depending on the layout.* Centered placement is always preferred. The Volvo Spread Word Mark can be used as a legal sender.

NOTE: Carefully consider logotype prominence in relation to the other elements. Always strive to achieve a balance between logotype and main message. Avoid several competing elements.



**Square formats**
Logotype size 1/3 of the width.

**Standard portrait format**
Logotype size 1/4 of the width.

**Rollups and smartstands**
Logotype size 1/3 of the width.

**Portrait narrow**
Logotype size 1/2 of the width.

**Standard landscape format**
Logotype size 1/6 of the width.

**Landscape narrow, for web banners**
When the logotype is placed in a white area (1/3 of the format) as shown in this example, the logotype size is 1/3 of the white area.

**Landscape narrow, for large printed banners and billboards**
When using a full bleed image, the logotype size is 1/6 of the width. When the logotype is placed in a white area (1/3 of the format) as shown in this example, the logotype size is 1/2 of the white area.

The height of the Volvo Spread Word Mark sets the placements. The margin from the edge of the page to the Volvo Spread Word Mark should equal at least 3X the height of the logotype.



**Primary placement of the Volvo Spread Word Mark**

**Secondary placement of the Volvo Spread Word Mark**

*Information on where to place the dealer logotype can be found here >>

## Examples – logotype placement

Shown below are examples of how to place the Volvo Spread Word Mark on different assets.



Sub-heading above the headline
**Long headline brochure
set on two lines**

Volvo Buses. Driving quality of life



**Short headline
social media**
Sub-heading below the headline



**Short headline
web banner**

CALL TO ACTION >

Volvo Trucks.
Driving progress



SHORT STATEMENT
Lorem ipsum dolor amet consectetur adipisicing elit ut elit doe officiim ponerum et incitur reno mod quidi nosam, nobis dis eveles voluptum assimpe rporporeptas sit.

Volvo Buses. Driving quality of life



**Short headline**
Lorem ipsum dolor amet consectetur adipis...
CALL TO ACTION >



Volvo Construction Equipment.
Building Tomorrow



Sub-heading above the headline
**Short headline poster**
Volvo Trucks. Driving Progress



**Short headline large banner**
Volvo Construction Equipment. Building Tomorrow

Fugiepe et sum ui aecetur luptamius doiuptat ali quiae latet as. Molori tas doloria luce ex lande ui luptamius dolu tium sum velit pa aeceatur etum.

### Business descriptor and tagline

The business descriptor and/or tagline is never used in direct connection to the Volvo logotypes (Spread Word Mark or Iron Mark). The business descriptor and/or tagline may be presented as text on at least clear zone distance from the Volvo Spread Word Mark logotype. The maximum size of the text equals the height of the logotype.

# Volvo Penta Spread Word Mark

The Volvo Spread Word Mark logotype in Volvo Penta format is the primary identification carrier for the registered trademark Volvo Penta.

The fundamental rules regarding the Volvo Penta primary logotype are presented on this page. Always use master artwork.

### Additional guidance

**Tagline**
The tagline is never used in direct connection to the Volvo Penta logotypes.

**Secondary usage:**

**The Volvo Penta original Word Mark,**
stacked version, is only used on parts and components and until further notice on flags and signage. No exceptions are allowed unless approved by the Brand management department at Volvo Group HQ (BEX).



### Clear zone
The minimum distance between the Volvo Penta Spread Word Mark and any other graphical element equals 4X the height of the logotype.

NOTE: When placing the Volvo Penta Spread Word Mark next to other logotypes a double clear zone is preferred.

### Minimum sizes
To ensure that the Volvo Penta Spread Word Mark is clearly visible, it should never be rendered less than 45 mm wide in print or 94 px in digital applications. Exceptions apply for merchandise and products under the discretion of Volvo Group Design. For interfaces where legibility of the Volvo Penta Spread Word Mark can not be ensured, the Volvo Penta Stacked Spread Word Mark should be used instead.

### Color versions and backgrounds
Black is the default color for the Volvo Penta Spread Word Mark. The white version is to be used on darker backgrounds and images to provide contrast and clarity. Legibility is a priority.







## Recommended sizes on most common assets

Logotype sizes are based on the width of different formats. Shown here are recommended sizes on both printed and digital assets. Please use this to guide when applying the Volvo Penta Spread Word Mark on other formats. Always strive for legibility and a spacious layout to convey a premium expression. Note that stationary has different settings – please use Word templates/master artworks.



**Square formats**
Logotype size 2/3 of the width.

**Standard portrait format**
Logotype size 1/2.5 of the width. On large posters and banners the recommended size is 1/2 of the width.

**Rollups and smartstands**
Logotype size 1/2 of the width.

**Portrait narrow**
Logotype size 2/3 of the width.

**Standard landscape format**
Logotype size 1/3 of the width.

**Landscape narrow**
When clear visibility of the Volvo Penta Spread Word Mark can't be ensured the stacked version of the Volvo Penta logotype should be used instead.

## Placement in various media

The Volvo Penta Spread Word Mark can be placed in a variety of ways depending on the layout.* Centered placement is always preferred. The Volvo Penta Spread Word Mark can be used as a legal sender.

NOTE: Carefully consider logotype prominence in relation to the other elements. Always strive to achieve a balance between logotype and main message. Avoid several competing elements.

The height of the Volvo Penta Spread Word Mark sets the placements. The margin from the edge of the page to the Volvo Penta Spread Word Mark should equal at least 4X the height of the logotype.



**Primary placement of the Volvo Penta Spread Word Mark**

**Secondary placement of the Volvo Penta Spread Word Mark**

*Information on where to place the dealer logotype can be found here >>

**Examples – logotype placement**

Shown below are examples of how to place the Volvo Penta Spread Word Mark on different assets.

















**Tagline**

The tagline is never used in direct connection to the Volvo Penta logotypes. The tagline may be presented as text on at least clear zone distance from the Volvo Penta Spread Word Mark logotype. The maximum size of the text equals the height of the logotype.

# Volvo Iron Mark logotype

The Volvo Iron Mark logotype in 2D is the secondary identification carrier for all Volvo entities (Volvo Group Headquarters, Volvo Group Functions and Volvo Group Truck Divisions, Volvo corporate offices/operations e.g., Volvo Group India, Volvo Construction Equipment, Volvo Trucks, Volvo Buses, Volvo Defense, Volvo Autonomous Solutions, Volvo Energy and Volvo Financial Services and Volvo Cars). It is mainly used in digital applications and only when clear visibility of the Volvo Spread Word Mark can not be ensured.

The fundamental rules regarding the Volvo Iron Mark logotype are presented on this page. Always use master artwork.

### Additional guidance

**Business descriptor and tagline**
The business descriptor and/or tagline is never used in direct connection to the Volvo logotypes (Spread Word Mark or Iron Mark).

**Volvo emblems**
The Volvo Iron Mark logotype in 3D is used on Volvo products as outlined in the Volvo Emblem Handbook, managed by Volvo Group Design.

## Clear zone
Minimum clear zone equals 1/4 the width of the Volvo Iron Mark logotype.

NOTE: When placing the Volvo Iron Mark logotype next to other logotypes the minimum clear zone should be equal to the width of the Volvo Iron Mark logotype.



## Minimum sizes and placements
To ensure that the Volvo Iron Mark logotype is clearly visible, it should never be rendered less than 12 mm wide. For digital interfaces, as well as for merchandise, there are exceptions to this rule. Legibility is a priority.

The Volvo Iron Mark is always positioned in the centre of any prescribed area. It is used in social media, as browser tab favicon on our website, taskbar shortcut icon and desktop shortcut icon. Keep the minimum clear zone around the logotype. The Volvo Iron Mark in the browser tab favicon is an exception to the clear zone principles and is sized to best fit the shape.



12 mm

**Minimum size**



16 px

**Minimum size for favicon**



**Placement in social media**



Example of how the Volvo Iron Mark logotype is used in social media.

## Color versions and backgrounds
Black is the default color for the Volvo Iron Mark logotype. The white version is to be used on darker backgrounds and images to provide contrast and clarity. Legibility is a priority.

# Volvo Penta Stacked Spread Word Mark

The Volvo Penta Stacked Spread Word Mark is the secondary identification carrier for Volvo Penta. It is mainly used in digital applications and only when clear visibility of the Volvo Penta Spread Word Mark can not be ensured.

The fundamental rules regarding the Volvo Penta Stacked Spread Word Mark are presented on this page. Always use master artwork.

### Additional guidance

#### Tagline
The tagline is never used in direct connection to the Volvo Penta logotypes.

### Clear zone
The minimum clear zone is equal the height of the Volvo Penta Stacked Spread Word Mark logotype.

NOTE: When placing the Volvo Penta Stacked Spread Word Mark logotype next to other logotypes a double clear zone is preferred.



### Minimum sizes and placements
To ensure that the Volvo Penta Stacked Spread Word Mark logotype is clearly visible, it should never be rendered less than 20,5 mm wide. For digital interfaces, as well as for merchandise, there are exceptions to this rule. Legibility is a priority.

The Volvo Penta Stacked Spread Word Mark is always positioned in the centre of any prescribed area used in social media and as favicon on our website. Keep the minimum clear zone around the logo. The logo for the website favicon is an exception to the clear zone principles and is sized to best fit the shape.



20,5 mm

**Minimum size**



16 px

**Minimum size for favicon**



**Placement in social media**

### Color versions and backgrounds
Black is the default colour for the Volvo Penta Stacked Spread Word Mark logotype. The white version is to be used on darker backgrounds and images to provide contrast and clarity. Legibility is a priority.



Example of how the Volvo Penta Stacked Spread Word Mark can be used in a web banner.

# Do not

Please, always use correct artwork for Volvo Spread Word Mark, Volvo Penta Spread Word Mark, Volvo Iron Mark and Volvo Penta Stacked Spread Word Mark and respect the don'ts shown below.



Do not place logotypes, text or graphics within the clear zone of any of the logotypes.



Do not add any business descriptor or tagline to any of the logotypes.



Do not add any visual effects on any of the logotypes.



Do not squash any of the logotypes.



Do not combine any of the logotypes with illustrations.



Do not stretch any of the logotypes.



Do not change color on any of the logotypes.



Do not add any name or statement to any of the logotypes.



Do not rotate any of the logotypes.



Do not add the business entity next to the Volvo Iron Mark logotype as a unit.



Do not crop any of the logotypes.



Do not tilt any of the logotypes.



Do not use the original Volvo Word Mark logotype in any marketing materials.



Do not reproduce any of the logotypes in outline.



Do not use the Volvo Penta original Word Mark in any marketing materials.

# Typography

Our two primary typefaces are Volvo Novum and Volvo Broad while defined typefaces exist for product application e.g., model emblems. Both Volvo Novum and Volvo Broad are Volvo owned fonts and should be used in all communication, both print and digital. Note that Volvo Broad is not to be used to communicate any other brand than the Volvo brand.

Independent dealers may only use Volvo typefaces when promoting Volvo products or services – never when promoting their own companies, competing offerings, or complementary brands.

Volvo Novum supports Latin, Cyrillic and Greek languages and Volvo Broad supports Western and Central European languages. See information for other languages here >>.

**Download fonts here**

### Additional guidance

#### Antiqua
The typeface Volvo Antiqua (serif) is a third Volvo owned typeface. It is not used by Volvo Group.

Additional typefaces are used for products only and by Group Design.

NOTE: The Volvo typefaces are pre-installed on Volvo computer clients for use in Volvo brand distinct communication. If the communication is distributed externally e.g., a PowerPoint presentation, the communication must be saved to .pdf for correct typeface display. For communication through third party applications, e.g., MS Sharepoint and Outlook, the application's default typefaces are used.

## Volvo Novum
Volvo Novum is our default typeface for most texts, including headings, sub-headings, introductions, body copy and captions. Volvo Novum comes in four primary weights, which provide useful variation. Volvo Novum Medium versions are to be used for "bold" text, never use the default "bold" in your software. The italic versions of the four weights is suitable to highlight whole sentences or just a single word. Volvo Novum Digital is a font developed for responsive digital designs. It should be treated in the same way as the version used in print.

| | |
|---|---|
| Light | ABCabc123 |
| Light Italic | *ABCabc123* |
| Semi-Light | ABCabc123 |
| Semi-Light Italic | *ABCabc123* |
| Regular | ABCabc123 |
| Regular Italic | *ABCabc123* |
| Medium | **ABCabc123** |
| Medium Italic | ***ABCabc123*** |

## Volvo Broad
Volvo Broad is the font that is most closely linked with our brand and provides impact and recognition. To secure a premium brand expression, Volvo Broad must only be used for strong, short statements and carefully selected messages. It also works well in product designations. Never use Volvo Broad for body copy, long headings or detailed information. Volvo Broad Digital is a headline typeface developed for responsive digital designs. It should be treated in the same way as the version used in print.

**ABC123**

**Volvo Broad Outline, optional**
This typeface can be used to highlight words in sentences set in Volvo Broad. Volvo Broad Outline is never used for a full sentence

ABC123

## Spacing and leading

For a contemporary and distinct look, it is recommended to use Volvo Broad, including Volvo Broad Outline, in accordance to defined spacing and leading.

The **spacing** can be set between +50 to +60% to make a more airy and humanistic appearance. Shown below: +60%.

The **leading** can be set to between 85-90% of the font size to harmonize with the airier spacing. Shown below: 85% e.g. 50/42,5pt.



Spacing





Leading

### Spacing in PowerPoint presentations

To create the same airy visual expression in PowerPoint presentations, choose "loose setting" in the spacing panel.

NOTE: If the PowerPoint presentation is distributed externally, the presentation must be saved to .pdf for correct typeface display.



## Examples

Examples of how our typefaces can be used and combined.

Short headlines or statements in Volvo Broad gives a

# STRONG IMPRESSION

Words in a Volvo Broad headline or statement can be set in

# VOLVO BROAD OUTLINE

Words in a Volvo Novum text can be set in Italic to highlight *specific words.*
Words in a Volvo Novum text can be set in Medium to highlight **specific words.**

VOLVO NOVUM LIGHT
CAN BE SET IN ALL CAPS

VOLVO NOVUM SEMI-LIGHT
CAN BE SET IN ALL CAPS

VOLVO NOVUM REGULAR
CAN BE SET IN ALL CAPS

**VOLVO NOVUM MEDIUM
CAN BE SET IN ALL CAPS**

**Sub-heading in Volvo Novum Medium**
Body copy set in Volvo Novum Light

**Sub-heading in Volvo Novum Medium**
Body copy set in Volvo Novum Semi-Light

**Sub-heading in Volvo Novum Medium**
Body copy set in Volvo Novum Regular

Caption set in Volvo Novum Light
Caption set in Volvo Novum Semi-Light
Caption set in Volvo Novum Regular

# Font equivalents

The Volvo brand typefaces support a wide range of languages – but not all languages used on the markets in which we are present. This page details Volvo font equivalents to use for non-supported languages. The suggested fonts are recommendations, other fonts may be used as long as they strongly resemble the fonts presented here.

| | VOLVO BROAD | VOLVO NOVUM | ARIAL |
|---|---|---|---|
| **CHINESE** | **Volvo Broad CN**<br>• Volvo owned font. Available via Faros, or contact your Brand management department for further support.<br>• All communication (print and digital). | **Source Hans Sans**<br>• Free font.<br>• All communication (print and digital). | **Microsoft Yahei**<br>• Microsoft system font.<br>• For office communication (e.g. Email).<br>• For some printed and digital communication. |
| **KOREAN** | **Source Han Sans KR**<br>• Free font.<br>• All communication (print and digital). | **Source Han Sans KR**<br>• Free font.<br>• All communication (print and digital). | **Malgun Gothic**<br>• Microsoft system font.<br>• For office communication (e.g. Email).<br>• For some printed and digital communication. |
| **JAPANESE** | **Japanese Meiryo**<br>• Microsoft system font.<br>• All communication (print and digital). | **Japanese Meiryo**<br>• Microsoft system font.<br>• All communication (print and digital). | **YU Gothic**<br>• Microsoft system font.<br>• For office communcation (e.g. Email).<br>• For some printed and digital communication. |
| **THAI** | **Lily UPC**<br>• Microsoft system font.<br>• All communication (print and digital). | **Browalia New**<br>• Microsoft system font.<br>• All communication (print and digital). | **Arial Thai**<br>• Microsoft system font.<br>• For office communcation (e.g. Email).<br>• For some printed and digital communication. |
| **ARABIC** | **Arial Arabic**<br>• Microsoft system font.<br>• All communication (print and digital). | **Arial Arabic**<br>• Microsoft system font.<br>• All communication (print and digital). | **Arial Arabic**<br>• Microsoft system font.<br>• For office communication (e.g. Email).<br>• For some printed and digital communication. |

## Do not

Shown here are examples of incorrect use of the Volvo typefaces.

FACEPUDIS MA QUE LAM INCIMI, SIT EIUNT VELESTIAT QUAE
VOLORE VOLORRO MOLUPTA TUR RESTIA DOLORAE EXERRO
EXPLANDI DI BERECTEM IL IPSANT VOLO BEARCI TEM. ABO.
NAMUS ODIS UT FACEATUR, SIMAXIMUS. FACEPUDIS MA QUE
LAM INCIMI, SIT EIUNT VELESTIAT QUAE VOLORE VOLORRO
MOLUPTA TUR RESTIA DOLORAE EXERRO EXPLANDI DI
BERECTEM IL IPSANT VOLO BEARCI TEM.

Do not use Volvo Broad for body copy.



Do not stretch/extend (or condense)
to change the width of the characters.



Do not make italics out of upright letters.
Only use specified italic fonts.



Do not fill or adjust parts
of the characters.



Do not manually change Volvo Broad or Volvo
Novum to bold and/or italics.



Only set Volvo
typefaces horizontally.

ULLABORUNTI COMNIS MAGNIMAXIMET EOS SIT
ENIS AUT RAE. ITATAQUAM, TOTAE IPIEI REM

Facepudis ma que lam incimi, sit eiunt velestiat
quae volore volorro molupta tur restia dolorae
exerro explandi di berectem il ipsant volo bearci
tem. Abo. Namus odis ut faceatur, simaximus.

Do not use Volvo Broad for long headings.



Do not affect the appearance
of the characters by removing parts,
apply in pattern grids or the like.



Do not overdo visual effect combinations like
3D extrusion, outline, drop shadows etc.
If a shadow is needed for readability reasons
it shall be very subtle, hardly noticeable.



Do not use Volvo Broad Outline
in any color on a color.



Never put an image into
Volvo Broad Outline.



Do not jeopardize readability and clarity,
e.g. by positioning Volvo Broad Outline (in black
or white) on a scattered image background.

# Colors

The heart of our color universe is Volvo Blue, a color that has a unique association to our brand. Volvo Blue is never used for decorative purposes and until further notice only allowed on flags, signage and service vehicle striping according to defined guidelines.

To compliment Volvo Blue there are seven additional **Volvo main colors**. These should be used to position the Volvo brand both online and offline in, for example, apps, brochures and product guides. On images and colored backgrounds we use text in white or black. All main colors can be used for text on a white background.

The extended color palette consists of three **Volvo accent colors,** Leaf, Teal and Flow. The Volvo accent colors may be used in four different, predefined shades. The Volvo accent colors should only be used as supporting colors, to highlight details and should never dominate a layout.

### Additional colors

**Winter Orchid Green**
May be used for Volvo specific innovations. Contact the Brand management department at Volvo Group HQ (BEX) for further information.

## Volvo main colors



**Dark Blue**
PMS    533C
CMYK   88 / 72 / 32 / 72
RGB    32 / 42 / 68
HEX#   202A44



**Black**
PMS    Process Black C
CMYK   0 / 0 / 0 / 98
RGB    20 / 20 / 20
HEX#   141414



**White**
PMS    -
CMYK   0 / 0 / 0 / 0
RGB    255 / 255 / 255
HEX#   FFFFFF



**Volvo Blue**
PMS    2747C
CMYK   100 / 85 / 0 / 15
RGB    24 / 40 / 113
HEX#   182871

Volvo Blue shall not be used for decorative or accentuating purposes.

**Grey One**
PMS    Cool Grey 1C
CMYK   14 / 11 / 13 / 0
RGB    225 / 223 / 221
HEX#   E1DFDD

**Grey Two**
PMS    Cool Grey 5C
CMYK   37 / 29 / 30 / 8
RGB    167 / 168 / 169
HEX#   A7A8A9

**Grey Three**
PMS    Cool Grey 8C
CMYK   47 / 37 / 38 / 18
RGB    136 / 139 / 141
HEX#   888B8D

**Grey Four**
PMS    Cool Grey 11C
CMYK   22 / 0 / 0 / 85
RGB    83 / 86 / 90
HEX#   53565A

## Volvo accent colors

**Flow One**
PMS    3155C
CMYK   100 / 0 / 25 / 50
RGB    57 / 105 / 118
HEX#   396976

**Flow Two**
PMS    5483C
CMYK   68 / 25 / 30 / 15
RGB    103 / 140 / 150
HEX#   678C96

**Flow Three**
PMS    5493C
CMYK   45 / 15 / 25 / 10
RGB    150 / 176 / 182
HEX#   96B0B6

**Flow Four**
PMS    5513C
CMYK   30 / 10 / 18 / 2
RGB    195 / 210 / 214
HEX#   C3D2D6

The primary accent colors are Leaf One, Teal One and Flow One. Note that Leaf and Teal are lighter than Flow, which impacts shading scale visualization.

**Teal One**
PMS    573C
CMYK   24 / 0 / 15 / 0
RGB    184 / 222 / 216
HEX#   B8DeD8

**Teal Two**
PMS    564C
CMYK   40 / 0 / 27 / 0
RGB    141 / 201 / 191
HEX#   8DC9BF

**Teal Three**
PMS    563C
CMYK   55 / 0 / 35 / 0
RGB    102 / 179 / 166
HEX#   66B3A6

**Teal Four**
PMS    7473C
CMYK   75 / 15 / 50 / 0
RGB    80 / 162 / 148
HEX#   50A294

**Leaf One**
PMS    365C
CMYK   30 / 0 / 60 / 0
RGB    200 / 230 / 145
HEX#   C8E691

**Leaf Two**
PMS    367C
CMYK   40 / 0 / 68 / 0
RGB    168 / 212 / 107
HEX#   A8D46B

**Leaf Three**
PMS    368C
CMYK   59 / 0 / 100 / 0
RGB    143 / 197 / 78
HEX#   8FC54E

**Leaf Four**
PMS    369C
CMYK   70 / 10 / 100 / 0
RGB    120 / 184 / 51
HEX#   78B833

## Examples – Volvo main colors

Shown below are examples of how the Volvo main colors can be used.

## Examples – Volvo accent colors

Shown below are examples of how the Volvo accent colors can be used.























## Functional colors

For specific action or alert purposes, these
additional functional colors are available.

**Success**
CMYK  100 / 0 / 100 / 0
RGB  71 / 150 / 45
HEX#  47962D

**Warning**
CMYK  0 / 10 / 100 / 0
RGB  247 / 211 / 2
HEX#  F7D302

**Error**
CMYK  0 / 100 / 100 / 0
RGB  196 / 0 / 26
HEX#  C4001A

**CTA blue**
CMYK  100 / 70 / 0 / 0
RGB  0 / 79 / 188
HEX#  004FBC

**CTA blue hover**
RGB  0 / 86 / 214
HEX#  0056D6

**CTA blue active**
RGB  0 / 65 / 163
HEX#  0041A3

## Examples functional colors

The functional colors may be used together with the main and accent colors
(the color palette can be found here >>) when there is a functional need, in for example
line charts. The functional colors may never be used for decorative purposes.









## Extended functional color palette

A color palette that reflects Volvo Group brand position and blends perfectly with Volvo Blue to create harmony and consistency for all uses. The rules and recommendations state how to best use each color type.

Each color should be used in 100% only, to secure consistency. Colors may appear slightly different depending on which media is being used.

## Principles for extended functional color palette

The colors can be applied to digital user interface (UI) design for both light theme and dark theme. Dark theme color palette should not be used on white backgrounds. Light theme colors should not be used on black backgrounds.

Use the colors to communicate the visual hierarchy, guide interactions and create a consistent brand identity.

## Each theme includes:

Grayscale: used to determine surface colors and ornaments. For instance, colors used for background, foreground, divider and border.

CTA (Call-To-Action): use it for links, selections and other interactive elements. They cover three states: default, hover and active states.

The colors Error, Warning and Success are used to comply with legal industry requirements such as digital clusters inside the cabs. And to be used off board as well only for the purpose of giving the user feedback of error, warning and success.

### Light theme

**Background / primary: #FFFFFF**
Use as the primary background colour for light UI.

**Background / secondary: #F7F7F7**
Use as the secondary background colour for light UI.

**Background / tertiary: #E1DFDD**
Use as the tertiary background colour for light UI.

**Ornamental / divider: #D0D0D0**
Use to visually group or separate UI elements within light UI.

**Ornamental: #A7A8A9**
Use to visually group or separate UI elements within light UI.

**Ornamental / border: #8888BD**
Use to visually group or separate UI elements within light UI.

**Foreground / tertiary: #53565A**
Use for styling primary content such as text and icons. May sit on top of any light UI background colours.

**Foreground / tertiary: #53565A**
Use for styling primary content such as text and icons. May sit on top of any light UI background colours.

**Foreground / primary: #141414**
Use for styling primary content such as text and icons. May sit on top of any light UI background colours.

**CTA blue default: #1C6BBA**
Use the color to style standalone buttons/links and selected UI states within light UI. May sit on top of any light UI background colour.

**CTA blue hover: #2B8EDE**
Use the color when the mouse cursor hovers on the CTA elements in the web-based interface. May sit on top of any light UI background colour.

**CTA blue active: #104E9B**
Use the color when the CTA element is activated. May sit on top of any light UI background colour.

**Accent: #346559**
Used for highlights and accentuation of the UI. May sit on top of any light UI background colour.

**Error: #BF2012**
Use for highlighting errors, invalid data and destructive actions. May sit on top of any light UI background colour.

**Warning: #FFA000**
Use the color for specific actions or alert purposes. May sit on top of any light UI background colour.

**Success: #1A6C31**
Use the color for successful use cases. May sit on top of any light UI background colour.

### Dark theme

**Background / primary: #141414**
Use as the primary background colour for dark UI.

**Background / secondary: #323232**
Use as the secondary background colour for dark UI.

**Background / tertiary: #53565A**
Use as the tertiary background colour for dark UI.

**Ornamental / divider: #636363**
Use to visually group or separate UI elements within dark UI.

**Ornamental: #A7A8A9**
Use to visually group or separate UI elements within dark UI.

**Ornamental / border: #D0D0D0**
Use to visually group or separate UI elements within dark UI.

**Foreground / tertiary: #E1DFDD**
Use for styling primary content such as text and icons. May sit on top of any dark UI background colours.

**Foreground / secondary: #F7F7F7**
Use for styling secondary content such as text and icons. May sit on top of any dark UI background colours.

**Foreground / primary: #FFFFFF**
Use for styling primary content such as text and icons. May sit on top of any dark UI background colours.

**CTA blue default: #1F7BD1**
Use the accent colour to style standalone buttons/links and selected UI states within dark UI. May sit on top of any dark UI background colour.

**CTA blue hover: #44A1FF**
Use the color when the mouse cursor hovers on the CTA elements in the web-based interface. May sit on top of any dark UI background colour.

**CTA blue active: #2C83EF**
Use the color when the CTA element is activated. May sit on top of any dark UI background colour.

**Accent: #66B3A6**
Used for highlights and accentuation of the UI. May sit on top of any dark UI background colour.

**Error: #EA2C1A**
Use for highlighting errors, invalid data and destructive actions. May sit on top of any dark UI background colour.

**Warning: #F7D302**
Use the color for specific actions or alert purposes. May sit on top of any dark UI background colour.

**Success: #47982D**
Use the color for successful use cases. May sit on top of any dark UI background colour.

## Examples extended functional colors

**Web on mobile**

**Mobile Application**

LIGHT THEME



DARK THEME

LIGHT THEME



DARK THEME



# Do not

Shown here are examples of incorrect use of Volvo colors.



Do not combine and use Volvo accent colors in large colored backgrounds.



Do not combine colors and/or logotype versions that could compromise visibility.



The functional colors should not be used for decorative purposes.



Do not use to many colors in a layout.



Do not combine colors that could compromise visibility.



Text on images should be set in white or black. Do not use the white frame when creating new material.



Volvo Blue is used exclusively for and in combination with Volvo logotypes and shall not be used for any decorative or accentuating purposes.

Volvo accent colors should never dominate in a layout.



The functional colors should only be used when there is a functional need.

# Icons

The Volvo icons are effective visual tools for highlighting key information and activity – in applications to make interaction easier, and in marketing materials to promote the same interaction. They guide the user, or customer, and make their experience smooth and pleasant.

The common design style for Volvo icons creates recognition in all of our touch-points. It is therefore necessary to consistently follow the basic principles described here. Always strive for simplicity and user-friendliness.

For new icons, contact Volvo Group Design. They are responsible for developing both communication and functional icons.

**Download icons here**

**Basic principles for Volvo icons**
Always strive for simplicity and let the explanatory text be the main bearer of the information, instead of trying to include all the information in the Volvo icon. The same icon can be used for different messages. The icons should never be used for decorative purposes.

   

   

## Icon colors

The Volvo icons for communication purposes can be set in our main colors (except Volvo Blue). These are the only allowed colors for communication icons.

For functional icons and their use please contact BEX.

## Background colors

The Volvo icons for communication purposes can be placed on our main and accent colors (except Volvo Blue). When placed on accent colors the icons must only be black or white.

## In combination with text

A complementary or descriptive text can be placed below a Volvo icon. The text should be set in Volvo Novum Light, Volvo Novum Regular or Volvo Novum Medium depending on application. The icons can be stand alone or placed on backgrounds in various shapes.

### Examples of icons in main colors

 
  

### Main colors, examples

  

### Accent color, examples

  

### Icons with text


Novum
Light

Novum
Regular


Novum
Medium


Novum
Light

Novum
Regular

Novum
Medium

## Examples

Shown below are examples of how our icons can be used and combined.



Brochure



Apps



Web page

 

Onboard

# Do not

Here are examples of incorrect use of the Volvo icons.









Do not fill Volvo icons with colors and do not apply any
special effects such as, for example, 3D-effects, gradients and shadows.

Do not combine several Volvo icons to make decorative illustrations and patterns.
Exception apply for Volvo Group Merchandise Services.

Do not use icons from,
for example, clip art libraries.

BACK TO CONTENTS

## Layout principles

There are four defined principles to help convey the values and aspirations of the Volvo brand in graphic layouts. The principles are there to guide you when updating, designing or creating new marketing assets, presentations, services or other interfaces. The layout principles support the Volvo Design Philosophy where functionality, clarity and ease-of-use is key.

1. Be generous with space     2. Keep it simple     3. Create a clear order     4. Pay attention to details

# 1. Be generous with space

An airy layout with generous space between the objects provides a serene impression, is aesthetically pleasing and helps the viewer take in and process the information at their own pace.

**What to think about:**

- Space makes your message/content stand out.
- Divide the information on several areas or prioritize only the most important message.
- Don't try to say it all at once.
- Remember that the attention span of your viewer is normally only a few seconds. Help the viewer by providing a visual paus.
- A clean, airy layout with less graphic elements and messages is easier to digest.
- A spacious layout can be achieved with color as well as with white space.





↑
The headline is too long to be set in Volvo Broad – the text should have been divided as shown in the correct example to the left.









←
The text is too large, and the margins too small, making the layout look crowded and not spacious enough.



↑
Instead of placing all information on one slide, divide the information on two or more slides, making the presentation easier to digest.

## 2. Keep it simple

Limit font types and sizes, as well as colors, images and icon sizes, to a few. This helps create a consistent design experience with an overall calm expression.

**What to think about:**

- Let one strong image tell the story rather than many small images.
- Limit the number of colors you use to an absolute minimum.
- Create a short impactful headline rather than a long title.
- Simplicity helps build a premium and sophisticated impression. It also projects confidence.





↑
Do not place images on top of images. The headline should have been divided since it's too long to be set only in Volvo Broad. Too many accent colors are used creating a scattered impression.







←
Too many visual impressions with different colors and several images.



←
No strong header image. Too many large icons and different accent colors.

Case 3:25-cv-05331-MMC    Document 49-2    Filed 01/20/26    Page 34 of 99

## 3. Create clear order

Help the viewer prioritize information with a clear order. Simply make the more important information more prominent, it conveys confidence and purpose.

**What to think about:**

- Make it clear what the main message is and ensure it's easy to take in.
- Use a structured grid to align your layout and add space between different sections to guide the viewer and create a clear order in the layout.
- Prioritize by using scale and size – make the most important content the most prominent.









← Incorrect margins and the table is too big making the slide feel crowded and not spacious enough.







← No clear structured grid or main message. Difficult for the viewer to know how to digest the information without a clear order.

↑ The Volvo Spread Word Mark is too large. All information is set in the same frame and in similar sizes making it both crowded and difficult to understand.

# 4. Pay attention to details

Make sure all objects are aligned and structured in a harmonious and orderly way. It conveys quality.

**What to think about:**

- Ensure margins are balanced from left to right and top to bottom.
- Strive for balance in your layout by making sure it's not too heavy to one side.
- Make sure texts and images are aligned.
- Don't rush the work – pay careful attention to details.





Margins are not balanced making the ad too heavy to one side. Texts and images are not aligned.





No clear margins or balance in the layout. Texts are not aligned. Line spacing is too tight making it look cramped.





No clear margins or balance in the layout making the banner too heavy one side. Texts are not aligned. The Volvo Spread Word Mark is not centered in the white area.

# Image tonality

The key features of our image tonality spring from the very core of our brand, our heritage and our aspirations. The light, the human presence, and the masterpieces of engineering portrayed, all communicate a strong sense of innovation and care.

Pay attention to all the details when creating an image – make sure the depicted product is placed and used in a realistic way. It conveys quality and safety.

These guiding principles for image tonality applies to video as well as still images.

NOTE: Always secure image usage rights, permissions and ensure that photos and video are legally and GDPR compliant.

**Our color tone**
Warm, earthy color tones accentuate our friendly and humanistic brand personality. The color tone creates an overall visual consistency and works well with our different product images.

 

 

**Overall tone**
Warm grey and brown tones.

**Whites**
White areas (highlights) should be warm rather than neutral and cold.

**Blacks**
Dark areas (shadows) are deeper dark grey, rather than high contrast pitch black.

## Storytelling

Seduce the target audience with images that tell a story, highlighting the ultimate customer benefit in a dynamic and emotional way. Compose settings that explain why our customers are passionate about, and proud of, Volvo. When showing the products in action, use dynamic imagery that captures the user experience.

## Basic principles

- Convey a genuine story, capture a moment in time.
- Place the product in a setting that creates exciting associations.
- Settings can be anything from city and urban life to countryside and nature.
- Capture elements of nature and life, for example the ocean, trees, people and movement.
- Demonstrate our role in the bigger picture by including passengers or bystanders in the scene as well.
- If possible, show Volvo products in collaboration.
- When portraying scenes that indirectly affect people's lives, in rural areas and nature imagery, human presence is not necessary.
- Reflect reality in an authentic and credible way, never greenwash or exaggerate social and safety benefits.

These guidelines are applicable for stock photo purchases as well as when arranging your own photo shoot.









## Human presence

Volvo is the "people first" brand. People can be depicted in their work environment, as well as in their everyday life and to demonstrate our role in society we can also include passengers or bystanders in the scene.

## Basic principles

- Portray colleagues over models (and make sure to secure their consent).
- Close in on the people portrayed, but still make sure to capture the context and environment.
- When we portray people looking directly into the camera, we keep it natural and spontaneous to capture the feeling of a "moment in time."
- In images of moving products, audiences can still catch a glimpse of the operator or driver.
- Steer away from busy images/backgrounds to avoid distractions, but never use cut-out images.

*Corporate portraits*
- Use natural light, such as windows for soft shadows and natural colors.
- Use a short depth of field. Consider the angle and shoot straight ahead, not from below or above.
- Note that these rules do not apply for portraits in for example magazines.

These guidelines are applicable for stock photo purchases as well as when arranging your own photo shoot.









**Clear source of light**

Light sources reflect our Swedish origin. They also add a sense of optimism and belief in the future, which conveys the care associated with our brand.

**Basic principles**

- Depict a clear source of light, preferably capturing "the magic moment" of a day.
- Take advantage of natural light sources such as windows or use an outdoor setting to catch warm, natural light.
- A clear source of light isn't limited to natural daylight. It can come from headlights, street lamps or other adequate sources of light.
- Shots taken of product interiors should have a warm feel, with an abundance of light.
- Ensure that the light source adds a warm feeling even in industrial or "grey" environments.

These guidelines are applicable for stock photo purchases as well as when arranging your own photo shoot.









## Authenticity

Pay attention to all the details when creating an image – make sure the depicted product is placed and used in a realistic way. A professional who looks at the image will spot even the smallest irregularity.





## Basic principles

- Show the products hard at work in their authentic environments. Products should be clean but when it supports the authenticity, it is okay for products to be dirty.

- Include human presence with people who fit naturally within the setting. They can be operators, drivers, worksite colleagues, passengers or bystanders.

- Provide a broad perspective – always try to tell a story with the picture.

- Use clear, warm light and dynamic angles to portray details and features in a premium and contemporary way.

- Choose images of products in action. Avoid closely cropped product images.

- Showcase products at their best. Capture the very best angles that highlight unique features and brand-specific details.

- Simplicity. Choose the right objects to portray visually, and avoid objects that aren't interesting to look at. Look for simple, strong backgrounds that do not divert attention from the products.









These guidelines are applicable for stock photo purchases as well as when arranging your own photo shoot.

## Products

Studio shots are an opportunity to show our products in their entirety, without distraction and in the most attractive way. We want the products to shine and reflect the innovation, knowledge and unique design that is built into each one of them.

Product features and detail images have a progressive and premium feel. They capture the beauty of our products; and make even the most sophisticated technologies attractive, exciting and understandable.

## Basic principles

*Products in studio*

- Use a soft, warm, light that makes materials and textures feel real, authentic and distinctive.
- Use dynamic angles to emphasize the unique design features, appealing shapes and details.
- Product shots should include a light drop shadow to prevent the product from "floating".
- The products are polished and clean to present an air of high quality.

*Products – details/features*

- Select features and details that send the strongest innovation message and zero in on unique technological solutions.
- Highlight the most visually appealing, and brand-distinct, design features.
- Ensure that the details and features we portray are always clean and in top condition.
- Consider how human presence can be conveyed in the picture.









# Do not

Sometimes to explain what we mean, it's easier
to show what not to do. Here are some examples.



Overly staged situations like
a handshake.



Avoid unnatural distortions and visual
effects caused by extreme wide lenses,
and ensure proper color balance.



Never use poor resolution images.



Avoid taking the light too far so that it burns out the
image and creates a washed out or dull look.



Static photos that include no
engaging activity.



Distracting backgrounds and unclear
product focus should be avoided.



Too much retouching and too dark.



People need to have a natural mission
in the image, like driving, not posing.



Do not depict the product as static without
a driver/operator in a work environment.



Avoid cold tones and blue color cast.

# Tone of voice

The aspired Volvo brand experience is a perception of pleasure and ease of use, a feeling of serenity and genuine care.

The Volvo brand experience is shaped by people with different skills and competences. All representing and continuously delivering our shared heritage and joint aspirations. Together we form a collective tone of voice by projecting the Volvo brand personality and expression through the services we provide, the interactions we have, the messages we convey and the dialogues we participate in. We want our tone of voice to be recognized across all markets and channels when speaking to our target groups.

NOTE: When the Volvo Group talks about prosperity we take on that "big picture" perspective. That is why we are careful with how we use this word. "Prosperity" in any form is not allowed as a standalone word on, for example, a heading of a roll-up.

Volvo Group corporate language is English. We typically use American English since it is used by a majority of our customers, but British English is an option to better suit a particular audience or occasion. We do not spend time and money on adapting original content in British English to American English, or the other way around, unless there is a specific reason to do so.

**Personality**
It is this personality that makes people connect with us – both emotionally and intellectually. Our personality shines through the strongest when we present new ideas and interesting perspectives. And when we create communication that is sympathetic and steers away from industry clichés.

**Expression**
How we interact with people and communicate is also shaped by this overall expression. This means that we focus on the end-results and express what people, societies and our planet get, not what we do. And that our communication always is clear, correct and welcoming.

> **A progressive, trustworthy and competent citizen with a humanistic approach.**

> **Friendly professional.**

**The voice of Volvo**
The Volvo tone of voice is how we sound in text and spoken words.

**The voice of Volvo is:**

> Competent not arrogant.
> Intelligent not intellectual.
> Sympathetic not flattering.

**The voice of Volvo can be:**

> Challenging but never aggressive.
> Witty but never ironic or sarcastic.
> Powerful but never grand.

**Volvo talks in order to:**

> Explain but not lecture.
> Reveal but not just describe.
> Prove but never just claim.

**Examples on how we speak**
The words we choose, spoken and written, are the result of both our personality and expression. Remember, keep it short and simple and always use the correct terminology. Finding the right tone of voice is key, so here are some examples.

| Characteristics | Say | Not |
|---|---|---|
| Competent not arrogant | Our new engine reduces emissions by 25 %. | We have the best engine in the world. |
| Intelligent not intellectual | Truly sustainable transportation reduces costs and time. | Integrated transport solutions engineered for asset and workflow optimization. |
| Sympathetic not flattering | Small is the new big. | Because you're worth it. |
| Challenging but never aggressive | We took something good and made it better. | We've created the very best solution for you. |
| Witty but never ironic or sarcastic | Step into a more comfortable working day. | Like you'd had a better experience. |
| Powerful but never grand | Be part of the solution. | Protect the planet. |
| Explain but not lecture | To achieve a change in driver attitude and behavior ... | You must reduce speed to ... |
| Reveal but not just describe | You gain power by ... | Engine acceleration is xx. |
| Prove but never just claim | The fuel efficiency has been reduced by x (provide reference). | Unbeatable fuel efficiency. |

# User Experience (UX) principles

User experience (UX) is simply how people feel when they use a product or service. In a digitalized world, It is a key factor to consider to convey a distinct and consistent Volvo brand experience as aspired.

To build relations, enable loyalty and grow business. For a digital Volvo experience that is innovative, human centric and premium as well as functionality oriented and easy-to-use, these main UX principles are the foundation for all Volvo interfaces. Apply them always when you specify, design, develop and update Volvo interfaces. And - naturally, rules and guidance related to other identity elements e.g., logotypes, layout principles, colors and typefaces, apply also to digital interfaces.

Note that specific guidance is available regarding logo-type artworks for social media and mobile app launch icon design.

**Volvo main UX principles**

## 1

**Design for your users, not for yourself**
Always start with the user needs. Make sure you fully understand them. Verify that the needs are met throughout the design process by creating low fidelity prototypes. Let potential users, colleagues and others test them. Again and again.

**Different types of projects:**
• Design of new services.
• Improvement of existing services.
• Addition of new features to existing services.

## 2

**Business needs and value**
All UX design solutions for Volvo Group needs to consider return of investment. When designing digital services take into consideration both satisfied and happy end-users, and defined business goals.

**Examples:**
• Do not spend time on fancy details if they do not add value.
• Focus on the essence and simplicity of the solution.
• Ease of use gives the brand increased market value.

## 3

**Design consistency**
Consistency is the key principle of UX design. A consistent user experience – throughout the entire user journey – is the signum of a premium brand. It helps build value, credibility and trust.

**Examples of what needs to provide a consistent experience:**
• Sounds
• Icons
• Fonts
• Colors
• User interaction patterns

## 4

**Technology handshake**
Technology keeps changing and so does business. Always verify, as early as possible, that the technology you want to use supports the design goals, user journey and visions of Volvo. This will save time and money and speed up time to market.

**Examples:**
• Define possibilities and limitations of the technology before getting started.
• Check continuously with developers to make sure your design decisions are supported by the technology and possible to build.

## 5

**Validate and anchor**
To maintain consistency and validate that the right design decisions are made, evaluate and analyze in detail every decision first. In the beginning, throughout, and at the end of every development process. Make sure to anchor the decisions continuously with key stakeholders.

**Key stakeholders include:**
• Brand departments
• Technology and product owners
• Business

## 6

**Context and dependencies**
In every UX project, map the context and dependencies. That means, for example, how services will be carried out and how changes ripples through into other departments.

**Examples:**
• Ensure when, where and how the service, application or solution will be used.
• If there are dependencies with other solutions, align decisions with people in charge of those solutions.

# 3. Marketing material

| | |
|---|---|
| Inserting dealer contact details | 44 |
| Inspirational examples | 45 |
| Do not | 49 |

## Clear message.
## Visually compelling

No matter which format and size the Volvo marketing material comes in, it should deliver a clear and focused message in a visually compelling way – building the Volvo brand. On most marketing pieces, you can add your company logotype, dealership name and contact details. This chapter describes where to insert your dealer contact information and provides inspirational examples for a variety of Volvo-branded marketing material.

# Inserting dealer contact details

Volvo dealers may add contact information and/or logotype on all marketing material. The basic principle is to insert the information on the opposite side or, in the opposite corner, from the Volvo Spread Word Mark or Volvo Penta logotype.

An independent dealer must include "Authorized dealer for Volvo …".

Also, always use Volvo-branded marketing material to promote Volvo products and services.

NOTE: An independent dealer that represents only the Volvo brand may choose to forgo its own visual identity and instead use the Volvo identity. Permission to use the Volvo identity must be granted by Volvo.

NOTE: All product information and fact sheets are produced centrally by Volvo.

Primary placement of the Volvo Spread Word Mark and the Volvo Penta Spread Word Mark

Secondary placement of the Volvo Spread Word Mark and the Volvo Penta Spread Word Mark

VOLVO

VOLVO

Dedicated area for dealer information.
Dealer logotype optional

VOLVO                    VOLVO

Dedicated area for dealer information.
Dealer logotype optional

Dedicated area for dealer information. Dealer logotype optional

VOLVO

VOLVO PENTA

VOLVO PENTA

Dedicated area for dealer information.
Dealer logotype optional

VOLVO PENTA          VOLVO PENTA

Dedicated area for dealer information.
Dealer logotype optional

Dedicated area for dealer information. Dealer logotype optional

VOLVO PENTA

## Web banners














## Apps and social media posts

























## Brochures





Brochure, independent dealer

Brochure portrait, independent dealer

## Direct marketing pieces



DM flyer, Volvo-owned dealer





Brochure landscape, Volvo-owned dealer





DM envelope, independent dealer

DM landscape, independent dealer

## Rollups





Rollup, independent dealer

## Large printed banner



Large printed banner, Volvo-owned dealer

## Posters



Poster, independent dealer



Poster, Volvo-owned dealer

## Ads



Ad full page, independent dealer



Small ad, Volvo-owned dealer



Ad half page, independent dealer



Ad full page, Volvo-owned dealer

Examples of dealer marketing material to show how to present the Volvo Spread Word Mark next to other brands.



Brochure, front cover



Ad, full page



Rollup

# Do not

Sometimes to explain what we mean, it's easier to show what not to do. Here are some examples.



Text on images should only be set in white or black.



Make sure to respect the Volvo Spread Word Mark or the Volvo Penta Spread Word Mark clear zone.



Do not combine and use Volvo accent colors in large colored backgrounds.



Do not use the white frame when creating new material.



Volvo Broad should only be used for short headlines or statements.



Do not use dealer typefaces in Volvo material.



Do not use the Volvo Spread Word Mark or the Volvo Penta Spread Word Mark in Volvo Blue. The Volvo Spread Word Mark or the Volvo Penta Spread Word Mark can only be used in black or white.

# 4. Stationery

Business cards
Volvo Spread Word Mark                                    51
Volvo Penta Spread Word Mark                              52
Letterheads
Volvo Spread Word Mark                                    53
Volvo Penta Spread Word Mark                              54
Envelopes
Volvo Spread Word Mark                                    55
Volvo Penta Spread Word Mark                              56
Invoices                                                  57
Fax sheets                                                58
Compliments slips
Volvo Spread Word Mark                                    59
Volvo Penta Spread Word Mark                              60
E-mail signatures                                         61

## Strengthen the Volvo brand — and your dealership

Business cards, letters and other articles used by you as a Volvo representative in daily correspondence are all important carriers of your contact information and of the Volvo visual identity. These guidelines show you where to place your logotype, name, address and other details to create professional looking stationery that strengthens the Volvo brand as well as your dealership.

# Business cards with the Volvo Spread Word Mark

Use Volvo-branded business cards when representing Volvo. Dealer-branded business cards are allowed, but not preferred.

**Checklist**
- Only use bright white, high quality stationery paper with the best environmental credentials.
- Present official web addresses (optional), e.g. to corporate, market or dealer websites. Do not present social media or campaign website addresses.
- Safeguard that the business cards produced are properly approved prior to final production and distribution.

**Which business card should I use?**

| I am…/ I sell and service… | Volvo only | Volvo and other brands |
|---|---|---|
| **A Volvo-owned dealer** | ① Volvo business card. | ① Volvo business card, when representing Volvo (mandatory). |
| **An independent dealer** | ② Volvo business card (preferred). "Authorized dealer for…" should be included above the dealer company name. ③ Dealer-branded business card with Volvo Spread Word Mark. | ② Volvo business card (preferred) when representing Volvo. "Authorized dealer for…" should be included above the dealer company name. ③ Dealer-branded business card with Volvo Spread Word Mark. Independent dealers may include the Volvo Spread Word Mark on their business card. Place the Volvo Spread Word Mark in the opposite corner from the dealer logotype. ④ Additional brands. Always ensure a clear zone of at least 3X the height of the Volvo Spread Word Mark to any other logotypes. All brands must be given equal visual status (excluding the dealer logotype, which can be more prominent). The Volvo Spread Word Mark must never be smaller than 20 mm in width. |



# Business cards with the Volvo Penta Spread Word Mark

Use Volvo-branded business cards when representing Volvo Penta. Dealer-branded business cards are allowed, but not preferred.

**Checklist**
- Only use bright white, high quality stationery paper with the best environmental credentials.
- Present official web addresses (optional), e.g. to corporate, market or dealer websites. Do not present social media or campaign website addresses.
- Safeguard that the business cards produced are properly approved prior to final production and distribution.

**Which business card should I use?**

| I am.../ I sell and service... | Volvo Penta only | Volvo Penta and other brands |
|---|---|---|
| **A Volvo-owned dealer** | ① Volvo Penta business card. | ① Volvo Penta business card, when representing Volvo Penta (mandatory). |
| **An independent dealer** | ② Volvo Penta business card (preferred). "Authorized dealer for Volvo Penta" should be included above the dealer company name. <br><br> ③ Dealer-branded business card with Volvo Penta Spread Word Mark. | ② Volvo Penta business card (preferred) when representing Volvo Penta. "Authorized dealer for Volvo Penta" should be included above the dealer company name. <br><br> ③ Dealer-branded business card with Volvo Penta Spread Word Mark. <br><br> Independent dealers may include the Volvo Penta Spread Word Mark on their business card. Place the Volvo Penta Spread Word Mark in the opposite corner from the dealer logotype. <br><br> ④ Additional brands. <br><br> Always ensure a clear zone of at least 4X the height of the Volvo Penta Spread Word Mark to any other logotypes. All brands must be given equal visual status (excluding the dealer logotype, which can be more prominent). The Volvo Penta Spread Word Mark must never be smaller than 45 mm in width. |

① 
**VOLVO PENTA**

**Very Long Name Very Long Surname** *Academic Title*
Very long job title - covering very many areas
Department name | Main department

**Volvo Penta**
Dealer Company name
T. +46 00000000 | SMS +46 00 00 00 00
verylong.name.very.long.surname@volvopenta.com
Street address | Building 1 Area
City, State, Zip code | Country

website.com

② 
**VOLVO PENTA**

**Name Surname**
Job title

*Authorized dealer for Volvo Penta*
**Dealer Company name**
T. +00 00 00 00 00
name.surname@volvopenta.com
Street address
City, State, Zip code | Country

website.com

③ 
**VOLVO PENTA**

**Dealer Name**

**Name Surname**
Academic title/Job title

Dealer company name
123 Any Street, Anytown, Postcode Country
Telephone: 000 0000 000, Fax: 000 0000 000
firstname.lastname@dealercompany.com
www.dealercompany.com

③ ④ 
**VOLVO PENTA**

**Dealer Name**

**Name Surname**
Academic title/Job title

Dealer company name
123 Any Street, Anytown, Postcode Country
Telephone: 000 0000 000, Fax: 000 0000 000
firstname.lastname@dealercompany.com
www.dealercompany.com

OTHER BRAND
OTHER BRAND

## Letterhead with the Volvo Spread Word Mark

Letters sent to Volvo customers should be Volvo-branded. Dealer-branded letterheads are allowed, but not preferred.

**1** Volvo letterhead.

**2** Independent dealers using Volvo-branded letterheads should include "Authorized dealer for..." above the line.

**3** Dedicated area for multiple dealer addresses, optional.

**4** Dealer-branded letterhead with Volvo Spread Word Mark.

Independent dealers may include the Volvo Spread Word Mark on their letterheads. Place the Volvo Spread Word Mark in the opposite corner from the dealer logotype.

**5** Additional brands.

Always ensure a clear zone of at least 3X the height of the Volvo Spread Word Mark to any other logotypes. All brands must be given equal visual status (excluding the dealer logotype, which can be more prominent). The Volvo Spread Word Mark must never be smaller than 20 mm in width.









**Checklist**

- Only use bright white, high quality stationery paper with the best environmental credentials.
- Present official web addresses (optional), e.g. to corporate, market or dealer websites. Do not present social media or campaign website addresses.
- Safeguard that the letterheads produced are properly approved prior to final production and distribution.

# Letterhead with the Volvo Penta Spread Word Mark

Letters sent to Volvo Penta customers should be Volvo-branded. Dealer-branded letterheads are allowed, but not preferred.

**1** Volvo Penta letterhead.

**2** Independent dealers using Volvo-branded letterheads should include "Authorized dealer for Volvo Penta" above the line.

**3** Dedicated area for multiple dealer addresses, optional.

**4** Dealer-branded letterhead with Volvo Penta Spread Word Mark.

Independent dealers may include the Volvo Penta Spread Word Mark on their letterheads. Place the Volvo Penta Spread Word Mark in the opposite corner from the dealer logotype.

**5** Additional brands.

Always ensure a clear zone of at least 4X the height of the Volvo Penta Spread Word Mark to any other logotypes. All brands must be given equal visual status (excluding the dealer logotype, which can be more prominent). The Volvo Penta Spread Word Mark must never be smaller than 45 mm in width.

**Checklist**

- Only use bright white, high quality stationery paper with the best environmental credentials.

- Present official web addresses (optional), e.g. to corporate, market or dealer websites. Do not present social media or campaign website addresses.

- Safeguard that the letterheads produced are properly approved prior to final production and distribution.









# Envelopes with the Volvo Spread Word Mark

Use Volvo-branded envelopes when corresponding with Volvo customers and prospects. Dealer-branded envelopes are allowed, but not preferred.

**1** Volvo envelope.

**2** Independent dealers using Volvo-branded envelopes should include "Authorized dealer for..." above the dealer company name.

**3** Dealer-branded envelope with Volvo Spread Word Mark.

Independent dealers may include the Volvo Spread Word Mark on their dealer-branded envelopes. Preferably place the Volvo Spread Word Mark in the bottom left corner. Placement of the logotypes is dependent on local postal rules.

**4** Additional brands.

Always ensure a clear zone of at least 3X the height of the Volvo Spread Word Mark to any other logo-types. All brands must be given equal visual status (excluding the dealer logotype, which can be more prominent). The Volvo Spread Word Mark must never be smaller than 20 mm in width.





## Checklist

- Only use bright white, high quality stationery paper with the best environmental credentials.
- Safeguard that the envelopes produced are properly approved prior to final production and distribution.

# Envelopes with the Volvo Penta Spread Word Mark

Use Volvo-branded envelopes when corresponding with Volvo Penta customers and prospects. Dealer-branded envelopes are allowed, but not preferred.

**1** Volvo Penta envelope.

**2** Independent dealers using Volvo-branded envelopes should include "Authorized dealer for Volvo Penta" above the dealer company name.

**3** Dealer-branded envelope with Volvo Penta Spread Word Mark.

Independent dealers may include the Volvo Penta Spread Word Mark on their dealer-branded envelopes. Preferably place the Volvo Penta Spread Word Mark in the bottom left corner. Placement of the logotypes is dependent on local postal rules.

**4** Additional brands.

Always ensure a clear zone of at least 3X the height of the Volvo Penta Spread Word Mark to any other logotypes. All brands must be given equal visual status (excluding the dealer logotype, which can be more prominent). The Volvo Penta Spread Word Mark must never be smaller than 45 mm in width.





## Checklist

- Only use bright white, high quality stationery paper with the best environmental credentials.
- Safeguard that the envelopes produced are properly approved prior to final production and distribution.

Case 3:25-cv-05331-MMC    Document 49-2    Filed 01/20/26    Page 61 of 99

# Invoices with the Volvo Spread Word Mark

Invoices sent to Volvo customers should be Volvo-branded. Dealer-branded invoices are allowed, but not preferred.

**1** Independent dealers using Volvo-branded invoices should include "Authorized dealer for..." above the dealer company name.

**2** Volvo invoice.

**3** Dealer-branded invoice with Volvo Spread Word Mark.

Independent dealers may include the Volvo Spread Word Mark on their invoices. Place the Volvo Spread Word Mark in the opposite corner from the dealer logotype.

**4** Additional brands.

Always ensure a clear zone of at least 3X the height of the Volvo Spread Word Mark to any other logotypes. All brands must be given equal visual status (excluding the dealer logotype, which can be more prominent). The Volvo Spread Word Mark must never be smaller than 20 mm in width.

### Checklist

- Only use bright white, high quality stationery paper with the best environmental credentials.
- Safeguard that the invoices produced are properly approved prior to final production and distribution.







# Fax sheets with the Volvo Spread Word Mark or Volvo Penta Spread Word Mark

Fax messages sent to Volvo or Volvo Penta customers should be Volvo-branded. Dealer-branded fax sheets are allowed, but not preferred.

**1** Volvo or Volvo Penta fax sheet.

**2** Independent dealers using Volvo-branded fax sheets should include "authorized dealer for Volvo business entity name or Volvo Penta" above the line.

**3** Dealer-branded fax sheets, Volvo.

Independent dealers may include the Volvo Spread Word Mark on their dealer-branded fax sheets. Place the Volvo Spread Word Mark in the opposite corner from the dealer logotype. Always ensure a clear zone of at least 3X the height of the Volvo Spread Word Mark to any other logotypes. All brands must be given equal visual status (excluding the dealer logotype, which can be more prominent). The Volvo Spread Word Mark must never be smaller than 20 mm in width.

**4** Dealer-branded fax sheets, Volvo Penta.

Independent dealers may include the Volvo Penta Spread Word Mark on their dealer-branded fax sheets. Place the Volvo Penta Spread Word Mark in the opposite corner from the dealer logotype. Always ensure a clear zone of at least 4X the height of the Volvo Penta Spread Word Mark to any other logotypes. All brands must be given equal visual status (excluding the dealer logotype, which can be more prominent). The Volvo Penta Spread Word Mark must never be smaller than 45 mm in width.

## Checklist

- Only use bright white, high quality stationery paper with the best environmental credentials.
- Safeguard that the invoices produced are properly approved prior to final production and distribution.









# Compliment slips with the Volvo Spread Word Mark

Compliment slips used in correspondence with Volvo customers should be Volvo-branded. Compliment slips may be personalized. Dealer-branded compliment slips are allowed, but not preferred.

**1** Volvo compliment slips.

**2** Independent dealers using Volvo-branded compliment slips should include "Authorized dealer for…" above the dealer company name.

**3** Dealer-branded compliment slips with Volvo Spread Word Mark.

Independent dealers may include the Volvo Spread Word Mark on their dealer-branded compliments slips. Place the Volvo Spread Word Mark in the opposite corner from the dealer logotype.

**4** Additional brands.

Always ensure a clear zone of at least 3X the height of the Volvo Spread Word Mark to any other logotypes. All brands must be given equal visual status (excluding the dealer logotype, which can be more prominent). The Volvo Spread Word Mark must never be smaller than 20 mm in width.








## Checklist

- Only use bright white, high quality stationery paper with the best environmental credentials.
- Safeguard that the compliment slips produced are properly approved prior to final production and distribution.

# Compliment slips with the Volvo Penta Spread Word Mark

Compliment slips used in correspondence with Volvo Penta customers should be Volvo-branded. Compliment slips may be personalized. Dealer-branded compliment slips are allowed, but not preferred.

1. Volvo Penta compliment slips.

2. Independent dealers using Volvo-branded compliment slips should include "authorized dealer for Volvo Penta" above dealer company name.

3. Dealer-branded compliment slips with Volvo Penta Spread Word Mark.

   Independent dealers may include the Volvo Penta Spread Word Mark on their dealer-branded compliments slips. Place the Volvo Penta Spread Word Mark in the opposite corner from the dealer logotype.

4. Additional brands.

   Always ensure a clear zone of at least 4X the height of the Volvo Penta Spread Word Mark to any other logotypes. All brands must be given equal visual status (excluding the dealer logotype, which can be more prominent). The Volvo Penta Spread Word Mark must never be smaller than 45 mm in width.








## Checklist

- Only use bright white, high quality stationery paper with the best environmental credentials.
- Safeguard that the compliment slips produced are properly approved prior to final production and distribution.

# E-mail signatures

**Volvo-owned dealers**
E-mails sent to Volvo customers should contain a Volvo e-mail signature.

**Independent dealers**
Independent dealers must use their own e-mail signatures. They should not use the Volvo Spread Word Mark or the Volvo Penta Spread Word Mark or write "authorized dealer for…" in their signatures.

**Checklist**
- Do not include taglines, marketing messages or quotes.
- Do not include images, graphic elements or animations. Such elements will increase e-mail size. Images may also be blocked by anti-virus software, rendering an empty box with a red X in the e-mail message.
- If including social media icons, only use official logotypes for respective media to respect the individual brands.

---

Name Surname
Job title

**Volvo business entity name**
Department | Main deartment
T. +46 123 45 67 | Additional number
Street address | City, State, Zip | Country
name.surname@volvo.com
volvo.com

VOLVO



---

Name Surname
Job title

**Volvo Penta**
Department | Main deartment
T. +46 123 45 67 | Additional number
Street address | City, State, Zip | Country
name.surname@volvopenta.com
volvopenta.com

VOLVO PENTA



---

Optional online point of interaction, such as official media accounts, can be added below the logotype (respecting the clear zone), either as icons like in the illustrations or url links. It is allowed to add up to four business driven and brand compliant e.g, SoMe links, badges etc. with icons. Maximum size of each icon is 24 pt.

NOTE: Nothing else may be added (no icons, logos, banners, images etc., neither external, personal nor internal material).

## 5. Name tags and badges

Name tags                                    63
Badges                                       64

# Name tags and badges

A consistent look and feel of name tags and badges makes it easy to identify Volvo representatives and contributes to a trustworthy and professional impression.

# Name tags in paper or metal

Always make sure that all details presented are current and correct, and that the material, printing, and finish are of the highest quality.

Dealerships with no visual identity of their own can use Volvo-branded name tags.
It is also possible to add the Volvo Spread Word Mark or Volvo Penta Spread Word Mark to dealer-branded name tags. Insure proper clear zones.

## Checklist

- Only use bright white, high quality stationery paper with the best environmental credentials.
- Present official web addresses (optional), e.g. to corporate, market or dealer websites. Do not present social media or campaign website addresses.
- Safeguard that the business cards produced are properly approved prior to final production and distribution.



# Badges

Use Volvo-branded badges when representing Volvo. Always make sure that all details presented are current and correct, and the material, printing and finish are of the highest quality.

Independent dealers may use their own visual identity or Volvo-branded badges.

It is also possible to add the Volvo Spread Word Mark or Volvo Penta Spread Word Mark to dealer-branded name tags. Ensure proper clear zones.

**Checklist**

- Size is flexible. Adapt to the amount of information that is needed on the badge. Maintain margins and distances.
- Paper badges must be white and are not allowed to contain a background color or image.

Volvo-branded badges

Volvo-branded badges
with dealership logotype

Dealer-branded badges
dealer-specific typefaces and identity



# 6. Events and sponsorships

Events                                          66
Sponsorships                                    67

# Events and sponsorships

Events are a great opportunity to activate the Volvo brand and brand collaborations are alliances created in order to establish a higher perceived customer value from a functional, emotional and/or visual perspective.

# Activate the Volvo brand through events

Events are a perfect example of the explore perspective in our brand management approach (see Core and explore).

At an event, all core principles and elements must be adhered to. But, how these are activated at a specific event – digital or analogue – is decided by the event responsible, close to customer or stakeholder.

That way, we secure that the Volvo brand is distinct through core and attractive/relevant to the event participant in a specific context and culture. Meaning, there are no global, centrally produced guidelines for how to set up a Volvo event.

Instead, follow the guidelines for the Volvo core elements as presented in this document and use your expertise about your current and future customers to tailor the event based on their needs and expectations. You are empowered to bring the Volvo brand to market!










# Activate the brand through sponsorships

Sponsorships are an integral part of the overall marketing mix and a tool for escalating the Volvo brand by reinforcing the aspired perception and build or deepen relationships with customers and stakeholders. This for both commercial and corporate purposes, e.g.. drive sales, increase employer attraction, showcase commitments.

The Volvo Sponsorship Strategy, issued by the Brand Management Department at Volvo Group Headquarters (BEX) provides the overall sponsorship direction while the following principles apply for brand exposure.

## Additional guidance

When Volvo Group or other Volvo entities is in sponsorship, or in partnership of the same event as Volvo Cars (or another Volvo entity) the Volvo Spread Word Mark is used – one for both parties. Clarification regarding the specific entity involved is kept to the activation of the sponsor-/partnership and/or separate texts elsewhere on a website for example.

Exception: if there is no opportunity to communicate besides the logotype on e.g. a website the Volvo Spread Word Mark with a corporate identifier/business descriptor can be allowed in rare cases. No exceptions are allowed unless approved by the Brand management department at Volvo Group HQ (BEX).

## Principles for Volvo logotypes in sponsorships

The minimum clear zone shall be equal to 3X the height of the Volvo Spread Word Mark and 4X the height of the Volvo Penta Spread Word Mark.

If possible, a double clear zone is preferred when placing the Volvo logotypes next to other logotypes.

The Volvo logotypes and other brand logotypes may be separated by a thin, black line centered between the logotypes.

The business descriptor and/or tagline for an individual business is not allowed in direct connection to the Volvo logotypes (Spread Word Mark or Iron Mark).

**For large and narrow and special applications the following exceptions to the clear zone rules apply for sponsorship and collaborations:**
• Clear space 2X above and below the logotype + 2–3X to the sides for large advertising boards and special formats, width 5+ meters. Visual balance and other elements to consider determine if 2 or 3X clear zone to the sides work better. For Volvo Penta 3X +3–4X apply. Use white or black background with contrasting logotype.

• Clear space 0,5X top and bottom + 4–6X left and right for wide narrow LED animated arena banners. For Volvo Penta 1X +6–8X apply. White logotype on black background is recommended for better visibility.





**Approved applications to establish the sponsorship**

• Use activation, staff or product presence
  to show presence.

• Use the logotype in combination with an
  image of a product or service.

• Use a descriptive text presenting Volvo
  and the business entity or offering.

• Use a speaker.

• Use the text "Sponsored by Volvo Business Entity" in Volvo
  Novum instead of a logotype.

• Use the text "Sponsored by Volvo Business Entity" in Volvo
  Novum clearly separated from the logotype.







# Interior principles

Although the shapes and sizes of our facilities vary greatly, as do the nature of our operations, one shall always feel an instant connection to Volvo when visiting us worldwide. The Volvo interior look & feel is more than just a logotype and a poster on wall. Furniture, lighting, efficiency level, scent and sound are all examples of elements that speak to our senses and contributes – consciously or unconsciously – to the Volvo brand impression.

May it be a corporate office, a production site, an exhibition area, a recording studio or a dealership, the recognition of the Volvo interior style shall be evident no matter the place or context. We achieve this by leaning on the principles of Scandinavian interior design according to the Volvo Design Philosophy.



# A creative and welcoming feeling

We want to host welcoming and creative environments where customers, suppliers, colleagues, and other stakeholders fully can experience the Volvo culture and identity. Our Scandinavian origin combined with our brand history give Volvo its values, culture and uniqueness.

**Scandinavian design**
Our interior philosophy stems from our Scandinavian heritage and the very same overarching design principles of credibility, humanism and functionality that guide our product and service designs. By applying the same principles to our indoor spaces, we stay true to our core values and help build a consistent brand experience throughout all touchpoints.

The essence of Scandinavian interior design translates into clean and simple lines, minimalism and taking advantage of natural light. The style focuses on light, muted, earthy colors and embraces the use of natural materials. Exposed floors dominate but the space may be softened by neutral rugs and other textiles. Without sacrificing beauty, functionality is key.

The fundamentals of Scandinavian interior design:
- Functionality
- Simplicity
- Sustainability
- Clean lines
- Natural materials, e.g. wood and stone
- Natural light
- Neutral, muted colors
- Greenery
- Softening textiles











NOTE: This chapter has a look & feel approach and no intention to propose exact colors, shapes, furniture pieces, exhibition artwork or similar.

# Interior color and material mood board

This mood board is for interior design purposes.

We focus on neutral, muted colors and natural materials that offer a long life-cycle.

Combine material sets from the chart to create an appealing, dynamic vibe. Mix a few. Avoid using all the shades in one single space as it will leave a cluttered, uncalm impression.

Please note that the Volvo color palette is developed for digital and print and shall not be applied to interior projects.



# Concept development

Let the user profile, space dimensions and functionality lead the way when applying the Scandinavian interior design principles to your project. Who will use the space and what sort of activities should be accommodated? Are collaborative seating arrangements and proper workstations required, or will a lounge sofa do? Will users generally wear workwear, leisurewear, or business attire? What color and type of fabric from the mood board will be optimal?

**Time well spent**
The time customers and visitors spend with us is precious. Continuously look for ways to facilitate efficiency and make the overall interior experience comfortable as well as interesting. The progressive technological advancements we bring to the transport industry should also be reflected in how we manage our facilities.

Based on space and user profile, consider for example providing:
• WiFi access
• Coffee and tea
• Waste recycling opportunities
• Digital check-in systems
• Air quality monitoring
• Digital wayfinding solutions
• Work stations with charging facilities
• Silent areas/booths
• Engaging information/content via digital interfaces rather than printed material, e.g. Digital Information Boards (DIBs).

Always try to go beyond expectations when improving the visitor experience.








NOTE: Contact your local BIM (Business infrastructure manager) to install and connect to the Digital Information Boards software used by Volvo.

# Layout and design considerations

- The interior layout shall be based on based on function, needs and aspired output.

- The interior layout shall reflect openness and inclusiveness.

- Our interior design shall be modern, inspiring and with a clear influence of Volvo's foundation and inspiration.

- Our interior design shall encourage dialogue and collaboration.

- Our interior environments shall be designed to achieve healthy work conditions.

- Our interior design shall leverage the benefits of diversity.

- Our interior spaces shall strive for digitalization and reduction of paper consumption.

- Green plants uphold a connection to nature as well as giving a welcoming vibe.

- Evaluate options of how to maximize the use of space by including flexible furniture that serves multiple functionality requirements.

- Consider using height dimensions of the space to add interesting proportions, e.g. raised seating platforms.

- Avoid over-decorating – Keep it simple.

- Avoid placing all elements lined up against a wall.

- Never incorporate Volvo blue in interior elements.

- Always keep your areas clean and tidy.

**Back-office spaces**
The Volvo Group Real Estate – Future Workplace team offers extensive additional material on the Activity Based Working methodology (ABW).







**Dealer specifics**
More specific information regarding dealer interiors and front office profiling is under development. However, please note that:
- Current Interior signage program and wooden backdrop is still valid. New Volvo signage program to be launched in 2023.

- Previous look & feel guidance concerning shop and display furnishing as well as reception desk for dealers is still valid.

- Updated examples of furniture look & feel is under development. Previous furniture guidance documents are obsolete and not valid anymore.

Please contact brand@volvo.com for further support.

# 7. Exteriors at dealerships

| | |
|---|---|
| Before getting started | 70 |
| Planning and installing exterior signage | 71 |
| Promote main Volvo business or several Volvo business entities on the facade | 72 |
| Representing several Volvo business entities | 73 |
| Representing several brands | 74 |
| Facade clear zones | 75 |
| Signage clear zones | 76 |
| Facades and lighting | 77 |
| Flags and additional signs | 78 |
| Basic principles | 79 |
| Small dealership | 80 |
| Medium/Large dealership | 81 |
| Things to consider | 82 |
| Do not | 83 |

# Exteriors at dealerships

The welcoming impression starts once customers have turned off the main road and onto the dealership premises. Signs and lanes show them where to park and, once out of their vehicles, they easily find the way to the reception. The entrance itself is open and inviting. And all around, the buildings and grounds look professional and well maintained.

A Volvo signage program renewal project is initiated with the ambition for new signs to be available for ordering in 2023. In the intermediate time period leading up to the launch of the new program, a modest signage investment approach is recommended.

The recommendation is that only clearly worn-out and faulty signs or signs of potential danger are to be replaced as of now. Functional, well-looking Volvo signs, regardless deviation from current guidelines, may be kept to safeguard business investments. Projects involving new facilities with lack of existing signs may undertake a modest approach when ordering.

Case 3:25-cv-05331-MMC    Document 49-2    Filed 01/20/26    Page 79 of 99

# Before getting started

The following checklist is valid for all types of facilities. For more information and available exterior signs, see the Volvo Signage Program.

- Only official Volvo signs from approved suppliers are allowed to present the Volvo brand.
- Secure correct building permits.
- Follow local laws and restrictions.
- Always respect the clear zone of each sign.
- Never incorporate Volvo Blue in a dealer's own logotype (exception Volvo Truck Center).
- Never use the Volvo Blue color on buildings, or parts of buildings, in display windows, window frames, entrances or similar.
- Make sure that all signs are easy to see and read, and not obscured by trees, other signs or light sources.
- Volvo business entity names shall be in English.*
- At all times, make sure the exterior looks clean, tidy and uncluttered.

* For legal reasons there are exceptions from this rule in some markets.

**Principles for large and medium Volvo dealers:**

- Preferably place a Volvo pylon at the entrance*.
- Preferably place Volvo flags at the entrance (in uneven numbers).
- Place either the Volvo Iron Mark lettering sign or Volvo wall sign on the facade. If the Volvo wall sign is chosen, a Volvo Iron Mark entrance pylon must be placed at the front door.
- At large and medium Volvo dealerships, the Volvo far distance sign is optional.

**Principles for small Volvo dealers:**

- Where possible, follow the principles for large and medium dealerships. Minimum is Volvo Iron Mark lettering sign or Volvo wall sign and Volvo Iron Mark entrance pylon.
- At small dealerships flags are preferred but optional.

**Principles for Volvo Penta dealers:**

- The curved Volvo Penta wall sign is mandatory when Volvo Penta is the main or only Volvo business entity on the site.
- The Volvo Iron Mark is never allowed on a Volvo Penta site unless Volvo Trucks, Volvo Buses or Volvo Construction Equipment are represented as well.
- At small Volvo Penta dealerships flags are preferred but optional.

# Planning and installing exterior signage

With the correct use of signs and flags, visitors immediately know that they have arrived at the right place. Always consider road and traffic flow when placing signs. Ensure that the Volvo brand is effectively showcased. Take into consideration visibility range and driving speeds. Presenting a Volvo sign on the primary facade is mandatory. To increase recognition and visibility, a Volvo sign can also be exposed on other facades.

**Effective visibility range of signage – sign placement guide**



# Promote main Volvo business or several Volvo business entities on the facade

As a dealer you can choose to present either your main Volvo business or your complete Volvo offer on the facade. You know what suits your business best.

If you choose to present only the main Volvo business, all Volvo business entity names must be listed on the blue Volvo Directional sign. Further information can be found here >>

**Additional guidance**

• When you represent more than one Volvo business (e.g. Volvo Trucks and Volvo Construction Equipment), it is your decision which main facade sign to use.

• For more information and available sizes for each sign, see the Volvo Signage Program.

**Main business on the facade**



When you choose to present only the main Volvo business on the Volvo Iron Mark lettering sign, the other Volvo business entity names shall be listed on the blue directional sign and the entrance pylon, see page X.

**Several businesses on the facade**



Several Volvo business entity names may be presented on the Volvo Iron Mark lettering sign.

# Representing several Volvo business entities

To clarify for visitors that your dealership sells and/or services more than one Volvo business, the Volvo business entity names can be presented on exterior signage as outlined on this page.




**Volvo pylons**
Allowed Volvo business entity names on the sub-sign include:

– Volvo Trucks

– Construction Equipment

– Volvo Buses

– Volvo Trucks & Buses

When several business entities are represented at the dealership (except for Volvo Trucks & Buses) the sub-sign is omitted.

**Blue directional sign**
All represented Volvo business entities may be listed on the blue directional sign. Follow the same principles for allowed business entity names as for the Volvo entrance pylon.

Maximum ten lines of information text are allowed on the blue directional sign.




**Volvo Penta entrance pylon**
Volvo Penta shall have a separate entrance pylon. However, when there is not sufficient space, the Volvo Iron Mark entrance pylon with the Volvo Penta word mark logotype can be used. Opening hours can be added to the blue surface.



**Volvo entrance pylon vs. dealer entrance pylon**
You can decide if you want a Volvo entrance pylon or a dealership-branded. Your dealership logotype is not allowed on the Volvo entrance pylon. The Volvo Iron Mark is not allowed on your dealer entrance pylon. Opening hours can be added to the blue surface.



**Volvo entrance pylons**
Allowed Volvo business entity names below the Volvo Iron Mark include:

– Volvo Trucks

– Construction Equipment

– Volvo Buses

– Volvo Trucks & Buses

– Volvo Trucks & Buses
  Construction Equipment

– Volvo Trucks
  Construction Equipment

– Volvo Buses
  Construction Equipment

Opening hours can be added to the blue surface.

## Additional guidance

• For examples on how to present several brands together, see the multi-brand section on Brand Center, Violin.

• For more information and available sizes for each sign, see the Volvo Signage Program.

# Representing several brands

For space reasons or other, there is sometimes a need to showcase several different brands on the same signage unit. The Volvo Signage Program offers generic signs that can be used for this purpose. Those generic multi-brand signs are the only elements in the Volvo Signage Program on which other trademarks are permitted.

**Basic principles for multi-brand situations**

- Each brand uses signage from their respective single-brand signage program, as applicable (facade, poles, pylons, etc.).
- Decisions on size combinations and sort ordering are commercial business decisions, taken close to customer.

# Facade clear zones

At all times, the exterior must look clean, tidy and uncluttered. Signs must be easy to see and reed, not obscured by other signs or light sources. Follow local laws and restrictions, secure correct building permits.



**Volvo Iron Mark lettering sign**

• Clear zone to building corners, the roof, windows etc equals minimum one third of the X height of the Volvo Iron Mark.

• When a dealership sign or other complementary brand signs (non-Volvo Group) is placed on the same facade as the Volvo Iron Mark lettering sign, the clear zone must be at least the length of the Volvo Iron Mark lettering sign (Y). Exception is made for small buildings with a Volvo Construction Equipment lettering sign; minimum clear zone equals 2 x Volvo in lettering.

**Volvo and Volvo Penta wall sign**

• Clear zone to building corners, the roof, windows etc equals minimum the double X height of the Volvo Word Mark.

• When a dealership sign or other complementary brand signs (non-Volvo Group) is placed on the same facade as the Volvo or Volvo Penta wall sign, the clear zone must be at least double the length of the Volvo or Volvo Penta wall sign (Y).

# Signage clear zones

Avoid a cluttered impression by keeping signs clearly separated. Always respect the clear zone of each sign.



**Far distance signs and pylons**

- The clear zone's radius equals the height of the sign.
- No other signage or buildings may be placed within the clear zone of the the sign.



**Flagpoles**

- The minimum distance between flagpoles in a group of flags is equal to the width of the flag or banner used.

# Facades and lightning

All facades should be off-white or light grey, since bright and neutral backgrounds make the signage stand out clearly. Lighting is vital for the overall impression of a dealership. It creates a warm and inviting atmosphere, and makes the dealership easier to locate. Good lighting also makes the site feel safe and secure. Key functions such as entrance areas, signage, facades, driveways, etc. need to be clearly defined and equipped with sufficient lighting. Invest in energy-efficient lamps such as LED to reduce energy consumption.

**Additional guidance**
• More detailed information, such as color codes for facade wall and roof, is provided in the Dealer Facility Standards document. Please contact brand@volvo.com for access.

**Facade colors**

**Off-white**



**Light grey**



# Flags and additional signs

Keep in mind that not all signs and details are presented in the scenarios in this document. In addition there are also alternate flags, secondary signs and service bay numbers. For more details, see the Volvo Signage Program.

**Flags**

 

**Volvo banner and company flags**
Use either Volvo banner flags or Volvo company flags. The two types of flags must never be mixed. Keep the Volvo flags grouped together and separated from your dealership flags and other brand flags. Place sets of three, five or seven flagpoles in a line or in a group. Flags should be kept clean and changed regularly. Local flagging routines apply.

**Signs**

 

**Secondary entrance sign**
Make sure that you provide sufficient information on dedicated signs at secondary entrances.

**Service bay numbers**
Wall-mounted service bay numbers, above the bay entrance, are functional and make a professional impression.

# Summary of exterior principles

- As a dealer you can choose to present your main Volvo business. Further information can be found here >>
- If there is sufficient space, the Volvo Iron Mark lettering sign or Volvo wall sign can be placed on multiple facades to increase recognition and visibility.
- When you choose to present only the main Volvo business entity on the facade, all represented Volvo businesses shall be listed on the blue Volvo directional sign.
- When several business entities are represented at the dealership (except for Volvo Trucks & Buses) the sub-sign is omitted on the Volvo pylon and the far distance sign.
- To provide on-site direction, the optional Volvo Blue or grey directional sign is available.
- For small dealerships flags are preferred but optional.
- The generic multi-brand signs are the only elements in the Volvo Signage Program on which other trademarks are permitted.

**Keep Volvo and other brands' signage separate**

- Maintain sufficient clear zones between Volvo signage, dealership signage and complementary brands' signage.
- Orient the different brand's signage components towards different sides of the premise (e.g. pole signs and flags).
- Preferably place Volvo signage on one side of the facade and your dealership/complimentary brands' signage on the other side. Preferably align wall signs horizontally on the facade and keep them clearly separated from each other.
- Complementary brands' signage may be placed in a group only if their individual guidelines allow. Consider stacking complementary wall signs when it is not possible to align them horizontally.

**Representing Volvo without your own dealership identity**
If you are an independent authorized dealer without your own visual identity, or choose not to use your own visual identity program, you may use the Volvo identity program.

# Small dealership

This example displays proper placement of Volvo and dealer signage at a dealership that represents one or more Volvo business entities (Volvo Construction Equipment and Volvo Penta is used as an example) as well as other complementary brands. It is allowed to list complementary brands on the Volvo multi-brand signage, or present them on separate non-Volvo signs from the complementary brand's dedicated signage program.

**1 Volvo pylon**
The most prominent identification for the Volvo brand is used to mark the entrance gate to the dealership. The name of the Volvo business is presented on the sub-sign.

**2 Volvo flags**
One or two sets of banner flags, with three flags in each set, enhance the Volvo identity on the site.

**3 Dealer logotype**
Your dealership sign/logotype is placed on the facade by the entrance.

**4 Volvo Iron Mark lettering sign**
The Volvo Iron Mark lettering sign is placed on the opposite side of your dealership name sign (alternatively a Volvo wall sign may be used). Respect clear zones.

**5 Volvo wall sign**
The Volvo wall sign is placed on the opposite side of your dealership name sign. The business entity name can bepresented on the sub-sign (optional).

**6 Volvo Penta wall sign**
Volvo Penta needs a separate wall sign.

**7 Entrance pylons**
The entrance pylon, with the illuminated Volvo Iron Mark and the Volvo Penta entrance pylon should preferably be placed in front of the main entrance to the reception area.

**8 Multi-brand main exterior pylon**
Complementary brands, such as tires and oil makers, may be listed below the Volvo Word Mark logotype on the silver-colored multi-brand main exterior pylon. Your dealership name or logotype may appear at the top of this sign.

**9 Complementary brands**
Present complementary brands on separate signs, clearly separated from the Volvo signs.





# Medium/Large dealership

This example displays proper placement of Volvo and dealer signage at a dealership that represents two or more Volvo business entities (Volvo Trucks, Volvo Construction Equipment and Volvo Penta are used as examples) as well as other complementary brands. It is allowed to list complementary brands on the Volvo multi-brand signage, or present them on separate non-Volvo signs from the complementary brand's dedicated signage program.

Secure to always respect each brand's identity standards. Contact your local market representative if further guidance is needed.

**1  Volvo pylon**
The most prominent identification for the Volvo brand is used to mark the entrance gate of the dealership.

**2  Volvo flags**
One or two sets of flags, with five flags in each set, enhance the Volvo identity on the site.

**3  Dealer logotype**
Your dealership sign/logotype is placed on the facade by the entrance.

**4  Volvo Iron Mark lettering sign**
The Volvo Iron Mark lettering sign is placed on the opposite side of your dealership name sign (alternatively a Volvo wall sign may be used). Respect clear zones.

**5  Volvo Penta wall sign**
Volvo Penta needs a separate wall sign.

**6  Entrance pylons**
The entrance pylon, with the illuminated Volvo Iron Mark and the Volvo Penta entrance pylon should preferably be placed in front of the main entrance to the reception area.

**7  Directional road sign**
The Volvo grey directional sign provides on-site directions. Blue directional sign is also available. All represented Volvo business names may be listed on the blue directional sign.

**8  Volvo far distance sign**
The optional far distance sign is designed to be seen from a great distance and to guide visitors from e.g. a highway to the dealership.

**9  Multi-brand main exterior pylon**
Complementary brands, such as tires and oil makers, may be listed in text below the Volvo Word Mark logotype on the silver-colored multi-brand main exterior pylon. Your dealership name or logotype may appear at the top of this sign.

**10  Complementary brands**
Present complementary brands on separate signs, clearly separated from the Volvo signs.



# Things to consider





When the wall sign with the Volvo Word Mark logotype is used as main brand carrier, the entrance pylon with the Volvo Iron Mark should be present at the front door.

Place your dealership sign/logotype on the entrance side of the building, and the chosen Volvo sign on the opposite side.









You can decide if you want a Volvo entrance pylon or a dealership-branded. Your dealership logotype is not allowed on the Volvo entrance pylon. The Volvo Iron Mark is not allowed on your dealer entrance pylon. With opening hours and directions clearly presented on the Volvo entrance pylon, there is no need to clutter the entrance with other signs or information.

Complementary brands may be listed below the Volvo Word Mark logotype on the silver-colored multi-brand main exterior pylon or on separate signs as per individual brand's signage program.

## Do not

These examples show improper use of signage. Note that incorrect signage will not only have a negative impact on the customer experience. It may violate trademark rules and cause legal consequences and unnecessary costs.



The property dimensions allow installation of a Volvo Pylon at gate.



Never place other brand logotypes on a Volvo sign.



The Volvo Iron Mark logotype or the Volvo Word Mark logotype must never be reproduced as line art or painted. Use only official Volvo signage, produced and delivered by an approved supplier.



Never intrude on the clear zone.



Never use the Volvo Blue color for decorative purposes on buildings or other objects.

## 9. Service vehicles

Striping for Volvo-branded service vehicles 85

Active areas for information for Volvo-branded service vehicles 86

Service vehicles with dealership identity 87

Volvo Action Service 88

# Service vehicles

All Volvo vans, cars and trucks must be easy to identify and give a professional impression.

# Striping for Volvo-branded service vehicles

The Volvo Blue band on the side of Volvo service vehicles are designed to make a distinct impression. The back chevrons is highly visible, which promotes safety in traffic and at work sites.

The contact information printed on each vehicle makes it easy for customers and other road-users to identify the vehicle and get in touch with your dealership.

**For ordering and more information, contact your Volvo marketing representative.**

**The side of the vehicle**
The side of the vehicle has a Volvo Blue band that holds the Volvo Spread Word Mark or the Volvo Penta Spread Word Mark in the top area. The width of the Volvo Blue band is approximately 1/4 of the total length of the vehicle, as shown in this example. The word "SERVICE"* set in Volvo Broad is placed in the area below. Dealer information, with or without dealer logotype, may be displayed in the white area.









**The front of the vehicle**
The text "VOLVO SERVICE"* or "VOLVO PENTA SERVICE" set in Volvo Broad is placed above the windshield.

**The rear of the vehicle**
The rear of the vehicle is striped with high-visibility chevrons for strong vehicle recognition and maximum safety. The text "VOLVO SERVICE"* or "VOLVO PENTA SERVICE" set in Volvo Broad is placed on the left back door and dealer information, with or without dealer logotype, can be placed on the right back door.

*The word "SERVICE" can be replaced by another short statement that reflects the function of the vehicle. For example "VOLVO ACTION SERVICE". These texts may be translated.

# Active areas for information on Volvo-branded service vehicles

There are two major identification areas: the Volvo active area and the dealership active area where you place your dealership information.

**For ordering and more information, contact your Volvo marketing representative.**

### Checklist

- The Volvo Blue band (approximately 1/4 of the total length of the vehicle) is always placed at the back of each side of the vehicle.
- The Volvo Spread Word Mark is centered and takes up 1/2 of the width of the Volvo Blue band. The Volvo Penta Spread Word Mark is centered and takes up 3/4 of the width of the Volvo Blue band.
- The word "SERVICE" is centered in the Volvo Blue band and is 4X the height of the Volvo Spread Word Mark and 6X the height of the Volvo Penta Spread Word Mark.
- Optional dealership information should be contained within the dealership active areas.
- Preferably use white or off-white vehicles.
- The Volvo Iron Mark logotype is not permitted on vehicle striping.
- The high-visibility red (reflective) chevrons should be added to the rear for safety and strong vehicle recognition.
- Always check with local or regional authorities for the legislation regarding the usage of reflective material on vehicles, style and usage of chevrons, usage of emergency lights, etc.

**① The Volvo active area**
This area features the Volvo Spread Word Mark or Volvo Penta Spread Word Mark and specifies the function of the vehicle ("SERVICE", "VOLVO ACTION SERVICE" or "IT SERVICE"). These texts may be translated into your local language.

**② The dealership active area – owned dealers**
This is where you present the name of your dealership, its location and phone number using the Volvo Novum typeface. Dealer information must not be placed outside active area.

**③ The dealership active area – independent dealers**
In the dealership active area you can choose to present the name of your dealership, its location and phone number using your own dealership identity, including your dealership logotype. Dealer information must not be placed outside active area.

**④ Centered placements**
The Volvo Spread Word Mark and Volvo Penta Spread Word Mark should be centered horizontally on the Volvo Blue band. All other texts should be centered both vertically and horizontally in the Volvo Blue and white area.









# Service vehicles with dealership identity

A few basic rules apply to a service vehicle with dealership identity representing Volvo and complementary non-Volvo Group brands. Use the black Volvo Spread Word Mark or Volvo Penta Stacked Spread Word Mark on white or off-white vehicles. The dealer active area must be separated from the product brand logotypes.

**① Multi-brand clear zone**

The multi-brand clear zone equals 3X the height of the Volvo Spread Word Mark and the height of the Volvo Penta Stacked Spread Word Mark. The multi-brand clear zone between Volvo Spread Word Mark or Volvo Penta Stacked Spread Word Mark and other logos should always be applied.

The other brand logotypes must not appear more visually prominent than the Volvo Spread Word Mark or Volvo Penta Stacked Spread Word Mark. Preferably place the Volvo Spread Word Mark or Volvo Penta Stacked Spread Word Mark first/on top.

## Checklist

• Always make sure not to position any dealership information in the Volvo active area.
• The Volvo Iron Mark logotype is not permitted on vehicle striping.






# Volvo Action Service

A Volvo Action Service van is designed for recognition and visibility.

The striping is similar to that of our service vehicles: it uses the same blue "band" at the sides, yellow high visability striping on the sides and front and it has high visibility chevrons on the back of the vehicle.
It has one active area on each side and one on the right back door. This is where dealer information is presented. The text Volvo Action Service is striped at the left back door and if possible at the front of the vehicle.

## Checklist

- The Volvo Blue band is always placed at the back of each side of the vehicle.
- The Volvo Spread Word Mark is centered and takes up 1/2 of the width of the Volvo Blue band.
- The text " ACTION SERVICE" is centered in the Volvo Blue band and is 3X the height of the Volvo Spread Word Mark logotype.
- Yellow high visibility striping on sides and front.
- Optional dealership information should be contained within the dealership active areas.
- Preferably use white or off-white vehicles.
- The Volvo Iron Mark logotype is not permitted on vehicle striping.
- The high-visibility red (reflective) chevrons should be added to the rear for safety and strong vehicle recognition.
- Always check with local or regional authorities for the legislation regarding the usage of reflective material on vehicles, style and usage of chevrons, usage of emergency lights, etc.

**Single brand**







**Dual brand**






# References

Please visit the Volvo brand identity site at **www.volvogroup.com/identity**.
Beyond the rules and guidance provided in this document, you will also find artwork, icons and typefaces for download, templates for marketing material and additional documents for specialized areas. Everything you need to continuously strengthen and deliver on-brand Volvo experiences.

NOTE: Do not store any documents on your computer – always access the latest version online.



**Signage**
Volvo Signage Program
Presents the different Volvo signs approved
and how they should be displayed. Available under References.



**Templates**
Volvo Template Gallery
In the Templates Gallery you gain access to our common templates
for market communication e.g., ads, posters and rollups.



**Workwear**
Volvo Workwear Handbook
Available under References.

Additional, supporting documents only available internally within Volvo Group. Please email brand@volvo.com if you would need a copy or related guidance.



**Design Philosophy**
Volvo Design Philosophy
Only available internally at Violin Brand Center.

 

**Emblems**
Volvo Emblem Handbook
Only available internally at Violin Brand Center.

**Merchandise**
Volvo Group Merchandise
Services provide the framework for merchandise
carrying the Volvo brand. Merchandise Shop. For questions please
email: support.merchandise@volvo.com



**Naming**
Volvo Commercial Naming Guideline
Only available internally at Violin Brand Center.



**Presentations**
Volvo PowerPoint templates
Volvo use specific PowerPoint templates for presentations
available for Volvo Group employees within PowerPoint.
Click on the Volvo Assets (Pickit) icon in the home menu top bar.



**Stationery**
Volvo templates
Volvo use specific Word and InDesign templates for stationery,
available for Volvo Group employees within Word for letters etc, and
on Brand Center for envelopes, business cards etc. In Word click on
the Volvo Assets (Pickit) icon in the home menu top bar.



**Sponsorship and partners**
Volvo Sponsorship Strategy
Only available internally at Violin Brand Center.



**Contact**
Brand management department at Volvo Group HQ (BEX) at **brand@volvo.com**
**volvogroup.com/identity**
JANUARY 2022