Michael L. Mallow (SBN 188745)
mmallow@shb.com
Colm A. Moran (SBN 202685)
cmoran@shb.com
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

Attorneys for Defendants
VOLVO CARS AB

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT M. BECKER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, a Delaware limited liability company; VOLVO CAR USA, LLC, a Delaware limited liability company; and VOLVO CARS AB (publ.), a Swedish public limited company,<br><br>Defendants. | Case No. 3:25-cv-05331-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS VOLVO CARS AB's MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date: February 27, 2026<br>Time: 9:00 a.m.<br>Courtroom: 7 – 19th Floor |

**[PROPOSED] ORDER**

Defendants Volvo Cars AB's Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction came on regularly for hearing on February 27, 2026. at 9:00 a.m. in Courtroom 7 – 19th Floor, of the above-titled Court.

Upon consideration of the papers and arguments submitted, as well as all other papers on file in this action, and good cause appearing, the Court ORDERS as follows:

Volvo Cars AB's Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction is **GRANTED** in its entirety and Plaintiff's claims are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. MAXINE M. CHESNEY