Michael L. Mallow (SBN 188745)
mmallow@shb.com
Colm A. Moran (SBN 202685)
cmoran@shb.com
SHOOK, HARDY & BACON L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:  (424) 285-8330
Facsimile:  (424) 204-9093

Attorneys for Defendant
VOLVO CARS AB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. BECKER, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>          *v.*<br><br>VOLVO CARS OF NORTH AMERICA, LLC, a Delaware limited liability company; VOLVO CAR USA, LLC, a Delaware limited liability company; and VOLVO CARS AB (publ.), a Swedish public limited company,<br><br>          Defendants. | Case No. 3:25-cv-05331-SK<br><br>**DEFENDANT VOLVO CARS AB's CORPORATE DISCLOSURE STATEMENT** |

1   Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, Defendant Volvo Cars

2   AB hereby certifies that no publicly held corporation owns more than 10% of Volvo Cars AB's stock

3   and it is not aware of any conflict, financial or otherwise, that the presiding judge may have with the

4   parties to the litigation.

5

6   Dated: January 20, 2026                    SHOOK, HARDY & BACON L.L.P.

7

8                                              By: /s/ Colm A. Moran
                                                   Michael L. Mallow
9                                                  Colm A. Moran

10                                             Attorneys for Defendant Volvo Car AB

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2026, I electronically filed Defendant Volvo Cars AB's Corporate Disclosure Statement with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

By: /s/ Colm A. Moran
Colm A. Moran