1  Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
   Dina E. Micheletti (184141) (dem@fazmiclaw.com)
2  **FAZIO | MICHELETTI LLP**
   1111 Broadway, Suite 400
3  Oakland, CA  94607
   T: 925-543-2555
4  F: 925-369-0344

5  Keliang (Clay) Zhu (305509) (czhu@dehengsv.com)
   Yi Yao (292563) (yyao@dehengsv.com)
6  Brian Cohen (316427) (bcohen@dehengsv.com)
   **DEHENG LAW OFFICES, P.C.**
7  Silicon Valley Office
   7901 Stoneridge Drive, Suite 208
8  Pleasanton, CA 94588
   T: 925-399-5856
9  F: 925-397-1976

10 *Attorneys for Plaintiff*
   *Robert M. Becker, on behalf of himself*
   *and all others similarly situated*
11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14 ROBERT M. BECKER, on behalf of himself and      No. 3:25-cv-05331-MMC
   all others similarly situated,
15
                                                   **DECLARATION OF ROBERT M. BECKER**
16         Plaintiff,

17              *v.*                                DATE: February 27, 2026
                                                   TIME: 9:00 a.m.
18 VOLVO CARS OF NORTH AMERICA, LLC, a             COURTROOM: 7 (19th Floor)
   Delaware limited liability company; VOLVO
19 CAR USA, LLC, a Delaware limited liability
   company; and VOLVO CARS AB (publ.), a
20 Swedish public limited company,

21         Defendants.                             **Hon. Maxine M. Chesney**

22

23

24

25

26

27

28

FAZIO | MICHELETTI LLP

I, Robert M. Becker, declare as follows:

1.      I am the Plaintiff in the above-titled action. Except where noted, the testimony set forth in this declaration is based on first-hand knowledge, about which I would and could testify competently in court if called upon to do so.

2.      Attached to this declaration as **Exhibit A** is a true and correct copy of a photograph that I took of the vehicle identification label of the vehicle that is the subject of this action, the 2024 model-year Volvo XC40 Recharge.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States of America, and that this declaration was executed at Alamo, California, on 2/4/2026.

Robert M. Becker

DECLARATION OF ROBERT M. BECKER

FAZIO | MICHELETTI LLP



EXHIBIT A

MFD BY VOLVO CAR CORPORATION    ASSEMBLED IN BELGIUM    DATE: 11/23

VIN: YV4ER3XM5R2310052    MARKET CODE: 31    GVWR:    5840 LB
TIRES FR: 235/45R20    TIRES RR: 255/40R20    GAWR FRONT:    2885 LB
RIM FR: 8Jx20x50.5    RIM RR: 9Jx20x58.5    GAWR REAR:    3200 LB

THIS VEHICLE CONFORMS TO ALL APPLICABLE FEDERAL MOTOR VEHICLE
SAFETY AND THEFT PREVENTION STANDARDS IN EFFECT ON THE DATE OF
MANUFACTURE SHOWN ABOVE.



TYPE: MPV
COLOUR: 734 /019

32418723

VOLVO