1  Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
   Dina E. Micheletti (184141) (dem@fazmiclaw.com)
2  **FAZIO | MICHELETTI LLP**
   1111 Broadway, Suite 400
3  Oakland, CA  94607
   T: 925-543-2555
4  F: 925-369-0344

5  Keliang (Clay) Zhu (305509) (czhu@dehengsv.com)
   Andre Y. Bates (178170) (aybates@dehengsv.com)
6  Yi Yao (292563) (yyao@dehengsv.com)
   **DEHENG LAW OFFICES, P.C.**
7  Silicon Valley Office
   7901 Stoneridge Drive, Suite 208
8  Pleasanton, CA 94588
   T: 925-399-5856
9  F: 925-397-1976

10 *Attorneys for Plaintiff*
   *Robert M. Becker, on behalf of himself*
11 *and all others similarly situated*

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| ROBERT M. BECKER, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, a Delaware limited liability company; VOLVO CAR USA, LLC, a Delaware limited liability company; and VOLVO CARS AB (publ.), a Swedish public limited company,<br><br>     Defendants. | No. 3:25-cv-05331-MMC<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>DATE: February 27, 2026<br>TIME: 9:00 a.m.<br>COURTROOM: 7 (19th Floor)<br><br><br>**Hon. Maxine M. Chesney** |

FAZIO | MICHELETTI LLP
Attorneys

**TO ALL PARTIES, THEIR ATTORNYES OF RECORD, AND THE CLERK OF THE COURT:**

Pursuant to Rule 201 of Federal Rules of Evidence, Plaintiff Robert M. Becker, through his attorneys of record, requests that the Court take judicial notice of the following documents, which have been paginated for ease of reference if not originally paginated by the source (citations to the online versions, where available, are found at the accompanying footnotes):

1. Attached hereto as **Exhibit 1** is a true and correct copy of California Air Resources Board Executive Order A-018-0224-1, granting Volvo Car Corporation's certification for 2021 model-year Polestar 2 and Volvo XC40 Recharge electric vehicles.[1]

2. Attached hereto as **Exhibit 2** is a true and correct copy of California Air Resources Board Executive Order A-018-0228-1, granting Volvo Car Corporation's certification for 2022 model-year Polestar 2 and Volvo XC40 Recharge electric vehicles.[2]

3. Attached hereto as **Exhibit 3** is a true and correct copy of California Air Resources Board Executive Order A-018-0238, granting Volvo Car Corporation's certification for 2023 model-year Polestar 2, Volvo XC40 Recharge, and C40 Recharge electric vehicles.[3]

4. Attached hereto as **Exhibit 4** is a true and correct copy of California Air Resources Board Executive Order A-018-0240, granting Volvo Car Corporation's certification for 2024 model-year Polestar 2, Volvo XC40 Recharge, and C40 Recharge electric vehicles.[4]

---

[1] https://ww2.arb.ca.gov/sites/default/files/classic/msprog/nvepb/executive_orders/EO%20Web%20Files/PC-LDT-MDV/2021/0004/pc-ldt-mdv_pc_a-18-224-1__sdt--20200721.pdf

[2] https://ww2.arb.ca.gov/sites/default/files/classic/msprog/nvepb/executive_orders/EO%20Web%20Files/PC-LDT-MDV/2022/0004/pc-ldt-mdv_pc_a-18-228__sdt--20210816.pdf

[3] https://ww2.arb.ca.gov/sites/default/files/classic/msprog/nvepb/executive_orders/EO%20Web%20Files/PC-LDT-MDV/2023/0004/pc-ldt-mdv_pc_a-18-238__sdt--20220705.pdf

[4] https://ww2.arb.ca.gov/sites/default/files/classic/msprog/nvepb/executive_orders/EO%20Web%20Files/PC-LDT-MDV/2024/0014/pc-ldt-mdv_pc_a-18-240__sdt--20230424.pdf

5. Attached hereto as **Exhibit 5** is a true and correct copy of California Air Resources Board Executive Order A-18-30 Relating to Certification of New Motor Vehicles, which was issued to Volvo Car Corporation on August 21, 1984.[5]

6. Attached hereto as **Exhibit 6** is a true and correct copy of a global press release by Volvo Cars Media Relations dated December 15, 2014, titled "Volvo Cars announced new global marketing strategy."[6]

7. Attached hereto as **Exhibit 7** is a true and correct copy of a global press release by Volvo Cars Media Relations dated June 30, 2023, titled "Volvo Cars appoints new head of marketing."[7]

8. Attached hereto as **Exhibit 8** is a true and correct copy of relevant excerpts of the January 2022 edition of the Volvo Brand Book, titled "Experience and Identity Guideline — Dealer edition"[8]

9. Attached hereto as **Exhibit 9** is a true and correct copy of a Part 573 Safety Recall Report issued by the National Highway Traffic Safety Administration on May 20, 2021, regarding 2021 and 2022 model-year XC40 Recharge electric vehicles with a "fault in the Battery Energy Control Module (BECM) micro-processor operating system . . . ."[9]

This request is made in support of Plaintiff's Opposition to Defendant Volvo Cars AB's Motion to Dismiss the Second Amended Complaint filed in this action. Pursuant to Federal Rule of Evidence 201(b), "the court may take judicial notice of 'adjudicative facts' (*e.g.*, court records, pleadings, etc.) and other facts not subject to reasonable dispute and either 'generally known' in the community or 'capable of accurate and ready determination by reference to sources whose

---

[5] https://ww2.arb.ca.gov/sites/default/files/classic/msprog/nvepb/executive_orders/EO%20Web%20Files/PC-LDT-MDV/1984/0002/pc-ldt-mdv_pc_a-18-30.pdf

[6] https://www.volvocars.com/intl/media/press-releases/BD6E03FE97FEF867/?utm_source=chatgpt.com

[7] https://www.volvocars.com/intl/media/press-releases/19A82BBDE70806B5/

[8] https://relayto.com/explore/volvo-brand-book-3qkgv71mt76bf

[9] https://static.nhtsa.gov/odi/rcl/2021/RCLRPT-21V109-1105.PDF

accuracy cannot be reasonably questioned.'" *Johnson v. Tilton*, No. CV 09-2862 CBM JC, 2010 WL 3782446, at *3 (C.D. Cal. July 22, 2010). Courts may properly take judicial notice of "court documents already in the public record and documents filed in other courts." *Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1204 (N.D. Cal. 2014). Thus, "[j]udicial notice of court records is routinely accepted." *Rowland v. Paris Las Vegas*, No. 3:13-CV-02630-GPC, 2014 WL 769393, at *3 (S.D. Cal. Feb. 25, 2014) (taking judicial notice of the existence of a declaration filed in another case); *see also Century Indem. Co. v. Marine Grp., LLC*, No. 3:08-CV-1375-AC, 2015 WL 5144330, at *2 (D. Or. Aug. 31, 2015) ("A court may take judicial notice of complaints, briefs, and opinions filed in another case to determine what issues were before that court and were actually litigated."). The Central District similarly regularly takes judicial notice of proceedings in other courts. *Montantes v. Inventure Foods,* No. 14-cv-1128-MWF, 2014 WL 3305578, at *2 (C.D. Cal. July 2, 2014) (recognizing that courts will take judicial notice of proceedings in other courts when those proceedings are related to matters at issue); *see also Perez v. Kroger Co.*, 336 F. Supp. 3d 1137, 1141 (C.D. Cal. 2018).

Accordingly, Plaintiff respectfully requests that the Court take judicial notice of the document attached hereto as **Exhibits 1 through 9**.

DATED: February 3, 2026      **FAZIO | MICHELETTI LLP**

by      /s/ *Jeffrey L. Fazio*

Jeffrey L. Fazio (146043)
Dina E. Micheletti (184141)
**FAZIO | MICHELETTI LLP**
1111 Broadway, Suite 400
Oakland, CA 94607
T: 925-543-2555
F: 925-369-0344

Keliang (Clay) Zhu (305509)
Yi Yao (292563)
Brian Cohen (316427)
**DEHENG LAW OFFICES, P.C.**
Silicon Valley Office
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-5856
F: 925-397-1976

*Attorneys for Plaintiff*

-3-

1
2   *Robert M. Becker, on behalf of himself
    and all others similarly situated*
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28