

EXHIBIT 5

(Page 1 of 2)

State of California
AIR RESOURCES BOARD

EXECUTIVE ORDER A-18-30
Relating to Certification of New Motor Vehicles

VOLVO CAR CORPORATION

Pursuant to the authority vested in the Air Resources Board by the Health
and Safety Code, Division 26, Part 5, Chapter 2; and

Pursuant to the authority vested in the undersigned by Health and Safety
Code Sections 39515 and 39516 and Executive Orders G-45-3 and G-45-4;

IT IS ORDERED AND RESOLVED:  That 1984 model-year Volvo Car Corporation
exhaust emission control systems are certified as described below for
gasoline-powered passenger cars:

| Engine Family | Displacement Cubic Inches (Liters) | | Exhaust Emission Control Systems (Special Features) |
|---|---|---|---|
| EVV2.1V6FFT2 | 130 | (2.1) | Three-Way Catalyst with Closed Loop (Mechanical Fuel Injection) (Turbocharger) |

Vehicle models, transmissions, engine codes and evaporative emission control
families are listed on attachments.

The following are the certification emission standards for this engine
family to be listed on the window decal required by "California
Assembly-Line Test Procedures for 1983 and Subsequent Model-Year Passenger
Cars, Light-Duty Trucks and Medium-Duty Vehicles":

| Hydrocarbons Grams per Mile | Carbon Monoxide Grams per Mile | Nitrogen Oxides Grams per Mile |
|---|---|---|
| 0.41 | 7.0 | 0.7 |

The following are the certification emission values for the above engine
family:

| Hydrocarbons Grams per Mile | Carbon Monoxide Grams per Mile | Nitrogen Oxides Grams per Mile |
|---|---|---|
| 0.16 | 2.6 | 0.6 |

VOLVO CAR CORPORATION                    EXECUTIVE ORDER A-18-30
                                         (Page 2 of 2)


BE IT FURTHER RESOLVED:  That the listed models were certified to the
optional NOx emission standard thereby making the vehicle manufacturer
subject to Section 1960.15 of Title 13, California Administrative Code which
includes repair or replacement of emission control components up to 7 years
or 75,000 miles if found defective by the Executive Officer.

BE IT FURTHER RESOLVED:  That the listed vehicle models also comply with
"California Evaporative Emission Standards and Test Procedures for 1978 and
Subsequent Model Gasoline-Powered Motor Vehicles".

BE IT FURTHER RESOLVED:  That the listed vehicle models also comply with the
Board's "Specifications for Fill Pipes and Openings of Motor Vehicle Fuel
Tanks" (Title 13, California Administrative Code, Section 2290) for the
aforementioned model-year.

BE IT FURTHER RESOLVED:  That the listed vehicle models also comply with the
Board's high altitude requirements and highway emission standards as
stipulated in "California Exhaust Emission Standards and Test Procedures for
1981 and Subsequent Model Passenger Cars, Light-Duty Trucks, and Medium-Duty
Vehicles".

BE IT FURTHER RESOLVED:  That the Executive Officer has been provided all
material required to demonstrate certification compliance with the Board's
emission control system warranty regulations (Title 13, California
Administrative Code, Section 2036).

Vehicles certified under this Executive Order must conform to all applicable
California emission regulations.

The Bureau of Automotive Repair will be notified by copy of this order and
attachment.

Executed at El Monte, California this _____23rd_____ day of August, 1983.


                                         K. D. Drachand, Chief
                                         Mobile Source Control Division

1984 AIR RESOURCES BOARD SUPPLEMENTAL DATA SHEET    <u>Page 1</u>

Manufacturer <u>Volvo Car Corporation</u>

Engine Family <u>EVV2.1V6FFT2</u>

Executive Order No. <u>A-18-30</u>

Evaporative Family <u>E2</u>

Engine CID (Liters) <u>130 (2.1)</u>

## ABBREVIATIONS

### Ignition System

CA-Centrifugal Advance
EEC-Electronic Engine Control
EI-Electronic Ignition
ESAC-Electronic Spark Advance
   Control
VA-Vacuum Advance
VR-Vacuum Retard

### Fuel System
CFI, CL, DID, DIP, EFI, MFI
nV-nVenturi Carburetor
VV-Variable Venturi

### Exhaust Emissions Control System

AIP-Air Injection-Pump
AIV-Air Injection-Valve
CL-Closed Loop
EGR-Exhaust Gas Recirculation
EM-Engine Modification
OC-Oxidation Catalyst System
TR-Thermal Reactor
TWC-Three-Way Catalyst System

### Special Features

CCV-Combustion
   Chamber Valve
CFI-Central Fuel
   Injection
DID-Diesel
   Injection-
   Direct
DIP-Diesel
   Injection-
   Prechamber
EFI-Electronic
   Fuel
   Injection
MFI-Mechanical
   Fuel
   Injection
TC-Turbocharged

Models:    Volvo GLT - 2 Door Sedan
             Volvo GLT - 4 Door Sedan
**VEHICLE MODELS:**        Volvo GLT - 4 Door Wagon

DRIVE SYSTEM: <u>*Front*</u>  Engine/ <u>*Rear*</u> -Wheel Drive

122182

1984 AIR RESOURCES BOARD SUPPLEMENTAL DATA SHEET

E.O. #A-*18-30*

__ Passenger Cars    __ Light-Duty Trucks    __ Medium-Duty Vehicles    X Gas    __ Diesel

Manufacturer   Volvo Car Corporation

Engine Family   EVV2.1V6FFT2

Page *2*

Engine Code *Noted*

ECS (Special Features)   CA, MFI, CL, TWC, TC

CID (Liter)- *13*o Type ( 2.1 Liter,) I-4

| Engine Code | Vehicle Models (If Coded see attachment) | Trans. | Equiv. Test Weight | Ign. System C4 VA E7 PR Part No. | Fuel System MFI, CFI Part No. | EGR Valve Part No. | Label Ident. Part No. |
|---|---|---|---|---|---|---|---|
| FCGX:1 | GLT | M5 | 3250 3375 3500 | Spark Plugs: Volvo 1276728 Bosch WR 7 DS | See Application | Not Applicable | Tune Up Label: |
| FCGX:2 | GLT | A4 | | | Page 16.04.01.00 | | Volvo |
| | | | | Distribution Assembly | | | 1313607 |
| | | | | Volvo 1276703 | | | |
| | | | | Bosch 0237003024 | | | |
| | | | | Electronic Control Unit | | | |
| | | | | Volvo 1266714 | | | |
| | | | | Bosch 0227018 | | | |

mments:  See page one for abbreviations and evaporative emission family identification.
ease refer to manufacturer's HP list for correct dyno test HP settings based on model and
uipment.  If two test weights are listed, the lower weight will be used for testing.

dd 10% to dyno test HP for air conditioning usage.

e of Issue -