# EXHIBIT 7

VOLVO

# Volvo Cars appoints new global head of marketing

June 30, 2023

Gretchen Saegh-Fleming joins Volvo Cars to head up our global marketing team as of 3 July. She will be responsible for contributing to our growth journey and deepening the emotional connection Volvo Cars has with consumers. She will also play a key role in supporting our move to increasing our online business and direct consumer relations.

Most recently, Gretchen was chief commercial officer at connected fitness company Hydrow. Prior to that, she spent eight years holding several executive roles at L'Oreal, where she most recently led its US marketing function. There, she helped L'Oreal to grow through new marketing models, accelerating digital innovation and building strategic partnerships across a portfolio of more than 30 iconic brands.

"Gretchen is a results-driven and digital-first business leader with an impressive track record, and I feel confident that this will be a great match," says Björn Annwall, our chief commercial officer & deputy CEO.

Earlier in her career, Gretchen demonstrated business growth and profit improvement at companies like General Electric and web startups. She's an award-winning marketing leader and e-commerce acceleration expert, and a strong advocate for diversity & inclusion.

Björn continues: "With her vast experience leading marketing teams and developing direct-to-consumer businesses, Gretchen will play an important role in growing our brand and attracting even more fans to Volvo Cars on our journey towards full electrification."

Gretchen joins at an exciting time for Volvo Cars, as we're changing what we sell, how we sell and where we sell. This transformation is crucial to our long-term ambitions and growth as a company.

We plan to be fully electric by 2030, introduce new ways to access a Volvo car, roll out a seamless online and physical retail experiences, and create more direct relationships with our ever-growing consumer base around the world.

"I'm truly thrilled to be joining Volvo Cars!" says Gretchen. "Our family has been a customer of the brand for many years, and I now look forward to meeting my new colleagues across the world. Together, as one global marketing team, we will help position the company for a profitable, successful and exciting future."

Gretchen will be based at our US headquarters in Mahwah, New Jersey. She will report directly to Björn Annwall and be part of our Group Management Team (GMT).

------------------------------

**Volvo Cars in 2022**
*For the full year 2022, Volvo Car Group recorded an operating profit of SEK 22.3 billion. Revenue in 2022 amounted to SEK 330.1 billion, while global sales reached 615,121 cars.*

1

*About Volvo Car Group*

*Volvo Cars was founded in 1927. Today, it is one of the most well-known and respected car brands in the world with sales to customers in more than 100 countries. Volvo Cars is listed on the Nasdaq Stockholm exchange, where it is traded under the ticker "VOLCAR B".*

*Volvo Cars aims to provide customers with the Freedom to Move in a personal, sustainable and safe way. This is reflected in its ambition to become a fully electric car maker by 2030 and in its commitment to an ongoing reduction of its carbon footprint, with the ambition to be a climate-neutral company by 2040.*

*As of December 2022, Volvo Cars employed approximately 43,200 full-time employees. Volvo Cars' head office, product development, marketing and administration functions are mainly located in Gothenburg, Sweden. Volvo Cars' production plants are located in Gothenburg, Ghent (Belgium), South Carolina (US), Chengdu, Daqing and Taizhou (China). The company also has R&D and design centres in Gothenburg, Camarillo (US) and Shanghai (China).*

**For further information please contact:**

Volvo Cars Media Relations

+46 31-59 65 25

media@volvocars.com

Volvo Cars Investor Relations

+46 31-793 94 00

investors@volvocars.com

2