

EXHIBIT 8



# VOLVO

# EXPERIENCE AND IDENTITY

Guideline – Dealer edition

JANUARY 2022

1

## The Volvo trademark rules
### and how to put them into practice

The Volvo Trademark Rules define the very basis of the Volvo brand identity and protect the Volvo trademark from being misused, degraded or stolen. Make sure to always follow the Golden rules.

**Trademark basics**

**What is a trademark?**
Typically, it is a name or a symbol that identifies the origin of a product. The Volvo Word Mark logotype is one example. This means that "Volvo" is a trademark regardless if it is used in running text or in approved logotypes. One example is in running text, when "Volvo" is used together with a product designation as in "Volvo A25G", for example. Another example is the "Volvo" used in our iron mark and the Volvo product emblem.

**Who owns the Volvo trademark?**
Volvo Trademark Holding AB owns, maintains and manages all the trademarks consisting of or containing Volvo. This legal entity is jointly owned by AB Volvo and Volvo Car Corporation, and grants licenses to those two industrial entities to use the Volvo trademark.

**Why protect it?**
The point of owning a registered trademark is to prevent others from profiting from it. In fact, legal actions can be taken against anyone who – even in subtle ways – uses a registered trademark without permission. If any company could put labels saying "Volvo" on its products, the meaning of "Volvo" would change radically – and the value of the Volvo brand would diminish rapidly.

**It all boils down to customer benefits**
By following the trademark rules you also make things easier for customers: the Volvo trademark and identity will be easy to recognize, and Volvo perceived as solid and trustworthy. Stick to the trademark rules and you will continuously help to strengthen the Volvo brand.

## Golden rules
### to protect the Volvo trademark

Rely on these key points to protect the integrity of the Volvo trademark in your daily work.

**1. Never invent your own logotypes/symbols**
Creating new Volvo logotypes or logo-like symbols for e.g. products, services, projects, teams or departments is not allowed. Use only approved logotypes in accordance with the Volvo Experience & Identity Guidelines.

**2. Write Volvo properly**
It's Volvo with a capital V. Always. Never play around with the word, and never use it in the plural form or as a verb. The Volvo Word Mark logotype may not be used in running text.

**3. Leverage Volvo through sponsorships – but only the right ones**
Sponsoring activities gives the Volvo brand powerful exposure, so make sure you sponsor the right ones. Consult your market communication representative at Volvo before signing any sponsorship contracts.

**4. Don't use Volvo as a trademark on products outside the control of Volvo**
The Volvo brand (and associated trademarks) must not be used on any products and offerings outside Volvo control. This since all offerings carrying the Volvo trademarks must be verified by Volvo as compliant to Volvo standards.

**5. It's not allowed to put "Volvo" in an independent dealer's company name**
Only dealers, importers and companies owned by Volvo can use it. All names using the Volvo trademark must be approved by Brand Management at Volvo Group HQ (BEX).

**6. Report suspected infringements**
Alert your market communication representative at Volvo immediately. Do not take any action against the infringer yourself.

**7. All merchandise must be approved**
All merchandise that is branded with the Volvo brand carriers must be approved by Volvo. Use only official Volvo merchandise or contact Volvo Group Merchandise Services for support.

**8. Use official Volvo signage only**
All Volvo signs must conform to the Volvo Signage Program specifications, and be purchased from centrally approved suppliers.

**9. Never allow a supplier to refer to Volvo in its marketing**
No suppliers are allowed to refer to any corporate name or trademark owned or licensed to Volvo Group without written consent by the Brand management department at Volvo Group HQ (BEX).

## Volvo Spread Word Mark

The Volvo Spread Word Mark logotype is the primary identification carrier for all Volvo entities (Volvo Group Headquarters, Volvo Group Functions and Volvo Group Truck Divisions, Volvo corporate offices/operations e.g., Volvo Group India, Volvo Construction Equipment, Volvo Trucks, Volvo Buses, Volvo Defense, Volvo Autonomous Solutions, Volvo Energy and Volvo Financial Services and Volvo Cars), while the registered trademark Volvo Penta uses the Volvo Penta Spread Word Mark, information can be found here >>.

The fundamental rules regarding the Volvo Spread Word Mark logotype are presented on this page. Always use master artwork.

The business descriptor and/or tagline is never used in direct connection to the Volvo logotypes (Spread Word Mark or Iron Mark).

**Clear zone**
The minimum clear zone is equal to three times the height of the Volvo Spread Word Mark.

NOTE: When placing the Volvo Spread Word Mark next to other logotypes a double clear zone is preferred.



**Minimum size**
To ensure that the Volvo Spread Word Mark is clearly visible, it should never be rendered less than 20 mm wide in print or 42 px in digital applications. Exceptions apply for merchandise and products under the discretion of Volvo Group Design. For digital interfaces where legibility of the Volvo Spread Word Mark can not be ensured, the Volvo Iron Mark should be used instead.



**Color versions and backgrounds**
Black is the default color for the Volvo Spread Word Mark. The white version is to be used on darker backgrounds and images to provide contrast and clarity. Legibility is a priority.



**Additional guidance**
Secondary usage:

**The original Volvo Word Mark logotype** is only used on parts and components and until further notice on flags and signage. No exceptions are allowed unless approved by the Brand management department at Volvo Group HQ (BEX).

**The Volvo Group corporate identifier,** is only used when legally required to identify the Volvo Group corporation, representing a consolidated family of brands, or when required by explicit, market related business situations. All usage is to be approved by the Brand management department at Volvo Group HQ (BEX).



VOLVO GROUP

3

## Volvo Iron Mark logotype

The Volvo Iron Mark logotype in 2D is the secondary identification carrier for all Volvo entities (Volvo Group Headquarters, Volvo Group Functions and Volvo Group Truck Divisions, Volvo corporate offices/operations e.g., Volvo Group India, Volvo Construction Equipment, Volvo Trucks, Volvo Buses, Volvo Defense, Volvo Autonomous Solutions, Volvo Energy and Volvo Financial Services and Volvo Cars). It is mainly used in digital applications and only when clear visibility of the Volvo Spread Word Mark can not be ensured.

The fundamental rules regarding the Volvo Iron Mark logotype are presented on this page. Always use master artwork.

**Clear zone**
Minimum clear zone equals 1/4 the width of the Volvo Iron Mark logotype.

NOTE: When placing the Volvo Iron Mark logotype next to other logotypes the minimum clear zone should be equal to the width of the Volvo Iron Mark logotype.



**Minimum sizes and placements**
To ensure that the Volvo Iron Mark logotype is clearly visible, it should never be rendered less than 12 mm wide. For digital interfaces, as well as for merchandise, there are exceptions to this rule. Legibility is a priority.

The Volvo Iron Mark is always positioned in the centre of any prescribed area. It is used in social media, as browser tab favicon on our website, taskbar shortcut icon and desktop shortcut icon. Keep the minimum clear zone around the logotype. The Volvo Iron Mark in the browser tab favicon is an exception to the clear zone principles and is sized to best fit the shape.


12 mm
**Minimum size**


16 px
**Minimum size for favicon**


**Placement in social media**


Example of how the Volvo Iron Mark logotype is used in social media.

**Color versions and backgrounds**
Black is the default color for the Volvo Iron Mark logotype. The white version is to be used on darker backgrounds and images to provide contrast and clarity. Legibility is a priority.

### Additional guidance

**Business descriptor and tagline**
The business descriptor and/or tagline is never used in direct connection to the Volvo logotypes (Spread Word Mark or Iron Mark).

**Volvo emblems**
The Volvo Iron Mark logotype in 3D is used on Volvo products as outlined in the Volvo Emblem Handbook, managed by Volvo Group Design.

## Activate the brand through sponsorships

Sponsorships are an integral part of the overall marketing mix and a tool for escalating the Volvo brand by reinforcing the aspired perception and build or deepen relationships with customers and stakeholders. This for both commercial and corporate purposes, e.g.. drive sales, increase employer attraction, showcase commitments.

The Volvo Sponsorship Strategy, issued by the Brand Management Department at Volvo Group Headquarters (BEX) provides the overall sponsorship direction while the following principles apply for brand exposure.

**Additional guidance**

When Volvo Group or other Volvo entities is in sponsorship, or in partnership of the same event as Volvo Cars (or another Volvo entity) the Volvo Spread Word Mark is used – one for both parties. Clarification regarding the specific entity involved is kept to the activation of the sponsor-/partnership and/or separate texts elsewhere on a website for example.

Exception: if there is no opportunity to communicate besides the logotype on e.g. a website the Volvo Spread Word Mark with a corporate identitfier/business descriptor can be allowed in rare cases. No exceptions are allowed unless approved by the Brand management department at Volvo Group HQ (BEX).

**Principles for Volvo logotypes in sponsorships**
The minimum clear zone shall be equal to 3X the height of the Volvo Spread Word Mark and 4X the height of the Volvo Penta Spread Word Mark.

If possible, a double clear zone is preferred when placing the Volvo logotypes next to other logotypes.

The Volvo logotypes and other brand logotypes may be separated by a thin, black line centered between the logotypes.

The business descriptor and/or tagline for an individual business is not allowed in direct connection to the Volvo logotypes (Spread Word Mark or Iron Mark).

**For large and narrow and special applications the following exceptions to the clear zone rules apply for sponsorship and collaborations:**
• Clear space 2X above and below the logotype + 2–3X to the sides for large advertising boards and special formats, width 5+ meters. Visual balance and other elements to consider determine if 2 or 3X clear zone to the sides work better. For Volvo Penta 3X +3–4X apply. Use white or black background with contrasting logotype.

• Clear space 0,5X top and bottom + 4–6X left and right for wide narrow LED animated arena banners. For Volvo Penta 1X +6–8X apply. White logotype on black background is recommended for better visibility.



5