# EXHIBIT 9

OMB Control No.: 2127-0004

# Part 573 Safety Recall Report     21V-109

| | |
|---|---|
| **Manufacturer Name :** | Volvo Car USA, LLC |
| **Submission Date :** | MAY 20, 2021 |
| **NHTSA Recall No. :** | 21V-109 |
| **Manufacturer Recall No. :** | R10078 |



## Manufacturer Information :

| | |
|---|---|
| Manufacturer Name : | Volvo Car USA, LLC |
| Address : | 270 Three Point Drive<br>Ridgeville SC 29472 |
| Company phone : | 201-768-7300 |

## Population :

| | |
|---|---|
| Number of potentially involved : | 2,278 |
| Estimated percentage with defect : | 100 % |

## Vehicle Information :

| | |
|---|---|
| Vehicle 1 : | 2021-2022 VOLVO XC40 Recharge |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | SUV |
| Power Train : | HYBRID ELECTRIC |
| Descriptive Information : | Concerned vehicles were certain 2021-2022 XC40 Recharge from start of production to new software introduction February 24, 2021. A fault in the Battery Energy Control Module (BECM) micro-processor operating system causing a BECM micro-processor reset. Supplier's responsibility due to BECM software with a faulty micro-processor operating system. Volvo Cars centrally has not received any reports alleging injuries, fatalities, or crashes related to this condition.<br>Production END Date should be 02/19/2021 NHTSA system would not accept use of date 02/19/2021 |
| Production Dates : | MAR 13, 2020 - FEB 18, 2021 |
| VIN Range 1 : Begin : | YV1XZEDVEM2390187    End :    LYVXZEDAENL640019    ☑ Not sequential |

## Description of Defect :

| | |
|---|---|
| Description of the Defect : | Volvo Cars investigations have identified that there is a risk that a micro-processor reset in the Battery Energy Control Module (BECM) may cause the High Voltage contactors to open during driving. |
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | In a worst-case scenario during driving, without any initial warning, there may be a risk that the high voltage system gets unintentionally disconnected. Worst case scenario is loss of propulsion during driving leading to increased risk of crash and injury. Full steering and brake capability remain.<br>Volvo Cars centrally has not received any reports alleging injuries, fatalities, or crashes related to this condition. |

The information contained in this report was submitted pursuant to 49 CFR §573

| | |
|---|---|
| Description of the Cause : | A fault in the BECM micro-processor operating system causing a BECM micro-processor reset.<br>Supplier responsibility. |
| Identification of Any Warning that can Occur : | Worst case scenario is loss of propulsion during driving. Full steering and brake capability remain. |

**Involved Components :**

| | |
|---|---|
| Component Name 1 : | BECM software with updated micro-processor operati |
| Component Description : | BECM software with updated micro-processor operating system |
| Component Part Number : | NR |

**Supplier Identification :**

**Component Manufacturer**

| | |
|---|---|
| Name : | Lear Automatic Electronics |
| Address : | No 5 Building, No. 509, Renging RD<br>Shanghai Foreign States 201201 |
| Country : | China |

**Chronology :**

02-19-2021 Condition considered as Critical by CCMT (Critical Concern Management Team); 02-24-2021 Field Action decision by Volvo Car Corporation; 02-24-2021 Implementation date ; A. Condition detected by? (market VR**, internal, inspection, testing) Market VR** (**Vehicle Reports) ; B. Number of VR with the condition, reported to Volvo Cars from NSC? 9 ; C. Total number of cars included in VRs concerning the condition? 9

**Description of Remedy :**

| | |
|---|---|
| Description of Remedy Program : | To remedy the concerned vehicles Volvo Cars needs to perform a Software Upgrade at no charge to the customer.<br>An authorized Volvo retailer will update the vehicle software. |
| How Remedy Component Differs from Recalled Component : | Concerned vehicles were certain 2021-2022 models as XC40 Recharge electric vehicles which will receive the updated software update. |

The information contained in this report was submitted pursuant to 49 CFR §573

| | |
|---|---|
| Identify How/When Recall Condition was Corrected in Production : | Concerned vehicles are XC40 Recharge from start of production to new software introduction February 24, 2021. |

**Recall Schedule :**

| | |
|---|---|
| Description of Recall Schedule : | REMEDY NOTES |
| Planned Dealer Notification Date : | FEB 24, 2021 - FEB 24, 2021 |
| Planned Owner Notification Date : | MAY 18, 2021 - MAY 18, 2021 |

\* NR - Not Reported