

EXHIBIT 10

**BREAKING NEWS**

# MARKETING.MEDIA.MONEY

MARKETING.MEDIA.MONEY

## 'Marketing can't be made up': Volvo's brand chief wants communications to mean something

PUBLISHED FRI, SEP 21 2018•1:11 AM EDT

**Lucy Handley**
@IN/LUCY-HANDLEY-B2B0A61A/
@LUCYHANDLEY

WATCH LIVE



A Volvo dealership in Gothenburg, Sweden

This site is now part of **Versant**. By continuing, you agree to our **Terms**. You also acknowledge that our updated **Privacy Policy** applies, including your existing data. For info on your data rights, click "Your Privacy Choices" or see "**Your Rights**" in our Privacy Policy.

We and our partners also use tools on this site to provide the services, personalize your experience, and for analytics, marketing, and advertising. If you previously opted out of selling, sharing, or targeted advertising on this site, you will need to update your Privacy Choice.

Your Privacy Choices

Continue

"A big piece of the major things is marketing cannot be about making stories. It has to be genuine and real so you need to actually, do change, not say you are changing," Bjorn Annwall, the car company's senior vice president of strategy, brand and retail, told CNBC's Willem Marx.

The car manufacturer organizes the Volvo Ocean Race, a round-the-world sailing contest, and this year used the event to collect data on the concentration of harmful microplastic in the sea in different parts of the world.

"Rather than just show the Volvo name in conjunction with a race like that, you make something meaningful about it... We focused in on the problem with plastic and micro plastics in the ocean and then we start(ed) to think about how can we affect this, from a Volvo perspective, and say how can we design cars with a higher content of recycled plastics?" The company is aiming for 25 percent of the plastic in its cars to be recycled by 2025.



**Volvo's Senior Vice President Strategy, Brand and Retail Bjorn Annwall (left), speaks to CNBC's Willem Marx**

This site is now part of **Versant**. By continuing, you agree to our **Terms**. You also acknowledge that our updated **Privacy Policy** applies, including your existing data. For info on your data rights, click "Your Privacy Choices" or see "**Your Rights**" in our Privacy Policy.

We and our partners also use tools on this site to provide the services, personalize your experience, and for analytics, marketing, and advertising. If you previously opted out of selling, sharing, or targeted advertising on this site, you will need to update your Privacy Choice.

"... ose-based marketing, that's kind of fake, that's icing on the cake. The cake has to be about purpose and then marketing is just the icing on that cake on how you convey that and how you interact with your consumers," he said.

While Volvo, like others, is shifting more of its marketing spend away from TV and towards digital and direct communication, it is also likely to increase what it does in PR. "The real breakthrough is not going to be a marketing mix question," Annwall said. "(It) is going to be the messages that you're sending. A: are they relevant? And B: are they genuine? Are you really making changes that you're stating you're making and how you make that credible?"

"You talk to journalists, you talk to the society around you and what you do and you get the message to the consumer through that way, which you don't have to pay anything for," he added.



**VIDEO**   02:05

**Trump's latest threats will be even more disruptive to Europe's autos, Volvo Cars CEO says**

Moving away from big car events, such as the Geneva Motor Show, to find new ways of

This site is now part of **Versant**. By continuing, you agree to our **Terms**. You also acknowledge that our updated **Privacy Policy** applies, including your existing data. For info on your data rights, click "Your Privacy Choices" or see "**Your Rights**" in our Privacy Policy.

We and our partners also use tools on this site to provide the services, personalize your experience, and for analytics, marketing, and advertising. If you previously opted out of selling, sharing, or targeted advertising on this site, you will need to update your Privacy Choice.

for people who care about people. As we move into premium, we do that in a way that is not an exclusive bling extrovert type of premium, but rather an inclusive type of premium, understated, refined," he said.

To that end, Volvo has launched the XC40, which is "furthest away from what people would traditionally would think about Volvo," to a "slightly more edgy, slightly more chic-y" model, according to Annwall, that is aimed at a younger audience, with a $600-a-month subscription option. In May, the company announced expanded production of the XC40 after selling almost 80,000 vehicles and said that 90 percent of those subscribing were new to Volvo.



**Volvo's hybrid cars. The XC40, aimed at a younger audience, is in the center**
*Volvo*

This is set to continue. By 2025, Volvo expects 50 percent of cars coming off its production line to be sold via subscription. "Their car is going from (an) investment (of) capital goods in to a

This site is now part of **Versant**. By continuing, you agree to our **Terms**. You also acknowledge that our updated **Privacy Policy** applies, including your existing data. For info on your data rights, click "Your Privacy Choices" or see "**Your Rights**" in our Privacy Policy.

We and our partners also use tools on this site to provide the services, personalize your experience, and for analytics, marketing, and advertising. If you previously opted out of selling, sharing, or targeted advertising on this site, you will need to update your Privacy Choice.

2/3/26, 5:35 PM
Case 3:25-cv-05331-MMC   Document 54-12   Filed 02/03/26   Page 6 of 8
Volvo's CMO Bjorn Annwall on the car company's marketing strategy

cused designs have helped the company double car production in less than a decade, and Chief Design Officer Thomas Ingenlath said inspiration can come from outside the industry.

"The car industry should not detach itself from the other areas where people live in. The development of a phone industry. The development of furniture. We are a little less focused around everything that is around (the) car and a bit more everything that is around, you know, people," he told CNBC.

Volvo is facing potentially bigger concerns, however. It announced a 29 percent increase in operating profit in the second quarter of 2018 to 4.2 billion Swedish crowns ($474 million), but delayed a planned initial public offering (IPO) because of rising trade tariffs, it said last week.

## TRENDING NOW



**Fed's Stephen Miran resigns from White House post**



**Look inside: Couple built wife's mom a tiny home in their backyard for under $32,000**



**Gold extends gains, breaking past $5,000; Asia stocks mostly track Wall Street losses on tech pullback**



**Trump: If states can't run elections 'honestly,' then 'somebody else should take over'**



**AMD shares drop as forecast comes up short of some expectations**

This site is now part of **Versant**. By continuing, you agree to our **Terms**. You also acknowledge that our updated **Privacy Policy** applies, including your existing data. For info on your data rights, click "Your Privacy Choices" or see "**Your Rights**" in our Privacy Policy.

We and our partners also use tools on this site to provide the services, personalize your experience, and for analytics, marketing, and advertising. If you previously opted out of selling, sharing, or targeted advertising on this site, you will need to update your Privacy Choice.

Subscribe to CNBC PRO

Subscribe to Investing Club

CNBC Councils

Select Personal Finance

Join the CNBC Panel

Closed Captioning

Digital Products

News Releases

Internships

Corrections

About CNBC

Site Map

Podcasts

Careers

Help

Contact

      

## News Tips

Got a confidential news tip? We want to hear from you.

GET IN TOUCH

## Advertise With Us

PLEASE CONTACT US

 **CNBC Newsletters**

Sign up for free newsletters and get more CNBC delivered to your inbox

SIGN UP NOW

Get this delivered to your inbox, and more info about our products and services.

Ad Choices

Privacy Policy

 Your Privacy Choices

This site is now part of **Versant**. By continuing, you agree to our **Terms**. You also acknowledge that our updated **Privacy Policy** applies, including your existing data. For info on your data rights, click "Your Privacy Choices" or see "**Your Rights**" in our Privacy Policy.

We and our partners also use tools on this site to provide the services, personalize your experience, and for analytics, marketing, and advertising. If you previously opted out of selling, sharing, or targeted advertising on this site, you will need to update your Privacy Choice.

This site is now part of **Versant**. By continuing, you agree to our **Terms**. You also acknowledge that our updated **Privacy Policy** applies, including your existing data. For info on your data rights, click "Your Privacy Choices" or see "**Your Rights**" in our Privacy Policy.

We and our partners also use tools on this site to provide the services, personalize your experience, and for analytics, marketing, and advertising. If you previously opted out of selling, sharing, or targeted advertising on this site, you will need to update your Privacy Choice.