IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M BECKER,<br><br>    Plaintiff,<br><br>    v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, et al.,<br><br>    Defendants. | Case No. 25-cv-05331-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SCHEDULING HEARINGS ON MOTIONS TO DISMISS** |

Before the Court are defendants' "Motion to Dismiss Second Amended Complaint," scheduled for hearing on February 20, 2026, and defendants' "Motion to Dismiss Second Amended Complaint for Lack of Personal Jurisdiction Under Rule 12(b)(2)," noticed for hearing on February 27, 2026. On February 6, 2026, the parties filed a "Joint Case Management Statement," whereby the parties "request that the Court schedule both motions to be heard on February 27, 2026." (See Doc. No. 55 at 3:14-15.)

Good cause appearing, the Court hereby CONTINUES the hearing on defendants' "Motion to Dismiss Second Amended Complaint" to February 27, 2026.

Further, in light of the pending motions to dismiss, the Case Management Conference currently scheduled for February 13, 2026, is hereby CONTINUED to April 17, 2026, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than April 10, 2026.

**IT IS SO ORDERED.**

Dated: February 10, 2026

MAXINE M. CHESNEY
United States District Judge