**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** February 27, 2026          **Time:** 9:03 – 10:41          **Judge:** MAXINE M. CHESNEY
                                     = 1 hour 38 minutes

**Case No.**: 25-cv-05331-MMC    **Case Name:**  Robert M. Becker v. Volvo Cars of No. Am., LLC

**Attorney for Plaintiff:** Jeffrey Fazio
**Attorney for Defendant:** Colm Moran, Michael Mallow

**Deputy Clerk:** Tracy Geiger                **Court Reporter:** Zoom Recording

**PROCEEDINGS**

Defendants' Volvo Car of N. America and Volvo Car USA's Motion to Dismiss Second Amended Complaint (Dkt. No. 38) and Defendant Volvo Cars AB's Motion to Dismiss Second Amended Complaint (Dkt. No. 49) - hearing held.

Defendant Volvo Cars AB's motion to join in Motion to Dismiss under Rule 12(b)(6) – Granted.

For the reasons stated on the record, Defendants' Volvo Car of N. America and Volvo Car USA's Motion to Dismiss Second Amended Complaint, under Rule 12(b)6; (Dkt. No. 38) - Granted with leave to amend.

Defendant Volvo Cars AB's Motion to Dismiss Second Amended Complaint under Rule 12(b)(2); (Dkt. No. 49) – Denied as moot.

Deadline to file Third Amended Complaint: March 27, 2026.

Defendants' response due: April 17, 2026.

The Further Case Management Conference, previously scheduled for April 17, 2026, continued to July 24, 2026, at 10:30 a.m.

 Joint Case Management Conference statement due July 17, 2026.

**Order to be prepared by:**
( )     Plaintiff                ( )     Defendant            (X)     Court