IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M BECKER,<br><br>    Plaintiff,<br><br>    v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, et al.,<br><br>    Defendants. | Case No.  25-cv-05331-MMC<br><br>**ORDER GRANTING MOTION TO DISMISS UNDER 12(B)(6); DENYING MOTION TO DIMISS UNDER 12(B)(2) AS MOOT; AFFORDING LEAVE TO AMEND** |

Before the Court are two motions:  (1) "Motion to Dismiss Second Amended Complaint for Lack of Personal Jurisdiction Under Rule 12(b)(2)," filed January 20, 2026, by Volvo Cars AB; and (2) "Motion to Dismiss Second Amended Complaint for Failure to State a Claim Under Rule 12(b)(6)," filed October 15, 2025, by Volvo Cars of North America, LLC and Volvo Car USA, LLC, and, with leave of court, joined by Volvo Cars AB.  Plaintiff has filed opposition, to which defendants have replied.  The matters came on regularly for hearing on February 27, 2026.  Jeffery L. Fazio of Fazio | Micheletti LLP appeared on behalf of plaintiff.  Michael L. Mallow and Colm A. Moran of Shook, Hardy & Bacon LLP appeared on behalf of defendants.

Having considered the parties' respective written submissions and the arguments of counsel at the hearing, the Court, for the reasons stated in detail on the record at the

United States District Court
Northern District of California

hearing, rules as follows:

1.    Defendants' 12(b)(6) motion is hereby GRANTED with leave to amend. Plaintiff's Third Amended Complaint shall be filed on or before March 27, 2026.  Defendants' response thereto shall be filed on or before April 17, 2026.

2.    Volvo Cars AB's 12(b)(2) motion is hereby DENIED as moot.

Dated: February 27, 2026

_____
MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California

2