IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M BECKER,<br><br>Plaintiff,<br><br>v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, et al.,<br><br>Defendants. | Case No.  25-cv-05331-MMC<br><br>**ORDER DISMISSING CASE** |

On February 27, 2026, the Court dismissed plaintiff's Second Amended Complaint with leave to file a Third Amended Complaint no later than March 27, 2026.  No Third Amended Complaint having been filed, the above-titled action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: April 23, 2026

_____
MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California