UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT M BECKER,

        Plaintiff.

    v.

VOLVO CARS OF NORTH AMERICA, LLC, et al.,

        Defendants.

Case No.  25-cv-05331-MMC

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 62

**(X)  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

**On February 27, 2026, the Court dismissed plaintiff's Second Amended Complaint with leave to file a Third Amended Complaint no later than March 27, 2026. No Third Amended Complaint having been filed, the above-titled action is hereby DISMISSED.**

Dated: 4/23/2026

Mark B. Busby, Clerk of Court

Tracy Geiger

Tracy Geiger
Deputy Clerk